1  Steven J. Coté (SBN 108251)
     (scote@changcote.com)
2  Dennis K. Lee (SBN 245162)
     (dlee@changcote.com)
3  CHANG & COTÉ, LLP
   19138 E. Walnut Drive North, Suite 100
4  Rowland Heights, CA 91748
   Telephone:   (626) 854-2112
5  Facsimile:   (626) 854-2120

6  Attorneys for Plaintiffs
   KS Resources Limited, and
7  K&S International (Singapore) Pte. Ltd.

8

FILED
CLERK, U.S. DISTRICT COURT

MAR 1 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KS Resources Limited, a Chinese corporation; and K&S International (Singapore) Pte. Ltd., a Singapore corporation | Case No. CV11-01517 JHN (JCGx) |
| *Plaintiffs* | FIRST AMENDED COMPLAINT FOR: |
| vs. | 1) BREACH OF CONTRACT<br>2) CONVERSION |
| A.W.L.I. Group Inc. d/b/a Amber Worldwide Logistics, a New York corporation; and Orteck Global Supply & Distribution Company, LLC., a Maryland limited liability company | Jury Trial Demanded |
| *Defendants* | |

        For Plaintiffs KS Resources Limited and K&S International (Singapore) Pte.

Ltd.'s Complaint against Defendant A.W.L.I. Group Inc. d/b/a Amber Worldwide

Logistics and Orteck Global Supply & Distribution Company, LLC, they state and

allege as follows:

        ///

        ///

## THE PARTIES

1.     Plaintiff KS Resources Limited ("KSR") is a corporation incorporated under the laws of Hong Kong and with its principal place of business in the People's Republic of China.

2.     Plaintiff K&S International (Singapore) Pte. Ltd ("KSI") is a corporation incorporated under the laws of Singapore and with its principal place of business in Singapore.  Hereinafter, KSR and KSI may collectively be referred to as "Plaintiffs."

3.     Plaintiffs KSR and KSI are independent tire exporters who specialize in the export and sourcing of tires and tire flaps.

4.     Defendant A.W.L.I. Group Inc. d/b/a Amber Worldwide Logistics ("AWLI") is a corporation incorporated under the laws of the state of New York and with its principal place of business in Jamaica, New York.

5.     AWLI is a freight forwarder and a non-vessel operating common carrier (NVOCC) that offers comprehensive logistics services to companies in the United States.  AWLI utilizes a network of o domestic and overseas agents and agent companies to serve its customers.

6.     Defendant Orteck Global Supply & Distribution Company, LLC. ("Orteck") is a limited liability company incorporated under the laws of the state of Maryland and with its principal place of business in Rockville, Maryland.

7.     Orteck is a distributor and wholesaler of tires and tire related products.

## NATURE OF THE ACTION

8.     This is a civil action seeking damages for Breach of Contract and Conversation which arises from i) Orteck's failure to pay for certain commercial invoices issued by Plaintiffs for goods sold by Plaintiffs; and ii) AWLI's "misdelivery" of cargo owned and shipped by Plaintiffs; specifically, AWLI

1 wrongfully released thirty-four (34) shipments of Plaintiffs' cargo without the
2 presentation of the original bills of lading or proper authorization from Plaintiffs.

3 **JURISDICTION AND VENUE**

4     9.    This Court has original subject matter jurisdiction over all claims
5 pursuant to 28 U.S.C. §1332(a) for diversity claims, and 28 U.S.C. §1333 for
6 admiralty and maritime claims. The claims are also within the meaning of Rule 9(h)
7 of the Federal Rules of Civil Procedure.

8     10.    This Court has personal jurisdiction over Defendant Orteck as it has
9 conducted business and distributed products in Los Angeles County, CA, and has
10 otherwise established minimum contact with the state of California.

11     11.    This Court has personal jurisdiction over Defendant AWLI as AWLI's
12 acts of discharging certain cargo in Los Angeles, CA constitute sufficient minimum
13 contact with the state of California.

14     12.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) as a
15 substantial part of the events giving rise to Plaintiffs' claims occurred in this
16 District.

17 **JURY TRIAL DEMANDED**

18     13.    Plaintiffs hereby demand trial by jury on all counts and all the issues
19 triable by jury.

20 **GENERAL ALLEGATIONS**

21     14.    Plaintiffs had a longstanding business relationship of more than ten
22 years with Orteck Global Supply & Distribution Co. of Maryland, a wholesaler and
23 distributor of tires ("Orteck") under which Orteck would purchase tires and flaps
24 manufactured in China from Plaintiffs.

25     15.    Between July and November 2009, Orteck ordered from Plaintiffs
26 multiple shipments of tires and flaps, as evidenced by at least thirty-four (34)
27 invoices issued by Plaintiffs with a total amount of approximately US$1,010,961.00.

28

A list of all invoices subject to this action is attached herein as Exhibit "A". True and correct copies of all invoices issued by Plaintiffs are attached herein as Exhibit "B."

16.     Under the business relationship between Plaintiffs and Orteck, AWLI was routinely appointed by Orteck as its freight forwarder to handle ocean freight and logistics in the United States for shipments made by Plaintiffs.

17.     AWLI in turn appointed AGX Lines Limited, a Hong Kong company ("AGX") as its agent in China to handle the operations in the loading port and to coordinate with Plaintiffs for the shipments to Orteck.

18.     Typically, after Orteck places an order with KSR or KSI, Orteck would contact AWLI as its forwarder and logistics handler.  AWLI would in turn request AGX to contact KSR or KSI for container loading, issuance of Bill of Lading and matters concerning custom clearance in China.

19.     The bills of ladings for shipments by Plaintiffs were issued by AGX. AGX, as AWLI's overseas agent, acted under the specific instructions and directions of AWLI.

20.     The Consignee of all bills of lading issued by AGX was listed as "TO THE ORDER OF" thus making said bills of lading "negotiable" bills of lading.  To that end, the goods covered under the bill of lading issued by AGX may not be released by the carrier or its agent without the presentation of the original bills of lading.  Indeed, the contract language that appears on each bill of lading issued by AGX makes it clear that "one of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be release."

21.     Under normal practice, upon the arrival of the shipment in the United States, or the designated port of discharge, and upon Plaintiffs' confirmation of satisfactory payments for the goods, Plaintiffs would surrender the complete set of shipping documents which include the original bill of lading to AGX and authorize

the release of the cargo.  Upon receipt of the original bill of lading from Plaintiffs, AGX would then transmit authorization to AWLI for the release of the cargo to Orteck.

22.    However, between July 2009 and January 2010, the practice outlined above was not followed by AWLI for at least thirty-four (34) separate shipments made by Plaintiffs to Orteck (28 shipments by KSR, and 6 shipments by KSI); the ports of discharge for these shipments included Fort Meyers, Florida; Los Angles, California; Memphis, Tennessee; and Asuncion, Paraguay.

23.    For all thirty-four (34) shipments mentioned above, Plaintiffs did not (i) surrender the original Bill of Lading to AGX; (ii) otherwise authorize the release of the shipments; or (iii) instruct AGX to authorize the release of the shipments. AWLI nevertheless released the shipments/containers to Orteck without the presentation of the original bills of lading or the authorization by either Plaintiffs or AGX, thus constituting acts of "misdelivery."

24.    AWLI's releases of the aforementioned 34 shipments by Plaintiffs (collectively "Misdelivered Shipments") took place between August 2009 and January 2010.  The total value of the Misdelivered Shipments is in excess of One Million and Ten Thousand Dollars ($1,010,000.00).   The details of each Misdelivered Shipment, including the bill of lading number and date, invoice number and amount, and order number are summarized in Exhibit "A."  True and correct copies of all underlying original bills of lading and corresponding invoices and packing lists of the Misdelivered Shipments are attached herein as Exhibit "C."

25.    Plaintiffs have demanded payments from Orteck for the 34 Misdelivered Shipments on a number of occasions, but to no avail.  To date, no payments have been made by Orteck for the Misdelivered Shipments.

# CLAIMS FOR RELIEF

## COUNT I

### Against Orteck Only

### (Breach of Contract)

26. Plaintiffs incorporate by reference paragraphs 1 to 25 as if set forth fully herein.

27. Between July and December of 2009, Plaintiffs and Orteck entered into 34 separate contracts for the purchase and sale tires and tire flaps, as evidenced by the 34 commercial invoices issued by Plaintiffs to Orteck totaling approximately $1.01 Million Dollars.

28. Plaintiffs have performed all obligations required of them under the contracts.

29. Orteck was required to pay the amounts stated in the invoices after receiving the shipments, but Orteck breached the contracts by failing to remit any payments to Plaintiffs.

30. Plaintiffs have made repeated demands to Orteck, but Orteck has refused to pay the amount due or any part thereof; therefore, there is now due and owing from Orteck to Plaintiffs the approximate sum of $1.01 Million Dollars, the exact amount of which to be proven at the time of trial.

31. As a proximate result of the acts of Orteck as herein alleged, Plaintiffs have been damaged in the sum of approximately $1.01 Million Dollars, or such other sum according to proof at the time of trial, with interest on said sum at the legal rate from the first instance of breach by Orteck.

## COUNT II

### Against AWLI Only

### (Breach of Contract)

32. Plaintiffs incorporate by reference paragraphs 1 to 31 as if set forth

FIRST AMENDED COMPLAINT

1  fully herein.

2      33.     Between July 11, 2009 and November 30, 2010, thirty-four (34)

3  separate bills of lading were issued by AGX ("AGX Bills of Lading"), who acted as

4  an agent and under the direction of AWLI, for shipments made by Plaintiffs.

5      34.     The AGX Bills of Lading and 49 U.S.C. §§80110 (a) and (b) provide

6  specific conditions under which the goods covered by the bills of lading may be

7  released, namely the presentation or endorsement of the original bills of lading.

8      35.     AWLI unilaterally released the shipments covered by the AGX Bills of

9  Lading without the presentation of the original bills of lading by Plaintiffs or the

10  authorization by either Plaintiffs or AGX.  Orteck is now in possession of all goods

11  covered by the AGX Bills of Lading.

12      36.     Plaintiffs have performed all conditions and obligations on its part to

13  be performed under the AGX Bills of Lading.

14      37.     No payments have been made by Orteck or AWLI for the Misdelivered

15  Shipments, and there is now due and owing from AWLI to Plaintiffs the

16  approximate sum of $1.01 Million Dollars, the exact amount of which to be proven

17  at the time of trial.

18      38.     As a proximate result of the acts of AWLI as herein alleged, Plaintiffs

19  have been damaged in the sum of approximately $1.01 Million Dollars, or such

20  other sum according to proof at the time of trial, with interest on said sum at the

21  legal rate from the first instance of breach by AWLI.

### Count III

### Against AWLI Only

### (Conversion)

25      39.     Plaintiffs incorporate by reference paragraphs 1 to 38 as if set forth

26  fully herein.

27

28

40.    Prior to the presentation of the original bills of lading or the authorization by Plaintiffs to release the shipments, the Misdelivered Shipments, the content therein and their title belonged to Plaintiffs.    Plaintiffs had a right to possession of the shipments at all relevant times.

41.    Plaintiffs' authorization to release the shipments was conditioned upon its receipt of payments or satisfactory guarantee of payments from Orteck.   At no time did Plaintiffs intend to transfer the title of the 34 Misdelivered Shipments to Orteck or consent to AWLI's release of the Misdelivered Shipments.

42.    By unilaterally releasing the Misdelivered Shipments to Orteck, AWLI acted wrongfully to deprive Plaintiffs of their ownership of the Misdelivered Shipments.

43.    As a result of AWLI's illegal conversion, Plaintiffs have been deprived of its tangible property in the approximate sum of $1.01 Million Dollars, the exact amount of which to be proven at the time of trial.

## PRAYERS FOR RELIEF

WHEREFORE, Plaintiffs KS Resources Limited and KS International (Singapore) Pte. Ltd. hereby pray for a judgment joint and severally against AWLI and Orteck as follows:

1.    For for value of goods shipped by Plaintiffs to Orteck in the approximate sum of One Million and Ten Thousand Dollars ($1,010,000.00), the exact amount of which to be proven at the time of trial.

2.    For Plaintiffs' costs, including reasonable attorneys' fees.

3    For pre-judgment and post-judgment interest according to law.

4.    For such other and further relief as the Court may deem just and proper.

///

///

Dated: March 10, 2011

CHANG & COTÉ, LLP

By: _____
       Steven J. Coté
       Dennis K. Lee
Attorneys for Plaintiffs KS Resources
Limited and K&S International
(Singapore) Pte. Ltd.

Exhibit "A"

| | BL No. | Invoice No. | AMOUNT | Page of Order | Order No | BL Date | Forwarder | Price list | Account Details |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TSE090714 | 90506/JL/TTKSY | $21,717.00 | 12 | 1-6541-B-06-D | 11/Jul | AGX | Price list 2 | RESOURCES |
| 2 | TSE090729 | 90531/JL/TTKSY | $34,527.80 | 18 | 1-6294-B-04-D | 24/Jul | AGX | Price list 2 | RESOURCES |
| 3 | TSE090728 | 90539/JL/TTKSY | $30,843.20 | 34 | 1-5749-B-01-D | 24/Jul | AGX | Price list 2 | RESOURCES |
| 4 | TSE090805 | 90551/JL/TTKSY | $30,435.48 | 3 | 1-5563-B-12-D | 3/Aug | AGX | Price list 2 | RESOURCES |
| 5 | TSE090804 | 90564/JL/TTKSY | $31,704.82 | 34 | 1-5750-B-01-D | 3/Aug | AGX | Price list 2 | RESOURCES |
| 6 | TSE090811 | 90606/JL/TTKSY | $25,289.00 | 12 | 1-6537-B-06-D | 14/Aug | AGX | Price list 2 | RESOURCES |
| 7 | TSE090814 | 90607/JL/TTKSY | $27,954.46 | 36 | 1-6151-B-03-D | 14/Aug | AGX | Price list 2 | RESOURCES |
| 8 | TSE090810 | 90579/JL/TTKSY | $30,298.40 | 35 | 1-6289-B-04-D | 14/Aug | AGX | Price list 2 | RESOURCES |
| 9 | TSE090819 | 90650/JL/TTKSY | $27,795.80 | 35 | 1-6302-B-04-D | 28/Aug | AGX | Price list 2 | RESOURCES |
| 10 | TSE090820 | 90649/JL/TTKSY | $27,651.74 | 12 | 1-6521-B-06-D | 31/Aug | AGX | Price list 2 | RESOURCES |
| 11 | TSE090914 | 90667/JL/TTKSY | $40,382.00 | 28 | 1-6808-B-08-DK | 10/Sep | AGX | Price list 3 | SINGAPORE |
| 12 | TSE090910 | 90668/JL/TTKSY | $40,382.00 | 28 | 1-6809-B-08-DK | 10/Sep | AGX | Price list 3 | SINGAPORE |
| 13 | TSE090911 | 90669/JL/TTKSY | $40,827.00 | 37 | 1-6500-B-06-DK | 10/Sep | AGX | Price list 3 | SINGAPORE |
| 14 | TSE090913 | 90670/JL/TTKSY | $39,514.80 | 27 | 1-6801-B-08-DK | 10/Sep | AGX | Price list 3 | SINGAPORE |
| 15 | TSE090912 | 90671/JL/TTKSY | $39,514.80 | 27 | 1-6800-B-08-DK | 10/Sep | AGX | Price list 3 | SINGAPORE |
| 16 | TSE090908 | 90686/JL/TTKSY | $30,133.86 | 35 | 1-6290-B-04-D | 10/Sep | AGX | price list 3 | RESOURCES |
| 17 | TSE090917 | 90690/JL/TTKSY | $27,138.40 | 36 | 1-6150-B-03-D | 11/Sep | AGX | price list 3 | RESOURCES |
| 18 | TSE090916 | 90689/JL/TTKSY | $27,138.40 | 36 | 1-6149-B-03-D | 11/Sep | AGX | price list 3 | RESOURCES |
| 19 | TSE090915 | 90688/JL/TTKSY | $30,566.00 | 12 | 1-6545-B-06-D | 11/Sep | AGX | price list 3 | RESOURCES |
| 20 | TSE090918 | 90687/JL/TTKSY | $27,148.70 | 35 | 1-6303-B-04-D | 11/Sep | AGX | price list 3 | RESOURCES |
| 21 | TSE091017 | 90722/JL/TTKSY | $29,134.74 | 31 | 1-6485-B-06-DK | 8/Oct | AGX | price list 3 | SINGAPORE |
| 22 | TSE091125 | 90789/JL/TTKSY | $27,373.30 | 47 | 1-7093-B-11-D | 25/Nov | AGX | price list 3 | RESOURCES |
| 23 | TSE091124 | 90790/JL/TTKSY | $27,735.10 | 46 | 1-6762-B-08-D | 25/Nov | AGX | price list 3 | RESOURCES |
| 24 | TSE091123 | 90749/JL/TTKSY | $28,188.00 | 26 | 1-7089-B-10-D | 25/Nov | AGX | price list 7 | RESOURCES |
| 25 | TSE091126 | 90778/JL/TTKSY | $35,898.40 | 28 | 1-6815-B-08-DK | 26/Nov | AGX | price list 6 | RESOURCES |
| 26 | TSE091130 | 90779/JL/TTKSY | $35,898.40 | 28 | 1-6816-B-08-DK | 26/Nov | AGX | price list 6 | RESOURCES |
| 27 | TSE091129 | 90780/JL/TTKSY | $35,898.40 | 28 | 1-6811-B-08-DK | 26/Nov | AGX | price list 6 | RESOURCES |
| 28 | TSE091127 | 90781/JL/TTKSY | $36,821.80 | 43 | 1-6473-B-06-DK | 26/Nov | AGX | price list 6 | RESOURCES |
| 29 | TSE091116 | 90791/JL/TTKSY | $23,016.60 | 45 | 1-6864-B-08-D | 30/Nov | AGX | price list 3 | RESOURCES |
| 30 | TSE091120 | 90792/JL/TTKSY | $23,016.60 | 45 | 1-6865-B-08-D | 30/Nov | AGX | price list 3 | RESOURCES |
| 31 | TSE091121 | 90793/JL/TTKSY | $23,016.60 | 25 | 1-6752-B-07-D | 30/Nov | AGX | price list 3 | RESOURCES |
| 32 | TSE091117 | 90794/JL/TTKSY | $26,148.00 | 25 | 1-6753-B-07-D | 30/Nov | AGX | price list 3 | RESOURCES |
| 33 | TSE091118 | 90795/JL/TTKSY | $23,792.10 | 25 | 1-6755-B-07-D | 30/Nov | AGX | price list 3 | RESOURCES |
| 34 | TSE091119 | 90796/JL/TTKSY | $25,777.20 | 25 | 1-6757-B-07-D | 30/Nov | AGX | price list 3 | RESOURCES |
| | **Total:** | | **$1,010,961.90** | | | | | | |

Exhibit "B"

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

| To: | ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC | | | Date: | Jul.11.2009 |
|---|---|---|---|---|---|
| | 10110 MOLECULAR DRIVE SUITE 217 | | | Invoice No.: | 90506/JL/TTKSY |
| | ROCKVILLE, MD 20850.USA. | | | Order No.: | 1-6541-B-06-D |
| | | | | CPO No.: | 1916-1 |
| From: XINGANG,CHINA | | To: FT. MYERS, FL | | Shipped: | BY SEA |

| Description of goods | | Quantity | Unit price | | Amount |
|---|---|---|---|---|---|
| TIRE AND/OR FLAPS | | | | | |
| CHINESE NEW TIRES | | | | | |
| COUNTRY OF ORIGIN: CHINA | | | | | |
| CC NO.:848 ST NO.:892 | | | | | |
| DOT NO.:0J | | | | | |
| | | | | | |
| CODE NO: | | | | | |
| ###    205/70R14  95T S600        BCT | | 1140 PCS | USD   19.05 | USD | 21,717.00 |
| | | 1140 PCS | | | 21,717.00 |

**TOTAL AMOUNT   USD $21,717.00**
**FOB   XINGANG,CHINA**

| NET WEIGHT: | 11,514.00 | KGS |
|---|---|---|
| GROSS WEIGHT: | 11,514.00 | KGS |
| MEASURMENT: | 60.00 | CBM |

CONTAINER NO.: INKU6503766
BL NO.:        TSE090714
BL DATE:       Jul.11.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:  ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
10110 MOLECULAR DRIVE SUITE 217
ROCKVILLE, MD 20850.USA.

Date:        Jul.24..2009
Invoice No.:  90531/JL/TTKSY
Order No.:    1-6294-B-04-D
CPO No.:      1863 - 4

From: XINGANG,CHINA        To: FT. MYERS, FL

Shipped:     BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:848 ST NO.:892 | | | |
| DOT NO.:0J | | | |
| | | | |
| CODE NO: | | | |
| ###    P255/70R16  BLK JB45      BCT | 120 PCS | USD   39.74 USD | 4,768.80 |
| ###    P265/70R17 BLK JB45      BCT | 150 | 44.74 | 6,711.00 |
| XMT8205 LT265/75R16-10 BLK JC52 XMT | 282 | 64.00 | 18,048.00 |
| | 552 PCS | | 29,527.80 |

BCT MOLD CHARGE     $5,000.00
TOTAL AMOUNT     USD $34,527.80
CFR      FT. MYERS, FL

NET WEIGHT:      11,285.00      KGS
GROSS WEIGHT:  11,285.00      KGS
MEASURMENT:     60.00      CBM

CONTAINER NO.:  INKU6243210
BL NO.:          TSE090729
BL DATE:          Jul.24..2009

You are kindly requested to arrange wire transfer per following bank details.

BENEFICIARY : KS RESOURCES LIMITED
BANK ACCOUNT :0003-003486-01-6-022
BANK NAME : DBS BANK LTD
BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER
ONE ,SINGAPORE 068809
SWIFT CODE : DBSSSGSG

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:  ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
7917 G-H CESSNA AVE
GAITHERSBURG, MD 20879.USA.

Date:        Jul.24.2009
Invoice No.:  90539/JL/TTKSY
Order No.:   1-5749-B-01-D
CPO No.:     1762 -2

From: XINGANG,CHINA        To: FT. MYERS, FL        Shipped:  BY SEA

| Description of goods | | Quantity | Unit price | | Amount | |
|---|---|---|---|---|---|---|
| TIRE AND/OR FLAPS | | | | | | |
| CHINESE NEW TIRES | | | | | | |
| COUNTRY OF ORIGIN: CHINA | | | | | | |
| CC NO.:848 ST NO.:892 | | | | | | |
| DOT NO.:0J | | | | | | |
| | | | | | | |
| CODE NO: | | | | | | |
| ### | 205/60R16 92V S600 | BCT | 230 PCS | USD | 24.84 | USD | 5,713.20 |
| ### | 175/65R14 82H S600 | BCT | 400 | | 15.96 | 6,384.00 |
| ### | 215/60R16 95H S600 | BCT | 200 | | 26.46 | 5,292.00 |
| | 195/60R14 86H SA602 | BCT | 400 | | 19.15 | 7,660.00 |
| ### | 185/60R15 84H S600 | BCT | 40 | | 19.85 | 794.00 |
| | | | 1270 PCS | | | 25,843.20 |

BCT XMT MOLD CHARGE   USD   $5,000.00

TOTAL AMOUNT   USD  $30,843.20
FOB   XINGANG,CHINA

NET WEIGHT:     11,688.00   KGS
GROSS WEIGHT: 11,688.00   KGS
MEASURMENT:   60.00      CBM

CONTAINER NO.: FCIU8071910
BL NO.:        TSE090728
BL DATE:       Jul.24.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : K&S INTERNATIONAL (SINGAPORE)PTE.,LTD**
**BANK ACCOUNT :0003-001635-01-0-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:  ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC  
     7917 G-H CESSNA AVE  
     GAITHERSBURG, MD 20879.USA.

Date:     Aug.01.2009  
Invoice No.:  90551/JL/TTKSY  
Order No.:  1-5563-B-12-D  
CPO No.:  1750

From: XINGANG,CHINA    To: FT. MYERS, FL       Shipped:   BY SEA

| Description of goods | | Quantity | Unit price | | Amount | |
|---|---|---|---|---|---|---|
| TIRE AND/OR FLAPS | | | | | | |
| CHINESE NEW TIRES | | | | | | |
| COUNTRY OF ORIGIN: CHINA | | | | | | |
| CC NO.:848 ST NO.:892 | | | | | | |
| DOT NO.:0J | | | | | | |
| CODE NO: | | | | | | |
| ### 175/70R13 82T S600 | BCT | 746 PCS | USD | 14.43 | USD | 10,764.78 |
| ### 205/70R14 95T S600 | BCT | 110 | | 19.05 | | 2,095.50 |
| ### 215/60R16 95H S600 | BCT | 110 | | 26.46 | | 2,910.60 |
| ### 195/65R15 91V S600 | BCT | 460 | | 21.01 | | 9,664.60 |
| | | 1426 PCS | | | | 25,435.48 |

BCT XMT MOLD CHARGE   USD  $5,000.00

TOTAL AMOUNT   USD $30,435.48  
FOB   XINGANG,CHINA

NET WEIGHT:   11,599.00   KGS  
GROSS WEIGHT: 11,599.00   KGS  
MEASURMENT:   60.00    CBM

CONTAINER NO.: INKU2560217  
BL NO.:    TSE090805  
BL DATE:   Aug.01.2009

You are kindly requested to arrange wire transfer per following bank details.  
**BENEFICIARY : K&S INTERNATIONAL (SINGAPORE)PTE.,LTD**  
**BANK ACCOUNT :0003-001635-01-0-022**  
**BANK NAME : DBS BANK LTD**  
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**  
**ONE ,SINGAPORE 068809**  
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:  ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
7917 G-H CESSNA AVE
GAITHERSBURG, MD 20879.USA.

Date:         Aug.01.2009
Invoice No.:  90564/JL/TTKSY
Order No.:    1-5750-B-01-D
CPO No.:      1766 - 1

From: XINGANG,CHINA        To: FT. MYERS, FL

Shipped:      BY SEA

| Description of goods | | Quantity | Unit price | | Amount |
|---|---|---|---|---|---|
| TIRE AND/OR FLAPS | | | | | |
| CHINESE NEW TIRES | | | | | |
| COUNTRY OF ORIGIN: CHINA | | | | | |
| CC NO.:848 ST NO.:892 | | | | | |
| DOT NO.:0J | | | | | |
| CODE NO: | | | | | |
| ### 195/50R15 82V S900 | BCT | 150 PCS | USD | 21.67 USD | 3,250.50 |
| ### 195/55R15 85V S900 | BCT | 200 | | 22.14 | 4,428.00 |
| ### 205/55R16 91W S900 | BCT | 104 | | 26.18 | 2,722.72 |
| ### 205/40ZR17 84W S900 | AUTOGUARD | 300 | | 21.86 | 6,558.00 |
| ### 215/45ZR17 91W S900 | AUTOGUARD | 100 | | 23.03 | 2,303.00 |
| ### 195/60R15 88H S600 | BCT | 340 | | 21.89 | 7,442.60 |
| | | 1194 PCS | | | 26,704.82 |

BCT XMT MOLD CHARGE   USD   $5,000.00

TOTAL AMOUNT   USD $31,704.82
FOB   XINGANG,CHINA

NET WEIGHT:      11,079.00    KGS
GROSS WEIGHT: 11,079.00    KGS
MEASURMENT:   60.00          CBM

CONTAINER NO.: DFSU6014670
BL NO.:          TSE090804
BL DATE:         Aug.01.2009

You are kindly requested to arrange wire transfer per following bank details.
BENEFICIARY : K&S INTERNATIONAL (SINGAPORE)PTE.,LTD
BANK ACCOUNT :0003-001635-01-0-022
BANK NAME : DBS BANK LTD
BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER
ONE ,SINGAPORE 068809
SWIFT CODE : DBSSSGSG

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

| | |
|---|---|
| To:   ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC | Date:        Aug.14.2009 |
|         10110 MOLECULAR DRIVE | Invoice No.:   90606/JL/TTKSY |
|         SUITE 217ROCKVILLE, MD 20850 | Order No.:    1-6537-B-06-D |
| | CPO No.:    1887 |
| From: XINGANG,CHINA      To: FT. MYERS, FL | Shipped:    BY SEA |

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:848  ST NO.:892 | | | |
| DOT NO.:0J | | | |
| | | | |
| CODE NO: | | | |
| ###   185/70R13  86T S600      BCT | 300 PCS | USD   16.01 | USD    4,803.00 |
| ###   175/65R14  82H S600      BCT | 275 | 15.96 | 4,389.00 |
| ###   205/70R14  95T S600      BCT | 740 | 19.05 | 14,097.00 |
| | 1315 PCS | | 23,289.00 |

INTEREST CHARGE   USD   **$2,000.00**

TOTAL AMOUNT   USD  **$25,289.00**
FOB   **XINGANG,CHINA**

NET WEIGHT:     12,084.00     KGS
GROSS WEIGHT: 12,084.00     KGS
MEASURMENT:    60.00          CBM

CONTAINER NO.: SUDU6808470
BL NO.:          TSE090811
BL DATE:        Aug.14.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : K&S INTERNATIONAL (SINGAPORE)PTE.,LTD**
**BANK ACCOUNT :0003-001635-01-0-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

| To: | ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC | Date: | Aug.14.2009 |
|---|---|---|---|
| | 10110 MOLECULAR DRIVE | Invoice No.: | 90607/JL/TTKSY |
| | SUITE 217ROCKVILLE, MD 20850 | Order No.: | 1-6151-B-03-D |
| | | CPO No.: | 1842 |

From: XINGANG,CHINA    To: FT. MYERS, FL          Shipped:    BY SEA

| Description of goods | | Quantity | Unit price | Amount |
|---|---|---|---|---|
| TIRE AND/OR FLAPS | | | | |
| CHINESE NEW TIRES | | | | |
| COUNTRY OF ORIGIN: CHINA | | | | |
| CC NO.:848  ST NO.:892 | | | | |
| DOT NO.:0J | | | | |
| CODE NO: | | | | |
| ### 175/70R13 82T S600 | BCT | 500 PCS | USD 14.43 | USD 7,215.00 |
| ### 205/65R15 94V S600 | BCT | 100 | 22.48 | 2,248.00 |
| ### 185/70R13 86T S600 | BCT | 850 | 16.01 | 13,608.50 |
| ### 175/65R14 82H S600 | BCT | 100 | 15.96 | 1,596.00 |
| ### 205/70R15 96T S600 | BCT | 40 | 24.32 | 972.80 |
| ### 205/55R16 91W S900 | BCT | 12 | 26.18 | 314.16 |
| | | 1602 PCS | | 25,954.46 |

INTEREST CHARGE    USD    $2,000.00

TOTAL AMOUNT    USD  $27,954.46
FOB    XINGANG,CHINA

NET WEIGHT:       12,872.00    KGS
GROSS WEIGHT: 12,872.00    KGS
MEASURMENT:    60.00          CBM

CONTAINER NO.: TCNU9450581
BL NO.:             TES090814
BL DATE:          Aug.14.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : K&S INTERNATIONAL (SINGAPORE)PTE.,LTD**
**BANK ACCOUNT :0003-001635-01-0-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:   ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
      10110 MOLECULAR DRIVE
      SUITE 217ROCKVILLE, MD 20850

Date:         Aug.12.2009
Invoice No.:  90579/JL/TTKSY
Order No.:    1-6289-B-04-D
CPO No.:      1860 - 1

From: XINGANG,CHINA      To: FT. MYERS, FL         Shipped:   BY SEA

| Description of goods | | | | Quantity | Unit price | | Amount |
|---|---|---|---|---|---|---|---|
| TIRE AND/OR FLAPS | | | | | | | |
| CHINESE NEW TIRES | | | | | | | |
| COUNTRY OF ORIGIN: CHINA | | | | | | | |
| CC NO.:848  ST NO.:892 | | | | | | | |
| DOT NO.:0J | | | | | | | |
| CODE NO: | | | | | | | |
| ### | 205/60R16 | 92H S600 | BCT | 220 PCS | USD | 24.84 USD | 5,464.80 |
| ### | 185/60R15 | 84H S600 | BCT | 330 | | 19.85 | 6,550.50 |
| ### | 205/40ZR17 | 84W S900 | AUTOGUARD | 330 | | 21.86 | 7,213.80 |
| ### | 215/35 R 18 | 84 W S800 | BCT | 160 | | 32.38 | 5,180.80 |
| | 225/40 R 18 | 92 W SA802 | AUTOGUARD | 110 | | 35.35 | 3,888.50 |
| | | | | 1150 PCS | | | 28,298.40 |

INTEREST CHARGE   USD   $2,000.00

TOTAL AMOUNT   USD  $30,298.40
FOB   XINGANG,CHINA

NET WEIGHT:     10,788.00   KGS
GROSS WEIGHT: 10,788.00   KGS
MEASURMENT:   60.00         CBM

CONTAINER NO.: ZCSU8565913
BL NO.:          TES090810
BL DATE:         Aug.12.2009

You are kindly requested to arrange wire transfer per following bank details.
BENEFICIARY : K&S INTERNATIONAL (SINGAPORE)PTE.,LTD
BANK ACCOUNT :0003-001635-01-0-022
BANK NAME : DBS BANK LTD
BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER
ONE ,SINGAPORE 068809
SWIFT CODE : DBSSSGSG

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:  ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
10110 MOLECULAR DRIVE
SUITE 217ROCKVILLE, MD 20850

Date:       Aug.28.2009
Invoice No.:   90650/JL/TTKSY
Order No.:   1-6302-B-04-D
CPO No.:    1867

From: XINGANG,CHINA     To: FT. MYERS, FL

Shipped:    BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|

TIRE AND/OR FLAPS
CHINESE NEW TIRES
COUNTRY OF ORIGIN: CHINA
CC NO.:848  ST NO.:892
DOT NO.:0J

CODE NO:

| | | | Quantity | Unit price | Amount |
|---|---|---|---|---|---|
| ### | 205/60R16 92H S600 | BCT | 110 PCS | USD 24.84 | USD 2,732.40 |
| ### | 185/70R13 86T S600 | BCT | 480 | 16.01 | 7,684.80 |
| ### | 185/60R14 82H S600 | BCT | 220 | 17.04 | 3,748.80 |
| ### | 195/60R15 88H S600 | BCT | 120 | 21.89 | 2,626.80 |
| ### | 195/60R14 86H S600 | BCT | 320 | 18.59 | 5,948.80 |
| ### | 195/65R15 91H S600 | BCT | 20 | 21.01 | 420.20 |
| XMT820 | LT31X10.50R15-6 BLK JC5 | XMT | 50 | 52.68 | 2,634.00 |
| | | | 1320 PCS | | 25,795.80 |

INTEREST CHARGE   USD   $2,000.00

TOTAL AMOUNT   USD  $27,795.80
FOB   XINGANG,CHINA

NET WEIGHT:    12,291.00    KGS
GROSS WEIGHT: 12,291.00    KGS
MEASURMENT:   60.00        CBM

CONTAINER NO.: TCKU9777013
BL NO.:       TSE090819
BL DATE:      Aug.28.2009

You are kindly requested to arrange wire transfer per following bank details.
BENEFICIARY : KS RESOURCES LIMITED
BANK ACCOUNT :0003-003486-01-6-022
BANK NAME : DBS BANK LTD
BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER
ONE,SINGAPORE 068809
SWIFT CODE : DBSSSGSG

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:  ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
     10110 MOLECULAR DRIVE
     SUITE 217ROCKVILLE, MD 20850

Date:      Aug.28.2009
Invoice No.:  90649/JL/TTKSY
Order No.:   1-6521-B-06-D
CPO No.:    1893 - 1

From: XINGANG,CHINA    To: FT. MYERS, FL      Shipped:   BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:848  ST NO.:892 | | | |
| DOT NO.:0J | | | |
| | | | |
| CODE NO: | | | |
| ### 215/65R15  100H S600  BCT | 20 PCS | USD  24.44 | USD  488.80 |
| ### 175/70R13  82T S600  BCT | 750 | 14.43 | 10,822.50 |
| ### 185/70R13  86T S600  BCT | 86 | 16.01 | 1,376.86 |
| ### 175/65R14  82H S600  BCT | 60 | 15.96 | 957.60 |
| ### 235/60R16  100H S600  BCT | 30 | 29.78 | 893.40 |
| ### 185/60R14  82H S600  BCT | 120 | 17.04 | 2,044.80 |
| ### 185/65R14  86H S600  BCT | 100 | 17.55 | 1,755.00 |
| ### 195/60R15  88H S600  BCT | 54 | 21.89 | 1,182.06 |
| ### 195/60R14  86H S600  BCT | 60 | 18.59 | 1,115.40 |
| ### 185/70R14  88T S600  BCT | 20 | 16.09 | 321.80 |
| ### 185/65R15  88H S600  BCT | 20 | 19.28 | 385.60 |
| ### 215/35 R 18  84 W S800  BCT | 12 | 32.38 | 388.56 |
| ### 305/40VR22  114V WINMAX BCT | 12 | 60.65 | 727.80 |
| ### 205/40ZR17  84W S900  AUTOGUARD | 146 | 21.86 | 3,191.56 |
| | 1490 PCS | | 25,651.74 |

INTEREST CHARGE   USD  $2,000.00
TOTAL AMOUNT   USD  $27,651.74
FOB   XINGANG,CHINA

NET WEIGHT:    118,370.00   KGS
GROSS WEIGHT:  118,370.00   KGS
MEASURMENT:   60.00      CBM

CONTAINER NO.: MSKU8447449
BL NO.:      TSE090820
BL DATE:     Aug.28.2009

You are kindly requested to arrange wire transfer per following bank details.
BENEFICIARY : KS RESOURCES LIMITED
BANK ACCOUNT :0003-003486-01-6-022
BANK NAME : DBS BANK LTD
BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER
ONE,SINGAPORE 068809
SWIFT CODE : DBSSSGSG

# K AND S INTERNATIONAL SINGAPORE PTE LTD.

70 MARINE PARADE ROAD #02-27 COTE D'AZUR
SINGAPORE 449302

## COMMERCIAL INVOICE

To:   ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
10110 MOLECULAR DRIVE SUITE 217
ROCKVILLE, MD 20850.USA.

Date:        Sep.10.2009
Invoice No.:   90667/JL/TTKSY
Order No.:    1-6808-B-08-DK
CPO No.:     DK82109

From: XINGANG,CHINA    To: BATESVILLE, MS

Shipped:    BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:101 ST NO.:101<br>DOT NO.:0J<br><br>CODE NO:<br>XMT8218 LT285/75R16-8 BLK JC52  XMT | 460 PCS | USD  80.45 | USD    37,007.00 |
|  | 460 PCS |  | 37,007.00 |

FREIGHT       $3,375.00

TOTAL AMOUNT   USD $40,382.00
CFR  BATESVILLE, MS

NET WEIGHT:    11,454.00    KGS
GROSS WEIGHT: 11,454.00    KGS
MEASURMENT:   60.00       CBM

CONTAINER NO.:  CCLU6162551
BL NO.:         TSE090914
BL DATE:       Sep.10.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : K&S INTERNATIONAL (SINGAPORE)PTE.,LTD**
**BANK ACCOUNT :0003-001635-01-0-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# K AND S INTERNATIONAL SINGAPORE PTE LTD.

70 MARINE PARADE ROAD #02-27 COTE D'AZUR
SINGAPORE 449302

## COMMERCIAL INVOICE

To:  ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
10110 MOLECULAR DRIVE SUITE 217
ROCKVILLE, MD 20850.USA.

From: XINGANG,CHINA          To: BATESVILLE, MS

Date:        Sep.10.
Invoice No.:   90668/J
Order No.:     1-6809-
CPO No.:       DK8210⁹

Shipped:      BY SEA

| Description of goods | Quantity | Unit price | A |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:101 ST NO.:101<br>DOT NO.:0J<br><br>CODE NO: | | | |
| XMT8218 LT285/75R16-8 BLK JC52   XMT | 460 PCS | USD    80.45  USD | |
| | 460 PCS | | |

FREIGHT

TOTAL AMOUNT    USD
CFR   BATE⁹

NET WEIGHT:      11,454.00      KGS
GROSS WEIGHT:  11,454.00      KGS
MEASURMENT:     60.00           CBM

CONTAINER NO.:  CCLU7056750
BL NO.:              TSE090910
BL DATE:            Sep.10.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : K&S INTERNATIONAL (SINGAPORE)PTE.,LTD**
**BANK ACCOUNT :0003-001635-01-0-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# K AND S INTERNATIONAL SINGAPORE PTE LTD.

70 MARINE PARADE ROAD #02-27 COTE D'AZUR
SINGAPORE 449302

## COMMERCIAL INVOICE

To:   ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
     10110 MOLECULAR DRIVE SUITE 217
     ROCKVILLE, MD 20850.USA.

From: XINGANG,CHINA     To: BATESVILLE, MS

Date:        Sep.10.2009
Invoice No.:  90669/JL/TTKSY
Order No.:   1-6500-B-06-DK
CPO No.:    DK0402

Shipped:    BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:101 ST NO.:101<br>DOT NO.:0J<br><br>CODE NO:<br>XMT8203  LT235/85R16-10  BLK JC51 XMT | 600 PCS | USD  62.42 | USD  37,452.00 |
|  | 600 PCS |  | 37,452.00 |
|  |  | FREIGHT | $3,375.00 |
|  |  | TOTAL AMOUNT | USD  $40,827.00 |
|  |  | CFR | BATESVILLE, MS |

NET WEIGHT:    11,819.00    KGS
GROSS WEIGHT: 11,819.00    KGS
MEASURMENT:   60.00        CBM

CONTAINER NO.:  CCLU6588444
BL NO.:         TSE090911
BL DATE:       Sep.10.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : K&S INTERNATIONAL (SINGAPORE)PTE.,LTD**
**BANK ACCOUNT :0003-001635-01-0-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# K AND S INTERNATIONAL SINGAPORE PTE LTD.

70 MARINE PARADE ROAD #02-27 COTE D'AZUR
SINGAPORE 449302

## COMMERCIAL INVOICE

To:  ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
10110 MOLECULAR DRIVE SUITE 217
ROCKVILLE, MD 20850.USA.

Date:  Sep.10.2009
Invoice No.:  90670/JL/TTKSY
Order No.:  1-6801-B-08-DK
CPO No.:  DK82109

From: XINGANG,CHINA      To: BATESVILLE, MS

Shipped:  BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:101 ST NO.:101 | | | |
| DOT NO.:0J | | | |
| | | | |
| CODE NO: | | | |
| XMT821;LT285/70R17-8  BLK JC52  XMT | 435 PCS | USD    83.08 | USD    36,139.80 |
| | 435 PCS | | 36,139.80 |
| | | FREIGHT | $3,375.00 |
| | | TOTAL AMOUNT | USD  $39,514.80 |
| | | CFR | BATESVILLE, MS |

NET WEIGHT:     11,049.00      KGS
GROSS WEIGHT: 11,049.00      KGS
MEASURMENT:    60.00              CBM

CONTAINER NO.: CCLU6522067
BL NO.:           TSE090913
BL DATE:         Sep.10.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : K&S INTERNATIONAL (SINGAPORE)PTE.,LTD**
**BANK ACCOUNT :0003-001635-01-0-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# K AND S INTERNATIONAL SINGAPORE PTE LTD.

70 MARINE PARADE ROAD #02-27 COTE D'AZUR
SINGAPORE 449302

## COMMERCIAL INVOICE

| To: | ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC | Date: | Sep.10.2009 |
| --- | --- | --- | --- |
| | 10110 MOLECULAR DRIVE SUITE 217 | Invoice No.: | 90671/JL/TTKSY |
| | ROCKVILLE, MD 20850.USA. | Order No.: | 1-6800-B-08-DK |
| | | CPO No.: | DK82109 |

From: XINGANG,CHINA      To: BATESVILLE, MS          Shipped:   BY SEA

| Description of goods | Quantity | Unit price | Amount |
| --- | --- | --- | --- |
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:101 ST NO.:101 | | | |
| DOT NO.:0J | | | |
| | | | |
| CODE NO: | | | |
| XMT821;LT285/70R17-8  BLK JC52  XMT | 435 PCS | USD    83.08 | USD    36,139.80 |
| | 435 PCS | | 36,139.80 |

|  |  |
| --- | --- |
| FREIGHT | $3,375.00 |
| TOTAL AMOUNT | USD $39,514.80 |
| CFR | BATESVILLE, MS |

NET WEIGHT:    11,049.00    KGS
GROSS WEIGHT: 11,049.00    KGS
MEASURMENT:   60.00          CBM

CONTAINER NO.: CCLU7262405
BL NO.:        TSE090912
BL DATE:       Sep.10.2009

You are kindly requested to arrange wire transfer per following bank details.
BENEFICIARY : K&S INTERNATIONAL (SINGAPORE)PTE.,LTD
BANK ACCOUNT :0003-001635-01-0-022
BANK NAME : DBS BANK LTD
BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER
ONE ,SINGAPORE 068809
SWIFT CODE : DBSSSGSG

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:   ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
      10110 MOLECULAR DRIVE
      SUITE 217ROCKVILLE, MD 20850

| | |
|---|---|
| Date: | Sep.10.2009 |
| Invoice No.: | 90686/JL/TTKSY |
| Order No.: | 1-6290-B-04-D |
| CPO No.: | 1860 - 2 |

From: XINGANG,CHINA       To: FT. MYERS, FL          Shipped:    BY SEA

| Description of goods | | Quantity | Unit price | | Amount | |
|---|---|---|---|---|---|---|
| TIRE AND/OR FLAPS | | | | | | |
| CHINESE NEW TIRES | | | | | | |
| COUNTRY OF ORIGIN: CHINA | | | | | | |
| CC NO.:848 ST NO.:892 | | | | | | |
| DOT NO.:0J | | | | | | |
| | | | | | | |
| CODE NO: | | | | | | |
| ### | 225/60R16  98H S600 | BCT | 200 PCS | USD   30.54 | USD | 6,108.00 |
| ### | 195/55R15  85V S600 | BCT | 200 | 23.84 | | 4,768.00 |
| ### | 195/65R15  91H S600 | BCT | 150 | 22.27 | | 3,340.50 |
| ### | 185/65R15  88H S600 | BCT | 150 | 20.44 | | 3,066.00 |
| ### | 31X10.5R15LT-6  JB42 | BCT | 222 | 48.88 | | 10,851.36 |
| | | | 922 PCS | | | 28,133.86 |

INTEREST CHARGE   USD   $2,000.00

TOTAL AMOUNT   USD $30,133.86
FOB   XINGANG,CHINA

| | | |
|---|---|---|
| NET WEIGHT: | 10,710.00 | KGS |
| GROSS WEIGHT: | 10,710.00 | KGS |
| MEASURMENT: | 60.00 | CBM |

CONTAINER NO.: GESU4198650
BL NO.:       TSE090908
BL DATE:      Sep.10.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:   ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC          Date:         Sep.11.2009
      10110 MOLECULAR DRIVE                              Invoice No.:  90690/JL/TTKSY
      SUITE 217ROCKVILLE, MD 20850                       Order No.:    1-6150-B-03-D
                                                         CPO No.:      1841

From: XINGANG,CHINA      To: FT. MYERS, FL               Shipped:      BY SEA

| Description of goods | | Quantity | Unit price | | Amount | |
|---|---|---|---|---|---|---|
| TIRE AND/OR FLAPS | | | | | | |
| CHINESE NEW TIRES | | | | | | |
| COUNTRY OF ORIGIN: CHINA | | | | | | |
| CC NO.:848 ST NO.:892 | | | | | | |
| DOT NO.:0J | | | | | | |
| | | | | | | |
| CODE NO: | | | | | | |
| ### | 185/70R13  86T S600 | BCT | 380 PCS | USD | 16.97 | USD | 6,448.60 |
| ### | 195/60R15 88V S600 | BCT | 50 | | 23.20 | | 1,160.00 |
| ### | 185/70R14 88T S600 | BCT | 420 | | 17.06 | | 7,165.20 |
| ### | 195/70R14 91T S600 | BCT | 330 | | 18.50 | | 6,105.00 |
| ### | 215/45ZR17 91W S900 | AUTOGUARD | 160 | | 24.41 | | 3,905.60 |
| ### | ST175/80R13-6 JK42 | BCT | 20 | | 17.70 | | 354.00 |
| | | | 1360 PCS | | | | 25,138.40 |

INTEREST CHARGE   USD   $2,000.00

TOTAL AMOUNT   USD $27,138.40
FOB   XINGANG,CHINA

NET WEIGHT:    12,233.00     KGS
GROSS WEIGHT: 12,233.00     KGS
MEASURMENT:    60.00       CBM

CONTAINER NO.: INKU6171424
BL NO.:        TSE090917
BL DATE:       Sep.11.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:  ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
10110 MOLECULAR DRIVE
SUITE 217ROCKVILLE, MD 20850

Date:         Sep.11.2009
Invoice No.:  90689/JL/TTKSY
Order No.:    1-6149-B-03-D
CPO No.:      1840

From: XINGANG,CHINA      To: FT. MYERS, FL

Shipped:      BY SEA

| Description of goods | | | | Quantity | Unit price | | Amount | |
|---|---|---|---|---|---|---|---|---|
| TIRE AND/OR FLAPS | | | | | | | | |
| CHINESE NEW TIRES | | | | | | | | |
| COUNTRY OF ORIGIN: CHINA | | | | | | | | |
| CC NO.:848 ST NO.:892 | | | | | | | | |
| DOT NO.:0J | | | | | | | | |
| | | | | | | | | |
| CODE NO: | | | | | | | | |
| ### | 185/70R13 | 86T S600 | BCT | 380 PCS | USD | 16.97 | USD | 6,448.60 |
| ### | 195/60R15 | 88H S600 | BCT | 50 | | 23.20 | | 1,160.00 |
| ### | 185/70R14 | 88T S600 | BCT | 420 | | 17.06 | | 7,165.20 |
| ### | 195/70R14 | 91T S600 | BCT | 330 | | 18.50 | | 6,105.00 |
| ### | 215/45ZR17 | 91W S900 | AUTOGUARD | 160 | | 24.41 | | 3,905.60 |
| ### | ST175/80R13-6 | JK42 | BCT | 20 | | 17.70 | | 354.00 |
| | | | | 1360 PCS | | | | 25,138.40 |

INTEREST CHARGE   USD   $2,000.00

TOTAL AMOUNT   USD   $27,138.40
FOB   XINGANG,CHINA

NET WEIGHT:      12,233.00    KGS
GROSS WEIGHT: 12,233.00    KGS
MEASURMENT:   60.00         CBM

CONTAINER NO.: TCNU9358433
BL NO.:        TSE090916
BL DATE:       Sep.11.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:  ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC  
10110 MOLECULAR DRIVE  
SUITE 217ROCKVILLE, MD 20850

Date:          Sep.11.2009  
Invoice No.:   90688/JL/TTKSY  
Order No.:     1-6545-B-06-D  
CPO No.:       1912 -3

From: XINGANG,CHINA        To: FT. MYERS, FL

Shipped:   BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:848 ST NO.:892 | | | |
| DOT NO.:0J | | | |
| | | | |
| CODE NO: | | | |
| ### 175/70R13 82T S600   BCT | 1800 PCS | USD  15.87  USD | 28,566.00 |
| | 1800 PCS | | 28,566.00 |

INTEREST CHARGE    USD   $2,000.00

TOTAL AMOUNT    USD  $30,566.00  
FOB    XINGANG,CHINA

NET WEIGHT:      12,240.00      KGS  
GROSS WEIGHT: 12,240.00      KGS  
MEASURMENT:    60.00           CBM

CONTAINER NO.: TRLU6679956  
BL NO.:            TSE090915  
BL DATE:          Sep.11.2009

You are kindly requested to arrange wire transfer per following bank details.  
**BENEFICIARY : KS RESOURCES LIMITED**  
**BANK ACCOUNT :0003-003486-01-6-022**  
**BANK NAME : DBS BANK LTD**  
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**  
**ONE,SINGAPORE 068809**  
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

| | |
|---|---|
| To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC | Date: Sep.11.2009 |
| 10110 MOLECULAR DRIVE | Invoice No.: 90687/JL/TTKSY |
| SUITE 217ROCKVILLE, MD 20850 | Order No.: 1-6303-B-04-D |
| | CPO No.: 1868 |

From: XINGANG,CHINA    To: FT. MYERS, FL          Shipped:  BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:848 ST NO.:892 | | | |
| DOT NO.:0J | | | |
| | | | |
| CODE NO: | | | |
| ###   185/70R13  86T S600    BCT | 390 PCS | USD   16.97 | USD   6,618.30 |
| ###   185/70R14  88T S600    BCT | 450 | 17.06 | 7,677.00 |
| ###   195/55R15  85V S600    BCT | 20 | 23.84 | 476.80 |
| ###   195/70R14  91T S600    BCT | 390 | 18.50 | 7,215.00 |
| ###   LT235/75R15-6  JB42    BCT | 80 | 39.52 | 3,161.60 |
| | 1330 PCS | | 25,148.70 |

INTEREST CHARGE   USD   $2,000.00

TOTAL AMOUNT   USD  $27,148.70
FOB   XINGANG,CHINA

| | | |
|---|---|---|
| NET WEIGHT: | 12,418.00 | KGS |
| GROSS WEIGHT: | 12,418.00 | KGS |
| MEASURMENT: | 60.00 | CBM |

CONTAINER NO.: INKU2578242
BL NO.:      TSE090918
BL DATE:    Sep.11.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# K AND S INTERNATIONAL SINGAPORE PTE LTD.

70 MARINE PARADE ROAD #02-27 COTE D'AZUR
SINGAPORE 449302

## COMMERCIAL INVOICE

To:   ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
        10110 MOLECULAR DRIVE SUITE 217
        ROCKVILLE, MD 20850.USA.

Date:          Oct.8.2009
Invoice No.:   90722/JL/TTKSY
Order No.:     1-6485-B-06-DK
CPO No.:       Hok6209

From: XINGANG,CHINA        To: TULSA, OK

Shipped:       BY SEA

| Description of goods | Quantity | Unit price | | Amount |
|---|---|---|---|---|
| TIRE AND/OR FLAPS | | | | |
| CHINESE NEW TIRES | | | | |
| COUNTRY OF ORIGIN: CHINA | | | | |
| CC NO.:101 ST NO.:829 | | | | |
| DOT NO.:0J | | | | |
| | | | | |
| CODE NO: | | | | |
| ###   ST205/75R14-6  JK42      BCT | 534 PCS | USD   24.91 | USD | 13,301.94 |
| ###   ST175/80R13-6  JK42      BCT | 434 | 17.70 | | 7,681.80 |
| ###   ST225/75R15-10  JK42    BCT | 228 | 35.75 | | 8,151.00 |
| | 1196 PCS | | | 29,134.74 |

TOTAL AMOUNT   USD $29,134.74
FOB    XINGANG,CHINA

NET WEIGHT:       12,624.80      KGS
GROSS WEIGHT:   12,624.80      KGS
MEASURMENT:       60.00           CBM

CONTAINER NO.:   TGHU8888913
BL NO.:              TSE091017
BL DATE:            Oct.8.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : K&S INTERNATIONAL (SINGAPORE)PTE.,LTD**
**BANK ACCOUNT :0003-001635-01-0-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

ROOM 3602, 36/F, TOWER TWO LIPPO CENTRE 89, QUEENSWAY HONG KONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:  ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
     10110 MOLECULAR DRIVE SUITE 217
     ROCKVILLE, MD 20850.USA.

Date:     Nov.24.2009
Invoice No.:  90789/JL/TTKSY
Order No.:  1-7093-B-11-D
CPO No.:  2007

From: XINGANG,CHINA  To: FT. MYERS, FL

Shipped:  BY SEA

| Description of goods | | | Quantity | Unit price | | Amount | |
|---|---|---|---|---|---|---|---|
| TIRE AND/OR FLAPS | | | | | | | |
| CHINESE NEW TIRES | | | | | | | |
| COUNTRY OF ORIGIN: CHINA | | | | | | | |
| CC NO.:848 ST NO.:892 | | | | | | | |
| DOT NO.:0J | | | | | | | |
| CODE NO: | | | | | | | |
| ### | 175/70R13 82T JA55 | BCT | 600 PCS | USD | 15.87 | USD | 9,522.00 |
| | 175/65R14 82H SA602 | BCT | 120 | | 16.92 | | 2,030.40 |
| ### | 195/60R15 88H S600 | BCT | 250 | | 23.20 | | 5,800.00 |
| ### | 185/70R14 88T S600 | BCT | 150 | | 17.06 | | 2,559.00 |
| ### | 185/65R15 88H S600 | BCT | 60 | | 20.44 | | 1,226.40 |
| ### | 205/70R14 95T S600 | BCT | 50 | | 20.19 | | 1,009.50 |
| ### | 195/55R15 85V S600 | BCT | 120 | | 23.84 | | 2,860.80 |
| ### | 195/60R14 86H S600 | BCT | 120 | | 19.71 | | 2,365.20 |
| | TOTAL | | 1470 PCS | | | | 27,373.30 |

**FOB XINGANG,CHINA**

NET WEIGHT:  11,930.00    KGS
GROSS WEIGHT: 11,930.00    KGS
MEASURMENT:  60.00        CBM

CONTAINER NO.: DRYU9001340
BL NO.:       TSE091125
BL DATE:     Nov.24.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

ROOM 3602, 36/F, TOWER TWO LIPPO CENTRE 89, QUEENSWAY HONG KONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:   ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
     10110 MOLECULAR DRIVE SUITE 217
     ROCKVILLE, MD 20850.USA.

Date:    Nov.19.2009
Invoice No.:   90790/JL/TTKSY
Order No.:   1-6762-B-08-D
CPO No.:   1949 -4

From: XINGANG,CHINA    To: FT. MYERS, FL    Shipped:   BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:848 ST NO.:892 | | | |
| DOT NO.:0J | | | |
| CODE NO: | | | |
| ###   195/60R15  88V S600   BCT | 490 PCS | USD   23.20 | USD   11,368.00 |
| ###   205/55R16  91W S600   BCT | 300 | 28.14 | 8,442.00 |
| ###   205/70R14  95T S600   BCT | 250 | 20.19 | 5,047.50 |
| ###   205/40ZR17 84W S800   BCT | 120 | 23.98 | 2,877.60 |
| TOTAL | 1160 PCS | | 27,735.10 |

**FOB XINGANG,CHINA**

NET WEIGHT:   11,115.00   KGS
GROSS WEIGHT: 11,115.00   KGS
MEASURMENT:   60.00     CBM

CONTAINER NO.: GLDU0786035
BL NO.:    TSE091124
BL DATE:   Nov.19.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
10110 MOLECULAR DRIVE SUITE 217
ROCKVILLE, MD 20850.USA.

Date: Nov.24.2009
Invoice No.: 90749/JL/TTKSY
Order No.: 1-7089-B-10-DK
CPO No.: ND102809

From: XINGANG,CHINA       To: FT. Myers, FL          Shipped: BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:848 ST NO.:892<br>DOT NO.:0J<br><br>CODE NO: | | | |
| ### 750-16 10ply TBLS BIAS SHIELD | 720 | USD 39.15 | USD 28,188.00 |
| | 720 PCS | | 28,188.00 |

**TOTAL AMOUNT   USD $28,188.00**
**FOB   XINGANG,CHINA**

NET WEIGHT:   11,880.00   KGS
GROSS WEIGHT: 11,880.00   KGS
MEASURMENT:   60.00   CBM

CONTAINER NO.: INKU2566072
BL NO.:        TSE091123
BL DATE:       Nov.24.2009

**You are kindly requested to arrange wire transfer per following bank details.**

**BENEFICIARY : KS RESOURCES LIMITED
BANK ACCOUNT :0003-003486-01-6-022
BANK NAME : DBS BANK LTD
BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER
ONE ,SINGAPORE 068809
SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:   ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
      10110 MOLECULAR DRIVE SUITE 217
      ROCKVILLE, MD 20850.USA.

Date:    Nov.26.2009
Invoice No.:  90778/JL/TTKSY
Order No.:  1-6815-B-08-DK
CPO No.:  DK82109

From: XINGANG,CHINA    To: BATESVILLE, MS    Shipped:  BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:101 ST NO.:101<br>DOT NO.:0J<br><br>CODE NO:<br>XMT8218  LT285/75R16-8 BLK JC52   XMT | 460 PCS<br>460 PCS | USD   78.04 USD | 35,898.40<br>35,898.40 |

TOTAL AMOUNT  USD  $35,898.40
FOB  XINGANG,CHINA

NET WEIGHT:    11,454.00    KGS
GROSS WEIGHT:  11,454.00    KGS
MEASURMENT:    60.00    CBM

CONTAINER NO.:  MSKU1371737
BL NO.:    TSE091126
BL DATE:    Nov.26.2009

You are kindly requested to arrange wire transfer per following bank details.

BENEFICIARY : KS RESOURCES LIMITED
BANK ACCOUNT :0003-003486-01-6-022
BANK NAME : DBS BANK LTD
BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER
ONE ,SINGAPORE 068809
SWIFT CODE : DBSSSGSG

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:  ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
     10110 MOLECULAR DRIVE SUITE 217
     ROCKVILLE, MD 20850.USA.

Date:        Nov.26.2009
Invoice No.: 90779/JL/TTKSY
Order No.:   1-6816-B-08-DK
CPO No.:     DK82109

From: XINGANG,CHINA      To: BATESVILLE, MS

Shipped:     BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS CHINESE NEW TIRES COUNTRY OF ORIGIN: CHINA CC NO.:101 ST NO.:101 DOT NO.:0J | | | |
| CODE NO: | | | |
| XMT8218  LT285/75R16-8 BLK JC52   XMT | 460 PCS | USD  78.04 USD | 35,898.40 |
| | 460 PCS | | 35,898.40 |

TOTAL AMOUNT   USD  $35,898.40
FOB   XINGANG,CHINA

NET WEIGHT:     11,454.00    KGS
GROSS WEIGHT:  11,454.00    KGS
MEASURMENT:    60.00          CBM

CONTAINER NO.:  UXXU4521366
BL NO.:         TSE091130
BL DATE:        Nov.26.2009

You are kindly requested to arrange wire transfer per following bank details.

BENEFICIARY : KS RESOURCES LIMITED
BANK ACCOUNT :0003-003486-01-6-022
BANK NAME : DBS BANK LTD
BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER
ONE ,SINGAPORE 068809
SWIFT CODE : DBSSSGSG

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:  ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC          Date:          Nov.26.2009
     10110 MOLECULAR DRIVE SUITE 217                    Invoice No.:   90780/JL/TTKSY
     ROCKVILLE, MD 20850.USA.                           Order No.:     1-6811-B-08-DK
                                                        CPO No.:       DK82109

From: XINGANG,CHINA          To: BATESVILLE, MS         Shipped:       BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:101 ST NO.:101<br>DOT NO.:0J<br><br>CODE NO: | | | |
| XMT8218  LT285/75R16-8 BLK JC52   XMT | 460 PCS | USD   78.04  USD | 35,898.40 |
| | 460 PCS | | 35,898.40 |

                                        TOTAL AMOUNT   USD  $35,898.40
                                                FOB    XINGANG,CHINA

NET WEIGHT:      11,454.00      KGS
GROSS WEIGHT:    11,454.00      KGS
MEASURMENT:      60.00          CBM

CONTAINER NO.:   UETU5035167
BL NO.:          TSE091129
BL DATE:         Nov.26.2009

**You are kindly requested to arrange wire transfer per following bank details.**

**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:  ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC     Date:        Nov.26.2009
      10110 MOLECULAR DRIVE SUITE 217                        Invoice No.:   90781/JL/TTKSY
      ROCKVILLE, MD 20850.USA.                                   Order No.:     1-6473-B-06-DK
                                                                            CPO No.:      DK0615

From: XINGANG,CHINA        To: BATESVILLE, MS           Shipped:     BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:101 ST NO.:101<br>DOT NO.:0J<br><br>CODE NO:<br>XMT8204  LT245/75R16-10  BLK JC51 XMT | 620 PCS | USD   59.39 USD | 36,821.80 |
|  | 620 PCS |  | 36,821.80 |

TOTAL AMOUNT   USD  $36,821.80
FOB   XINGANG,CHINA

NET WEIGHT:      11,594.00      KGS
GROSS WEIGHT:  11,594.00      KGS
MEASURMENT:     60.00           CBM

CONTAINER NO.:   MSKU0740173
BL NO.:              TSE091127
BL DATE:            Nov.26.2009

You are kindly requested to arrange wire transfer per following bank details.

BENEFICIARY : KS RESOURCES LIMITED
BANK ACCOUNT :0003-003486-01-6-022
BANK NAME : DBS BANK LTD
BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER
ONE ,SINGAPORE 068809
SWIFT CODE : DBSSSGSG

# KS RESOURCES LIMITED

ROOM 3602, 36/F, TOWER TWO LIPPO CENTRE 89, QUEENSWAY HONG KONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:  ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
     10110 MOLECULAR DRIVE SUITE 217
     ROCKVILLE, MD 20850.USA.

Date:        Nov.30.2009
Invoice No.:  90791/JL/TTKSY
Order No.:   1-6864-B-08-D
CPO No.:     DK12209

From: XINGANG,CHINA        To: San Antonio, TX

Shipped:     BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:101 ST NO.:212<br>DOT NO.:0J<br><br>CODE NO: | | | |
| ###   205/70R14  95T S600      BCT | 1140 PCS | USD   20.19 | USD   23,016.60 |
| TOTAL | 1140 PCS | | 23,016.60 |

**FOB XINGANG,CHINA**

NET WEIGHT:    11,514.00    KGS
GROSS WEIGHT: 11,514.00    KGS
MEASURMENT:   60.00         CBM

CONTAINER NO.: HLXU6358570
BL NO.:          TSE091116
BL DATE:        Nov.30.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

ROOM 3602, 36/F, TOWER TWO LIPPO CENTRE 89, QUEENSWAY HONG KONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:   ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
      10110 MOLECULAR DRIVE SUITE 217
      ROCKVILLE, MD 20850.USA.

Date:         Nov.30.2009
Invoice No.:  90792/JL/TTKSY
Order No.:    1-6865-B-08-D
CPO No.:      1965-2

From: XINGANG,CHINA     To: FT. MYERS, FL

Shipped:   BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:848 ST NO.:892<br>DOT NO.:0J<br><br>CODE NO: | | | |
| ###   205/70R14  95T S600     BCT | 1140 PCS | USD   20.19 | USD   23,016.60 |
| TOTAL | 1140 PCS | | 23,016.60 |

FOB XINGANG,CHINA

NET WEIGHT:    11,514.00    KGS
GROSS WEIGHT: 11,514.00    KGS
MEASURMENT:   60.00        CBM

CONTAINER NO.: HLXU4519465
BL NO.:        TSE091120
BL DATE:       Nov.30.2009

You are kindly requested to arrange wire transfer per following bank details.
**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

ROOM 3602, 36/F, TOWER TWO LIPPO CENTRE 89, QUEENSWAY HONG KONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:  ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
10110 MOLECULAR DRIVE SUITE 217
ROCKVILLE, MD 20850.USA.

Date:        Nov.30.2009
Invoice No.:  90793/JL/TTKSY
Order No.:    1-6752-B-07-D
CPO No.:      1936 - 3

From: XINGANG,CHINA        To: FT. MYERS, FL

Shipped:     BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:848 ST NO.:892<br>DOT NO.:0J<br><br>CODE NO: | | | |
| ###   205/70R14  95T S600      BCT | 1140 PCS | USD   20.19 | USD   23,016.60 |
| TOTAL | 1140 PCS | | 23,016.60 |

**FOB XINGANG,CHINA**

NET WEIGHT:    11,514.00    KGS
GROSS WEIGHT: 11,514.00    KGS
MEASURMENT:   60.00        CBM

CONTAINER NO.: TMMU5021008
BL NO.:        TSE091121
BL DATE:       Nov.30.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

ROOM 3602, 36/F, TOWER TWO LIPPO CENTRE 89, QUEENSWAY HONG KONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

| To: | ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC | Date: | Nov.30.2009 |
|---|---|---|---|
| | 10110 MOLECULAR DRIVE SUITE 217 | Invoice No.: | 90794/JL/TTKSY |
| | ROCKVILLE, MD 20850.USA. | Order No.: | 1-6753-B-07-D |
| | | CPO No.: | 1936 - 4 |

From: XINGANG,CHINA　　To: FT. MYERS, FL　　　　Shipped:　　BY SEA

| Description of goods | | Quantity | Unit price | Amount |
|---|---|---|---|---|
| TIRE AND/OR FLAPS | | | | |
| CHINESE NEW TIRES | | | | |
| COUNTRY OF ORIGIN: CHINA | | | | |
| CC NO.:848 ST NO.:892 | | | | |
| DOT NO.:0J | | | | |
| CODE NO: | | | | |
| ### 175/70R13 82T S600 | BCT | 500 PCS | USD 15.87 | USD 7,935.00 |
| ### 175/65R14 82H S600 | BCT | 200 | 16.92 | 3,384.00 |
| ### 185/70R14 88T S600 | BCT | 300 | 17.06 | 5,118.00 |
| ### 195/60R14 86H S600 | BCT | 300 | 19.71 | 5,913.00 |
| ### 215/45ZR17 91W S800 | BCT | 150 | 25.32 | 3,798.00 |
| TOTAL | | 1450 PCS | | 26,148.00 |

**FOB XINGANG,CHINA**

NET WEIGHT:　　11,990.00　　KGS
GROSS WEIGHT: 11,990.00　　KGS
MEASURMENT:　　60.00　　　　CBM

CONTAINER NO.: HLXU6089980
BL NO.:　　　　TSE091117
BL DATE:　　　　Nov.30.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

ROOM 3602, 36/F, TOWER TWO LIPPO CENTRE 89, QUEENSWAY HONG KONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:   ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
10110 MOLECULAR DRIVE SUITE 217
ROCKVILLE, MD 20850.USA.

Date:         Nov.30.2009
Invoice No.:  90795/JL/TTKSY
Order No.:    1-6755-B-07-D
CPO No.:      1937

From: XINGANG,CHINA      To: FT. MYERS, FL

Shipped:      BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:848 ST NO.:892<br>DOT NO.:0J | | | |
| CODE NO: | | | |
| ### 175/70R13 82T S600   BCT | 230 PCS | USD  15.87 | USD  3,650.10 |
| ### 205/70R14 95T S600   BCT | 900 | 20.19 | 18,171.00 |
| ### 195/60R14 86H S600   BCT | 100 | 19.71 | 1,971.00 |
| TOTAL | 1230 PCS | | 23,792.10 |

FOB XINGANG,CHINA

NET WEIGHT:    11,614.00    KGS
GROSS WEIGHT: 11,614.00    KGS
MEASURMENT:   60.00        CBM

CONTAINER NO.: TCNU9399920
BL NO.:        TSE091118
BL DATE:       Nov.30.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

ROOM 3602, 36/F, TOWER TWO LIPPO CENTRE 89, QUEENSWAY HONG KONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:   ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
      10110 MOLECULAR DRIVE SUITE 217
      ROCKVILLE, MD 20850.USA.

From: XINGANG,CHINA      To: FT. MYERS, FL

Date:         Nov.30.2009
Invoice No.:  90796/JL/TTKSY
Order No.:    1-6757-B-07-D
CPO No.:      1940

Shipped:      BY SEA

| Description of goods | Quantity | Unit price | | Amount |
|---|---|---|---|---|
| TIRE AND/OR FLAPS | | | | |
| CHINESE NEW TIRES | | | | |
| COUNTRY OF ORIGIN: CHINA | | | | |
| CC NO.:848 ST NO.:892 | | | | |
| DOT NO.:0J | | | | |
| CODE NO: | | | | |
| ### 175/70R13 82T S600     BCT | 800 PCS | USD | 15.87 USD | 12,696.00 |
| ### 175/65R14 82H S600     BCT | 60 | | 16.92 | 1,015.20 |
| ### 205/70R14 95T S600     BCT | 500 | | 20.19 | 10,095.00 |
| ### 195/60R14 86H S600     BCT | 100 | | 19.71 | 1,971.00 |
| TOTAL | 1460 PCS | | | 25,777.20 |

**FOB XINGANG,CHINA**

NET WEIGHT:      11,912.00    KGS
GROSS WEIGHT: 11,912.00    KGS
MEASURMENT:    60.00          CBM

CONTAINER NO.: TCNU9399920
BL NO.:            TSE091119
BL DATE:          Nov.30.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# Exhibit "C"

| SHIPPER / EXPORTER | | BOOKING NO. | | B/L NO. |
| --- | --- | --- | --- | --- |

KS RESOURCES LIMITED

ROOM 3602, 36/F., TOWER TWO, LIPPO CENTRE,

89 QUEENSWAY, HONG KONG

TEL: 00852-2127-7146 FAX: 00852-2127-7148

B/L NO.: **TSB090714**

**CONSIGNEE**

TO THE ORDER OF

# AGXLINES LIMITED

**NOTIFY PARTY**

ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC

10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850

TEL: 240.328.6383

FAX: 240.328.6407

# *BILL OF LADING*

| OCEAN VESSEL | VOYAGE | FOR DELIVERY PLEASE APPLY TO: |
| --- | --- | --- |
| MSC VALENCIA | VD902R | AMBER WORLDWIDE LOGISTICS |
| PLACE OF RECEIPT | PORT OF LOADING | 1358 N.W. 78TH AVE MIAMI, FL 33126 |
| | XINGANG CHINA | TEL 305 716 1119    FAX 305 716 0929 |
| PORT OF DISCHARGE | PLACE OF DELIVERY | |
| FT. MYERS FL. | FT. MYERS FL. | |

| CONTAINER NO./ SEAL NO. MARKS AND NUMBERS | NO. OF PKGS. OR CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
| --- | --- | --- | --- | --- |
| N/M | 1140PCS | TIRE AND/OR FLAPS | 11514.00KGS | 60CBM |
| | | COUNTRY OF ORIGIN: CHINA | | |
| | | ORDER NO.: 1-6541-B-06-D | | |
| | | CPO NO.: 5845 | | |
| | | CC: 848 | | |
| | | ST: 892 | | |
| | | 205/70R14 95T S600      1140 | | |
| | | TOTAL                          1140 | | |
| INKU6503766/7745145/40'HQ/CY/CY | | THERE IS NO WOOD PACKING MATERIAL IN THIS SHIPMENT | | |
| | | FREIGHT COLLECT | | |
| | | SHIPPER'S LOAD COUNT & SEAL | | |

TOTAL: ONE THOUSAND ONE HUNDRED AND FORTY PCS ONLY.

| FREIGHT AND CHARGES | PREPAID | COLLECT | |
| --- | --- | --- | --- |
| | | AS ARRANGED | RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released. |
| TOTAL | | | |
| Ex. Rate | SHIPPED ON BOARD THE | | AGX LINES LIMITED |
| THREE (3) ORIGINAL BS/L HAVE BEEN SIGNED TIANJIN DATE: AT: | SHIPPED ON BOARD VESSEL: DATE: PER: | JUL. 11.2009 | *Cora* 4 |
| | | | By _____ |
| | | | SIGNED ON BEHALF OF CARRIER |

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:   ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
      10110 MOLECULAR DRIVE SUITE 217
      ROCKVILLE, MD 20850.USA.

Date:         Jul.11.2009
Invoice No.:  90506/JL/TTKSY
Order No.:    1-6541-B-06-D
CPO No.:      1916-1

From: XINGANG,CHINA      To: FT. MYERS, FL

Shipped:      BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:848 ST NO.:892<br>DOT NO.:0J<br><br>CODE NO: | | | |
| ###   205/70R14  95T S600         BCT | 1140 PCS | USD   19.05 USD | 21,717.00 |
|  | 1140 PCS | | 21,717.00 |

TOTAL AMOUNT   USD $21,717.00
FOB   XINGANG,CHINA

NET WEIGHT:      11,514.00      KGS
GROSS WEIGHT: 11,514.00      KGS
MEASURMENT:    60.00            CBM

CONTAINER NO.: INKU6503766
BL NO.:             TSE090714
BL DATE:           Jul.11.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE SUITE 217
    ROCKVILLE, MD 20850.USA.

Date:    Jul.11.2009
Invoice No.: 90506/JL/TTKSY
Order No.:  1-6541-B-06-D
CPO No.:  1916-1

From:    XINGANG,CHINA    To: FT. MYERS, FL    Shipped:    BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS CHINESE NEW TIRES COUNTRY OF ORIGIN: CHINA CC NO.:848 ST NO.:892 DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 1140 PCS | 11,514.00 | 11,514.00 | 60.000 |
| **TOTAL :**  **1140 PCS** | **11,514.00** | **11,514.00** | **60.000** |

NET WEIGHT:    11,514.00    KGS
GROSS WEIGHT:    11,514.00    KGS
MEASURMENT:    60.000    CBM

CONTAINER NO.:    INKU6503766
BL NO.:    TSE090714
BL DATE:    Jul.11.2009

| SHIPPER / EXPORTER | | BOOKING NO. | | B/L NO. |
|---|---|---|---|---|

**SHIPPER / EXPORTER**
KS RESOURCES LIMITED
ROOM 3602, 36/F., TOWER TWO, LIPPO CENTRE,
89 QUEENSWAY, HONG KONG
TEL: 00852-2127-7146 FAX: 00852-2127-7148

**BOOKING NO.**

**B/L NO.** TSE090729

**CONSIGNEE**
TO THE ORDER OF

# AGX LINES LIMITED

**NOTIFY PARTY**
ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC
10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850
TEL: 240.328.6383
FAX: 240.328.6407

# BILL OF LADING

**OCEAN VESSEL** QI YUN HE
**VOYAGE** V. 0754E
**PLACE OF RECEIPT**
**PORT OF LOADING** XINGANG CHINA
**PORT OF DISCHARGE** FT. MYERS V, FL.
**PLACE OF DELIVERY** FT. MYERS V, FL.

FOR DELIVERY PLEASE APPLY TO:
AMBER WORLDWIDE LOGISTICS
1358 N.W. 78TH AVE MIAMI, FL 33126
TEL 305 716 1119    FAX 305 716 0929

| CONTAINER NO./ SEAL NO. MARKS AND NUMBERS | NO. OF PKGS. OR CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
|---|---|---|---|---|
| N/M | 552PCS | TIRE AND/OR FLAPS COUNTRY OF ORIGIN: CHINA ORDER NO.: 1-6294-B-04-D CPO NO.: 1863 - 4 CC: 848 ST: 892 | 11285.00KGS | 60CBM |

```
P235/70R16    109S JB-45 BLK    120
P265/70R17 113S JB-45 BLK       150
LT265/75R16/10   JC-52 BLK      282
TOTAL                           552
```

INKU6243210/ML009746/40'HQ/CY/CY

THERE IS NO WOOD PACKING MATERIAL IN THIS SHIPMENT

FREIGHT COLLECT
SHIPPER'S LOAD COUNT & SEAL

*ORIGINAL*

TOTAL: FIVE HUNDRED AND FIFTY TWO PCS ONLY

| FREIGHT AND CHARGES | PREPAID | COLLECT |
|---|---|---|
| | | AS ARRANGED |
| TOTAL | | |
| Ex. Rate | | |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released.

THREE (3) ORIGINAL BS/L
HAVE BEEN SIGNED TIANJIN
DATE:
AT:

SHIPPED ON BOARD THE
**SHIPPED ON BOARD**
VESSEL:    JUL.24.2009
DATE:
PER



AGX LINES LIMITED

Cora

By _____
SIGNED ON BEHALF OF CARRIER

4

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:   ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
      10110 MOLECULAR DRIVE SUITE 217
      ROCKVILLE, MD 20850.USA.

Date:        Jul.24..2009
Invoice No.: 90531/JL/TTKSY
Order No.:   1-6294-B-04-D
CPO No.:     1863 - 4

From: XINGANG,CHINA        To: FT. MYERS, FL

Shipped:     BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:848 ST NO.:892 | | | |
| DOT NO.:0J | | | |
| | | | |
| CODE NO: | | | |
| ###      P255/70R16  BLK JB45      BCT | 120 PCS | USD   39.74 USD | 4,768.80 |
| ###      P265/70R17 BLK JB45      BCT | 150 | 44.74 | 6,711.00 |
| XMT8205 LT265/75R16-10 BLK JC52 XMT | 282 | 64.00 | 18,048.00 |
| | 552 PCS | | 29,527.80 |

BCT MOLD CHARGE    $5,000.00
TOTAL AMOUNT     USD $34,527.80
                 CFR    FT. MYERS, FL

NET WEIGHT:      11,285.00     KGS
GROSS WEIGHT:  11,285.00     KGS
MEASURMENT:     60.00          CBM

CONTAINER NO.:  INKU6243210
BL NO.:              TSE090729
BL DATE:            Jul.24..2009

You are kindly requested to arrange wire transfer per following bank details.

**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# K AND S INTERNATIONAL SINGAPORE PTE LTD.

REGISTRATION NO.200203770E.
201 TANJONG RHU ROAD +08-11 PAKSHORE
SINGAPORE 436917

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE SUITE 217
    ROCKVILLE, MD 20850.USA.

Date:     Jul.24..2009
Invoice No.: 90531/JL/TTKSY
Order No.: 1-6294-B-04-D
CPO No.:   1863 - 4

From:    XINGANG,CHINA    To: FT. MYERS, FL     Shipped:   BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:848 ST NO.:892 | | | |
| DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 552 PCS | 11,285.00 | 11,285.00 | 60.000 |
| TOTAL :   552 PCS | 11,285.00 | 11,285.00 | 60.000 |

NET WEIGHT:    11,285.00    KGS
GROSS WEIGHT: 11,285.00    KGS
MEASURMENT:    60.000      CBM

CONTAINER NO.:  INKU6243210
BL NO.:         TSE090729
BL DATE:       Jul.24..2009

| SHIPPER / EXPORTER | | BOOKING NO. | | B/L NO. | TSIE090728 |
|---|---|---|---|---|---|

SHIPPER / EXPORTER
KS RESOURCES LIMITED
ROOM 3602, 36/F., TOWER TWO, LIPPO CENTRE,
89 QUEENSWAY, HONG KONG
TEL: 00852-2127-7146 FAX: 00852-2127-7148

CONSIGNEE
TO THE ORDER OF

# AGX LINES LIMITED

NOTIFY PARTY
ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC
10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850
TEL: 240.328.6383
FAX: 240.328.6407

# BILL OF LADING

| OCEAN VESSEL QI YUN HE | VOYAGE V. 0754E |
|---|---|
| PLACE OF RECEIPT | PORT OF LOADING XINGANG,CHINA |
| PORT OF DISCHARGE FT. MYERS V, FL. | PLACE OF DELIVERY FT. MYERS V, FL. |

FOR DELIVERY PLEASE APPLY TO:
AMBER WORLDWIDE LOGISTICS
1358 N.W. 78TH AVE MIAMI, FL 33126
TEL 305 716 1119   FAX 305 716 0929

| CONTAINER NO./ SEAL NO. MARKS AND NUMBERS | NO. OF PKGS. OR CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
|---|---|---|---|---|
| N/M | 1270PCS | TIRE AND/OR FLAPS | 11688.00KGS | 60CBM |
| | | COUNTRY OF ORIGIN: CHINA | | |
| | | ORDER NO.: I-5749-B-01-D | | |
| | | CPO NO.: 1762 -2 | | |
| | | CC: 848 | | |
| | | ST: 892 | | |
| | | 205/60R16 92V S600      230 | | |
| | | 175/65R14 82H S600      400 | | |
| | | 215/60R16 95H S600      200 | | |
| | | 195/60R14 86H SA602     400 | | |
| | | 185/60R15 84H S600      40 | | |
| FCIU8071910/ML009748/40'HQ/CY/CY | | TOTAL                  1270 | | |
| | | THERE IS NO WOOD PACKING MATERIAL IN THIS SHIPMENT | | |
| | | FREIGHT COLLECT | | |
| | | SHIPPER'S LOAD COUNT & SEAL | | |

ORIGINAL

TOTAL: ONE THOUSAND TWO HUNDRED AND SEVENTY PCS ONLY.

| FREIGHT AND CHARGES | PREPAID | COLLECT | |
|---|---|---|---|
| | | AS ARRANGED | RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released. |
| TOTAL | | | |
| Ex. Rate | | | |
| THREE (3) ORIGINAL B/L HAVE BEEN SIGNED    TIANJIN | SHIPPED ON BOARD THE SHIPPED ON BOARD   JUL.24.2009 | | AGX LINES LIMITED |
| DATE: | VESSEL: | | Cora |
| AT: | DATE: PER | | By _____ SIGNED ON BEHALF OF CARRIER |

4

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:  ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
     7917 G-H CESSNA AVE
     GAITHERSBURG, MD 20879.USA.

Date:     Jul.24.2009
Invoice No.:  90539/JL/TTKSY
Order No.:  1-5749-B-01-D
CPO No.:  1762 -2

From: XINGANG,CHINA     To: FT. MYERS, FL     Shipped:  BY SEA

| Description of goods | | Quantity | Unit price | | Amount | |
|---|---|---|---|---|---|---|

TIRE AND/OR FLAPS
CHINESE NEW TIRES
COUNTRY OF ORIGIN: CHINA
CC NO.:848 ST NO.:892
DOT NO.:0J

CODE NO:

| Code | Size | Spec | Brand | Quantity | | Unit price | | Amount |
|---|---|---|---|---|---|---|---|---|
| ### | 205/60R16 | 92V S600 | BCT | 230 PCS | USD | 24.84 | USD | 5,713.20 |
| ### | 175/65R14 | 82H S600 | BCT | 400 | | 15.96 | | 6,384.00 |
| ### | 215/60R16 | 95H S600 | BCT | 200 | | 26.46 | | 5,292.00 |
| | 195/60R14 | 86H SA602 | BCT | 400 | | 19.15 | | 7,660.00 |
| ### | 185/60R15 | 84H S600 | BCT | 40 | | 19.85 | | 794.00 |
| | | | | 1270 PCS | | | | 25,843.20 |

BCT XMT MOLD CHARGE     USD  $5,000.00

TOTAL AMOUNT     USD  $30,843.20
FOB     XINGANG,CHINA

NET WEIGHT:    11,688.00    KGS
GROSS WEIGHT: 11,688.00    KGS
MEASURMENT:   60.00    CBM

CONTAINER NO.: FCIU8071910
BL NO.:     TSE090728
BL DATE:    Jul.24.2009

You are kindly requested to arrange wire transfer per following bank details.
BENEFICIARY : K&S INTERNATIONAL (SINGAPORE)PTE.,LTD
BANK ACCOUNT :0003-001635-01-0-022
BANK NAME : DBS BANK LTD
BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER
ONE ,SINGAPORE 068809
SWIFT CODE : DBSSSGSG

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    7917 G-H CESSNA AVE
    GAITHERSBURG, MD 20879.USA.

Date:    Jul.24.2009
Invoice No.: 90539/JL/TTKSY
Order No.: 1-5749-B-01-D
CPO No.:   1762 -2

From:    XINGANG,CHINA    To: FT. MYERS, FL    Shipped:  BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:848 ST NO.:892 | | | |
| DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 1270 PCS | 11,688.00 | 11,688.00 | 60.000 |
| **TOTAL :**   **1270 PCS** | **11,688.00** | **11,688.00** | **60.000** |

NET WEIGHT:   11,688.00    KGS
GROSS WEIGHT: 11,688.00    KGS
MEASURMENT:   60.000      CBM

CONTAINER NO.: FCIU8071910
BL NO.:       TSE090728
BL DATE:     Jul.24.2009

| SHIPPER / EXPORTER | | BOOKING NO. | B/L NO. |
| --- | --- | --- | --- |
| KS RESOURCES LIMITED<br>ROOM 3602, 36/F., TOWER TWO, LIPPO CENTRE,<br>89 QUEENSWAY, HONG KONG<br>TEL: 00852-2127-7146 FAX: 00852-2127-7148 | | | TSE090805 |

CONSIGNEE
TO THE ORDER OF

*10*

# AGXLINES LIMITED

| NOTIFY PARTY |
| --- |
| ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC<br>10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850<br>TEL:240.328.6383<br>FAX:240.328.6407 |

# *BILL OF LADING*

| OCEAN VESSEL | VOYAGE | FOR DELIVERY PLEASE APPLY TO: |
| --- | --- | --- |
| DONGTAI PEARL | V. 516E | AMBER WORLDWIDE LOGISTICS |
| PLACE OF RECEIPT | PORT OF LOADING | 1358 N.W. 78TH AVE MIAMI, FL 33126 |
| | XINGANG,CHINA | TEL 305 716 1119   FAX 305 716 0929 |
| PORT OF DISCHARGE | PLACE OF DELIVERY | |
| FT. MYERS V, FL. | FT. MYERS V, FL. | |

| CONTAINER NO./ SEAL NO.<br>MARKS AND NUMBERS | NO. OF PKGS. OR<br>CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | | GROSS WEIGHT<br>(KGS) | MEASUREMENT<br>(CBM) |
| --- | --- | --- | --- | --- | --- |
| N/M | 1426PCS | TIRE AND/OR FLAPS<br>COUNTRY OF ORIGIN: CHINA<br>ORDER NO.: 1-5563-B-12-D<br>CPO NO.: 1750<br>CC: 848<br>ST: 892 | | 11599.00KGS | 60CBM |
| | | 175/70R13 82T | 746 | | |
| | | 205/70R14 95T | 110 | | |
| | | 215/60R16 95H | 110 | | |
| INKU2560217/N166698/40'HQ/CY/CY | | 195/65R15 91V | 460 | | |
| | | TOTAL | 1426 | | |
| | | THERE IS NO WOOD PACKING MATERIAL IN THIS<br>SHIPMENT | | | |
| | | FREIGHT COLLECT<br>SHIPPER'S LOAD COUNT & SEAL | | | |

ORIGINAL

TOTAL : ONE THOUSAND FOUR HUNDRED AND TWENTY SIX PCS ONLY.

| FREIGHT AND CHARGES | PREPAID | COLLECT | RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released. |
| --- | --- | --- | --- |
| | | AS ARRANGED | |
| TOTAL | | | |
| Ex. Rate | SHIPPED ON BOARD THE<br>SHIPPED ON BOARD | | AGX LINES LIMITED |
| THREE (3) ORIGINAL B(s)L<br>HAVE BEEN SIGNED **TIANJIN** | VESSEL: | AUG.03.2009 | *Cora* |
| DATE: | DATE: | | 4 |
| AT: | PER: | | By _____<br>SIGNED ON BEHALF OF CARRIER |

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:   ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
7917 G-H CESSNA AVE
GAITHERSBURG, MD 20879.USA.

Date:       Aug.01.2009
Invoice No.:    90551/JL/TTKSY
Order No.:    1-5563-B-12-D
CPO No.:    1750

From: XINGANG,CHINA      To: FT. MYERS, FL

Shipped:    BY SEA

| Description of goods | | Quantity | Unit price | | Amount | |
|---|---|---|---|---|---|---|
| TIRE AND/OR FLAPS | | | | | | |
| CHINESE NEW TIRES | | | | | | |
| COUNTRY OF ORIGIN: CHINA | | | | | | |
| CC NO.:848 ST NO.:892 | | | | | | |
| DOT NO.:0J | | | | | | |
| CODE NO: | | | | | | |
| ### 175/70R13 82T S600 | BCT | 746 PCS | USD | 14.43 | USD | 10,764.78 |
| ### 205/70R14 95T S600 | BCT | 110 | | 19.05 | | 2,095.50 |
| ### 215/60R16 95H S600 | BCT | 110 | | 26.46 | | 2,910.60 |
| ### 195/65R15 91V S600 | BCT | 460 | | 21.01 | | 9,664.60 |
| | | 1426 PCS | | | | 25,435.48 |

BCT XMT MOLD CHARGE   USD   $5,000.00

TOTAL AMOUNT   USD  $30,435.48
FOB   XINGANG,CHINA

NET WEIGHT:      11,599.00      KGS
GROSS WEIGHT: 11,599.00      KGS
MEASURMENT:    60.00            CBM

CONTAINER NO.: INKU2560217
BL NO.:          TSE090805
BL DATE:        Aug.01.2009

You are kindly requested to arrange wire transfer per following bank details.
BENEFICIARY : K&S INTERNATIONAL (SINGAPORE)PTE.,LTD
BANK ACCOUNT :0003-001635-01-0-022
BANK NAME : DBS BANK LTD
BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER
ONE ,SINGAPORE 068809
SWIFT CODE : DBSSSGSG

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    7917 G-H CESSNA AVE
    GAITHERSBURG, MD 20879.USA.

Date:    Aug.01.2009
Invoice No.: 90551/JL/TTKSY
Order No.: 1-5563-B-12-D
CPO No.:  1750

From:    XINGANG,CHINA    To: FT. MYERS, FL    Shipped:  BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:848 ST NO.:892 | | | |
| DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 1426 PCS | 11,599.00 | 11,599.00 | 60.000 |
| **TOTAL :**   **1426 PCS** | **11,599.00** | **11,599.00** | **60.000** |

NET WEIGHT:   11,599.00   KGS
GROSS WEIGHT: 11,599.00   KGS
MEASURMENT:  60.000     CBM

CONTAINER NO.: INKU2560217
BL NO.:        TSE090805
BL DATE:      Aug.01.2009

| SHIPPER / EXPORTER | | BOOKING NO. | | B/L NO. |
|---|---|---|---|---|
| KS RESOURCES LIMITED | | | | TSE090804 |

ROOM 3602, 36/F., TOWER TWO, LIPPO CENTRE,
89 QUEENSWAY, HONG KONG
TEL: 00852-2127-7146 FAX: 00852-2127-7148

CONSIGNEE
TO THE ORDER OF

# AGX LINES LIMITED

NOTIFY PARTY
ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC
10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850
TEL:240.328.6383
FAX:240.328.6407

# BILL OF LADING

| OCEAN VESSEL | VOYAGE |
|---|---|
| DONGTAI PEARL | V. 516E |
| PLACE OF RECEIPT | PORT OF LOADING |
| | XINGANG,CHINA |
| PORT OF DISCHARGE | PLACE OF DELIVERY |
| FT. MYERS V. FL. | FT. MYERS V. FL. |

FOR DELIVERY PLEASE APPLY TO:
AMBER WORLDWIDE LOGISTICS
1358 N.W. 78TH AVE MIAMI, FL 33126
TEL 305 716 1119   FAX 305 716 0929

| CONTAINER NO./ SEAL NO. MARKS AND NUMBERS | NO. OF PKGS. OR CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
|---|---|---|---|---|---|
| N/M | 1194PCS | TIRE AND/OR FLAPS | | 11079.00KGS | 60CBM |
| | | COUNTRY OF ORIGIN: CHINA | | | |
| | | ORDER NO.: 1-5750-B-01-D | | | |
| | | CPO NO.: 1766 – 1 | | | |
| | | CC: 848 | | | |
| | | ST: 892 | | | |
| | | 195/50R15 82V S900 | 150 | | |
| | | 195/55R15 85V S900 | 200 | | |
| | | 205/55R16 91W S900 | 104 | | |
| DFSU6014670/N171232/40'HQ/CY/CY | | 205/40ZR17 XL  S900 | 300 | | |
| | | 215/45ZR17 XL  S900 | 100 | | |
| | | 195/80R15 88H S600 | 340 | | |
| | | TOTAL | 1194 | | |

THERE IS NO WOOD PACKING MATERIAL IN THIS SHIPMENT

FREIGHT COLLECT
SHIPPER'S LOAD COUNT & SEAL
TOTAL : ONE THOUSAND ONE HUNDRED AND NINETY FOUR PCS ONLY

| FREIGHT AND CHARGES | PREPAID | COLLECT |
|---|---|---|
| | | AS ARRANGED |
| TOTAL | | |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised  or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released.

| Ex. Rate | SHIPPED ON BOARD THE | |
|---|---|---|
| | SHIPPED ON BOARD | |
| THREE (3) ORIGINAL BS/L HAVE BEEN SIGNED TIANJIN | VESSEL: | AUG.03.2009 |
| DATE: | DATE: | |
| AT: | PER | |

AGX LINES LIMITED

Cora

4

By _____
SIGNED ON BEHALF OF CARRIER

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
7917 G-H CESSNA AVE
GAITHERSBURG, MD 20879.USA.

Date: Aug.01.2009
Invoice No.: 90564/JL/TTKSY
Order No.: 1-5750-B-01-D
CPO No.: 1766 - 1

From: XINGANG,CHINA     To: FT. MYERS, FL

Shipped: BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:848 ST NO.:892 | | | |
| DOT NO.:0J | | | |
| CODE NO: | | | |
| ### 195/50R15 82V S900  BCT | 150 PCS | USD  21.67 | USD  3,250.50 |
| ### 195/55R15 85V S900  BCT | 200 | 22.14 | 4,428.00 |
| ### 205/55R16 91W S900  BCT | 104 | 26.18 | 2,722.72 |
| ### 205/40ZR17 84W S900  AUTOGUARD | 300 | 21.86 | 6,558.00 |
| ### 215/45ZR17 91W S900  AUTOGUARD | 100 | 23.03 | 2,303.00 |
| ### 195/60R15 88H S600  BCT | 340 | 21.89 | 7,442.60 |
| | 1194 PCS | | 26,704.82 |

BCT XMT MOLD CHARGE    USD    $5,000.00

TOTAL AMOUNT    USD $31,704.82
FOB    XINGANG,CHINA

NET WEIGHT: 11,079.00    KGS
GROSS WEIGHT: 11,079.00    KGS
MEASURMENT: 60.00    CBM

CONTAINER NO.: DFSU6014670
BL NO.: TSE090804
BL DATE: Aug.01.2009

You are kindly requested to arrange wire transfer per following bank details.
BENEFICIARY : K&S INTERNATIONAL (SINGAPORE)PTE.,LTD
BANK ACCOUNT :0003-001635-01-0-022
BANK NAME : DBS BANK LTD
BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER
ONE ,SINGAPORE 068809
SWIFT CODE : DBSSSGSG

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
     7917 G-H CESSNA AVE
     GAITHERSBURG, MD 20879.USA.

Date:    Aug.01.2009
Invoice No.: 90564/JL/TTKSY
Order No.: 1-5750-B-01-D
CPO No.:  1766 - 1

From:    XINGANG,CHINA    To: FT. MYERS, FL    Shipped:  BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:848 ST NO.:892<br>DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 1194 PCS | 11,079.00 | 11,079.00 | 60.000 |
| **TOTAL :**  **1194 PCS** | **11,079.00** | **11,079.00** | **60.000** |

NET WEIGHT:  11,079.00    KGS
GROSS WEIGHT: 11,079.00    KGS
MEASURMENT:  60.000    CBM

CONTAINER NO.: DFSU6014670
BL NO.:       TSE090804
BL DATE:     Aug.01.2009

SHIPPER / EXPORTER
KS RESOURCES LIMITED
ROOM 3602, 36/F., TOWER TWO, LIPPO CENTRE,
39 QUEENSWAY, HONG KONG
TEL: 00852-2127-7146 FAX: 00852-2127-7148

CONSIGNEE
TO THE ORDER OF

NOTIFY PARTY
ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC
10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850
TEL:240.328.6383
FAX:240.328.6407

| OCEAN VESSEL | VOYAGE |
|---|---|
| QI YUN HE | V.0760E |
| PLACE OF RECEIPT | PORT OF LOADING |
| | XINGANG,CHINA |
| PORT OF DISCHARGE | PLACE OF DELIVERY |
| FT. MYERS G FL. | FT. MYERS G FL. |

BOOKING NO.                    B/L NO.
                               TSE090811

13

# AGX LINES LIMITED

# *BILL OF LADING*

FOR DELIVERY PLEASE APPLY TO:
AMBER WORLDWIDE LOGISTICS
1358 N.W. 78TH AVE MIAMI, FL 33126
TEL 305 716 1119    FAX 305 716 0929

| CONTAINER NO./ SEAL NO. MARKS AND NUMBERS | NO. OF PKGS. OR CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
|---|---|---|---|---|
| N/M | 1315PCS | TIRE AND/OR FLAPS | 12084.00KGS | 60CBM |
| | | COUNTRY OF ORIGIN: CHINA | | |
| | | ORDER NO.: 1-6537-B-06-D | | |
| | | CPO NO.: 1887 | | |
| | | CC: 848 | | |
| | | ST: 892 | | |
| | | 185/70R13 86T S600      300 | | |
| | | 175/65R14 82H S600      275 | | |
| | | 205/70R14 95T S600      740 | | |
| | | TOTAL                   1315 | | |
| SUDU6808470/1966139/40'HQ/CY/CY | | THERE IS NO WOOD PACKING MATERIAL IN THIS SHIPMENT | | |
| | | FREIGHT COLLECT | | |
| | | SHIPPER'S LOAD COUNT & SEAL | | |

ORIGINAL

TOTAL: ONE THOUSAND THREE HUNDRED AND FIFTEEN PCS ONLY.

| FREIGHT AND CHARGES | PREPAID | COLLECT |
|---|---|---|
| | | AS ARRANGED |
| | | |
| | | |
| TOTAL | | |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released.

| Ex. Rate | SHIPPED ON BOARD THE |
|---|---|
| | SHIPPED ON BOARD |
| THREE (3) ORIGINAL BS/L HAVE BEEN SIGNED TIANJIN | VESSEL:          AUG.14.2009 |
| DATE: | DATE: |
| AT: | PER |

AGX LINES LIMITED



By _____

4

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:   ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
      10110 MOLECULAR DRIVE
      SUITE 217ROCKVILLE, MD 20850

Date:         Aug.14.2009
Invoice No.:  90606/JL/TTKSY
Order No.:    1-6537-B-06-D
CPO No.:      1887

From: XINGANG,CHINA      To: FT. MYERS, FL

Shipped:   BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:848  ST NO.:892 | | | |
| DOT NO.:0J | | | |
| CODE NO: | | | |
| ###   185/70R13  86T S600   BCT | 300 PCS | USD   16.01 | USD   4,803.00 |
| ###   175/65R14  82H S600   BCT | 275 | 15.96 | 4,389.00 |
| ###   205/70R14  95T S600   BCT | 740 | 19.05 | 14,097.00 |
| | 1315 PCS | | 23,289.00 |

INTEREST CHARGE   USD   $2,000.00

TOTAL AMOUNT   USD   $25,289.00
FOB   XINGANG,CHINA

NET WEIGHT:     12,084.00     KGS
GROSS WEIGHT: 12,084.00     KGS
MEASURMENT:   60.00     CBM

CONTAINER NO.: SUDU6808470
BL NO.:         TSE090811
BL DATE:        Aug.14.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : K&S INTERNATIONAL (SINGAPORE)PTE.,LTD**
**BANK ACCOUNT :0003-001635-01-0-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE
    SUITE 217ROCKVILLE, MD 20850

Date:      Aug.14.2009
Invoice No.: 90606/JL/TTKSY
Order No.: 1-6537-B-06-D
CPO No.:  1887

From:    XINGANG,CHINA    To: FT. MYERS, FL      Shipped:   BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:848 ST NO.:892<br>DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 1315 PCS | 12,084.00 | 12,084.00 | 60.000 |
| **TOTAL :**    **1315 PCS** | **12,084.00** | **12,084.00** | **60.000** |

NET WEIGHT:   12,084.00    KGS
GROSS WEIGHT: 12,084.00    KGS
MEASURMENT:   60.000      CBM

CONTAINER NO.:  SUDU6808470
BL NO.:        TSE090811
BL DATE:      Aug.14.2009

| SHIPPER / EXPORTER | | BOOKING NO. | | B/L NO. | |
|---|---|---|---|---|---|
| KS RESOURCES LIMITED | | | | | TSE090814 |

ROOM 3602, 36/F., TOWER TWO, LIPPO CENTRE,

89 QUEENSWAY, HONG KONG

TEL: 00852-2127-7146 FAX: 00852-2127-7148

**CONSIGNEE**
TO THE ORDER OF

# AGX LINES LIMITED

**NOTIFY PARTY**
ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC

10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850

TEL: 240.328.6383

FAX: 240.328.6407

# BILL OF LADING

| OCEAN VESSEL | VOYAGE | FOR DELIVERY PLEASE APPLY TO: |
|---|---|---|
| QI YUN HE | V.0760E | AMBER WORLDWIDE LOGISTICS |
| **PLACE OF RECEIPT** | **PORT OF LOADING** | 1358 N.W. 78TH AVE MIAMI, FL 33126 |
| | XINGANG,CHINA | TEL. 305 716 1119   FAX 305 716 0929 |
| **PORT OF DISCHARGE** | **PLACE OF DELIVERY** | |
| FT. MYERS, FL. | FT. MYERS, FL. | |

| CONTAINER NO./ SEAL NO. MARKS AND NUMBERS | NO. OF PKGS. OR CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
|---|---|---|---|---|---|
| N/M | 1602PCS | TIRE AND/OR FLAPS | | 12872.00KGS | 60CBM |
| | | COUNTRY OF ORIGIN: CHINA | | | |
| | | ORDER NO.: 1-6151-B-03-D | | | |
| | | CPO NO.: 1842 | | | |
| | | CC: 848 | | | |
| | | ST: 892 | | | |
| | | 175/70R13 82T | 500 | | |
| | | 205/65R15 94V | 100 | | |
| | | 185/70R13 86T | 850 | | |
| | | 175/65R14 82H | 100 | | |
| | | 205/70R15 96T | 40 | | |
| | | 205/55R16 91W S900 | 12 | | |
| TCNU9450581/N168936/40'HQ/CY/CY | | TOTAL | 1602 | | |

THERE IS NO WOOD PACKING MATERIAL IN THIS
SHIPMENT

FREIGHT COLLECT
SHIPPER'S LOAD COUNT & SEAL
TOTAL: ONE THOUSAND SIX HUNDRED AND TWO PCS ONLY.

| FREIGHT AND CHARGES | PREPAID | COLLECT | |
|---|---|---|---|
| | | AS ARRANGED | RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released. |
| TOTAL | | | |
| Ex. Rate | SHIPPED ON BOARD THE | | |
| THREE (3) ORIGINAL HEREIN HAVE BEEN SIGNED | SHIPPED ON BOARD | AGX LINES LIMITED |
| DATE: | VESSEL: | AUG.14.2009 | |
| AT: | PER: | By _____ |



SIGNED ON BEHALF OF CARRIER

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:  ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
10110 MOLECULAR DRIVE
SUITE 217ROCKVILLE, MD 20850

Date:        Aug.14.2009
Invoice No.:   90607/JL/TTKSY
Order No.:    1-6151-B-03-D
CPO No.:     1842

From: XINGANG,CHINA      To: FT. MYERS, FL

Shipped:     BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:848  ST NO.:892 | | | |
| DOT NO.:0J | | | |
| CODE NO: | | | |
| ###   175/70R13  82T S600     BCT | 500 PCS | USD   14.43 | USD    7,215.00 |
| ###   205/65R15  94V S600     BCT | 100 | 22.48 | 2,248.00 |
| ###   185/70R13   86T S600    BCT | 850 | 16.01 | 13,608.50 |
| ###   175/65R14  82H S600     BCT | 100 | 15.96 | 1,596.00 |
| ###   205/70R15 96T S600      BCT | 40 | 24.32 | 972.80 |
| ###   205/55R16 91W S900      BCT | 12 | 26.18 | 314.16 |
| | 1602 PCS | | 25,954.46 |

INTEREST CHARGE  USD   $2,000.00

TOTAL AMOUNT   USD  $27,954.46
FOB   XINGANG,CHINA

NET WEIGHT:     12,872.00     KGS
GROSS WEIGHT: 12,872.00     KGS
MEASURMENT:    60.00          CBM

CONTAINER NO.: TCNU9450581
BL NO.:         TES090814
BL DATE:        Aug.14.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : K&S INTERNATIONAL (SINGAPORE)PTE.,LTD**
**BANK ACCOUNT :0003-001635-01-0-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC     Date:     Aug.14.2009
    10110 MOLECULAR DRIVE     Invoice No.: 90607/JL/TTKSY
    SUITE 217ROCKVILLE, MD 20850     Order No.: 1-6151-B-03-D
    CPO No.: 1842

From:     XINGANG,CHINA     To: FT. MYERS, FL     Shipped:     BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS CHINESE NEW TIRES COUNTRY OF ORIGIN: CHINA CC NO.:848 ST NO.:892 DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 1602 PCS | 12,872.00 | 12,872.00 | 60.000 |
| TOTAL :    1602 PCS | 12,872.00 | 12,872.00 | 60.000 |

NET WEIGHT:     12,872.00     KGS
GROSS WEIGHT:     12,872.00     KGS
MEASURMENT:     60.000     CBM

CONTAINER NO.:    TCNU9450581
BL NO.:     TES090814
BL DATE:     Aug.14.2009

| SHIPPER / EXPORTER | | BOOKING NO. | B/L NO. | TSE090810 |
|---|---|---|---|---|
| KS RESOURCES LIMITED<br>ROOM 3602, 36/F., TOWER TWO, LIPPO CENTRE,<br>89 QUEENSWAY, HONG KONG<br>TEL: 00852-2127-7146 FAX: 00852-2127-7148 | | | | |

CONSIGNEE
TO THE ORDER OF

/5

# AGX LINES LIMITED

NOTIFY PARTY
ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC
10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850
TEL:240.328.6383
FAX:240.328.6407

# *BILL OF LADING*

| OCEAN VESSEL | VOYAGE | FOR DELIVERY PLEASE APPLY TO |
|---|---|---|
| MERKUR CLOUD | V. 9315 | AMBER WORLDWIDE LOGISTICS |
| PLACE OF RECEIPT | PORT OF LOADING<br>XINGANG,CHINA | 1358 N.W. 78TH AVE MIAMI, FL 33126 |
| PORT OF DISCHARGE<br>ASUNCION, PARAGUAY | PLACE OF DELIVERY<br>ASUNCION, PARAGUAY | TEL 305 716 1119    FAX 305 716 0929 |

| CONTAINER NO./ SEAL NO.<br>MARKS AND NUMBERS | NO. OF PKGS. OR<br>CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | GROSS WEIGHT<br>(KGS) | MEASUREMENT<br>(CBM) |
|---|---|---|---|---|
| N/M | 1150PCS | TIRE AND/OR FLAPS<br>COUNTRY OF ORIGIN: CHINA<br>ORDER NO.: 1-6289-B-04-D<br>CPO NO.: 1860 - 1<br>CC: 848<br>ST: 892 | 10788.00KGS | 60CBM |
| | | 205/60R16                      220 | | |
| | | 185/60R15                      330 | | |
| | | 205/45R17 84W S900             330 | | |
| | | 215/35R18 XL 84W S800          160 | | |
| | | 225/40R18 XL 92W SA302         110 | | |
| ZCSU8565913/D855531/40'HQ/CY/CY | | TOTAL                         1150 | | |
| | | THERE IS NO WOOD PACKING MATERIAL IN THIS<br>SHIPMENT | | |
| | | FREIGHT COLLECT<br>SHIPPER'S LOAD COUNT & SEAL | | |

ORIGINAL

TOTAL: ONE THOUSAND ONE HUNDRED AND FIFTY PCS ONLY.

| FREIGHT AND CHARGES | PREPAID | COLLECT | RECEIVED by the Carrier the Goods as specified above in apparent good |
|---|---|---|---|
| | | AS ARRANGED | order and condition, unless otherwise stated, to be transported to such place<br>as agreed, authorised  or permitted herein and subject to all the terms and<br>conditions appearing on the front and reverse of this bill of lading to which<br>the Merchant agrees by accepting this Bill of Lading, any local privileges and<br>customs notwithstanding. The particulars given above are as stated by the<br>shipper and the weight, measure, quantity, condition, contents and value of<br>goods are unknown to the Carrier. One of the original bills of lading shall be<br>presented to the Carrier or his agent at destination before the cargo shall be<br>released. |
| TOTAL | | | |
| Ex. Rate | SHIPPED ON BOARD THE<br>SHIPPED ON BOARD | | AGX LINES LIMITED |
| THREE (3) ORIGINAL B/L<br>HAVE BEEN SIGNED<br>TIANJIN<br>DATE:<br>AT: | AUG.14.2009<br>VESSEL:<br>DATE:<br>PER | |  |

By _____

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
10110 MOLECULAR DRIVE
SUITE 217ROCKVILLE, MD 20850

Date:    Aug.12.2009
Invoice No.:  90579/JL/TTKSY
Order No.:  1-6289-B-04-D
CPO No.:  1860 - 1

From: XINGANG,CHINA    To: FT. MYERS, FL    Shipped:  BY SEA

| Description of goods | | | Quantity | Unit price | | Amount |
|---|---|---|---|---|---|---|
| TIRE AND/OR FLAPS | | | | | | |
| CHINESE NEW TIRES | | | | | | |
| COUNTRY OF ORIGIN: CHINA | | | | | | |
| CC NO.:848  ST NO.:892 | | | | | | |
| DOT NO.:0J | | | | | | |
| CODE NO: | | | | | | |
| ### | 205/60R16  92H S600 | BCT | 220 PCS | USD | 24.84 | USD | 5,464.80 |
| ### | 185/60R15  84H S600 | BCT | 330 | | 19.85 | 6,550.50 |
| ### | 205/40ZR17  84W S900 | AUTOGUARD | 330 | | 21.86 | 7,213.80 |
| ### | 215/35 R 18  84 W S800 | BCT | 160 | | 32.38 | 5,180.80 |
| | 225/40 R 18  92 W SA802 | AUTOGUARD | 110 | | 35.35 | 3,888.50 |
| | | | 1150 PCS | | | 28,298.40 |

INTEREST CHARGE  USD  $2,000.00

TOTAL AMOUNT  USD  $30,298.40
FOB  XINGANG,CHINA

NET WEIGHT:  10,788.00  KGS
GROSS WEIGHT: 10,788.00  KGS
MEASURMENT:  60.00  CBM

CONTAINER NO.: ZCSU8565913
BL NO.:  TES090810
BL DATE:  Aug.12.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : K&S INTERNATIONAL (SINGAPORE)PTE.,LTD**
**BANK ACCOUNT :0003-001635-01-0-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE
    SUITE 217ROCKVILLE, MD 20850

Date:    Aug.12.2009
Invoice No.: 90579/JL/TTKSY
Order No.:  1-6289-B-04-D
CPO No.:  1860 - 1

From:   XINGANG,CHINA    To: FT. MYERS, FL    Shipped:  BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:848  ST NO.:892<br>DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 1150 PCS | 10,788.00 | 10,788.00 | 60.000 |
| **TOTAL :**    **1150 PCS** | **10,788.00** | **10,788.00** | **60.000** |

NET WEIGHT:   10,788.00    KGS
GROSS WEIGHT: 10,788.00    KGS
MEASURMENT:   60.000    CBM

CONTAINER NO.: ZCSU8565913
BL NO.:     TES090810
BL DATE:    Aug.12.2009

| SHIPPER / EXPORTER | | BOOKING NO. | | B/L NO. | TSE090819 |
|---|---|---|---|---|---|
| KS RESOURCES LIMITED<br>ROOM 3602, 36/F., TOWER TWO, LIPPO CENTRE,<br>89 QUEENSWAY, HONG KONG<br>TEL: 00852-2127-7146 FAX: 00852-2127-7148 | | | | | |

**CONSIGNEE**
TO THE ORDER OF

# AGX LINES LIMITED

**NOTIFY PARTY**
ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC
10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850
TEL: 240.328.6383
FAX: 240.328.6407

# BILL OF LADING

| OCEAN VESSEL | VOYAGE | FOR DELIVERY PLEASE APPLY TO: |
|---|---|---|
| QI YUN HE | V.0764E | AMBER WORLDWIDE LOGISTICS |
| PLACE OF RECEIPT | PORT OF LOADING | 1358 N.W. 78TH AVE MIAMI, FL 33126 |
| | XINGANG,CHINA | TEL 305 716 1119   FAX 305 716 0929 |
| PORT OF DISCHARGE | PLACE OF DELIVERY | |
| FT. MYERS G. FL. | FT. MYERS G. FL. | |

| CONTAINER NO. / SEAL NO.<br>MARKS AND NUMBERS | NO. OF PKGS. OR<br>CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | | GROSS WEIGHT<br>(KGS) | MEASUREMENT<br>(CBM) |
|---|---|---|---|---|---|
| N/M | 1320PCS | TIRE AND/OR FLAPS<br>COUNTRY OF ORIGIN: CHINA<br>ORDER NO.: 1-6302-B-04-D<br>CPO NO.: 1867<br>CC: 848<br>ST: 892 | | 12291.00KGS | 60CBM |
| | | 205/60R16 | 110 | | |
| | | 185/70R13 | 480 | | |
| | | 185/60R14 | 220 | | |
| | | 195/60R15 | 120 | | |
| | | 195/60R14 | 320 | | |
| | | 195/65R15 | 20 | | |
| | | LT31X10.50R15 6P BLK JC52 | 50 | | |
| TCKU9777013/1963008/40'HQ/CY/CY | | TOTAL | 1320 | | |
| | | THERE IS NO WOOD PACKING MATERIAL IN THIS SHIPMENT | | | |
| | | FREIGHT COLLECT<br>SHIPPER'S LOAD COUNT & SEAL | | | |

TOTAL: ONE THOUSAND THREE HUNDRED AND TWENTY PCS ONLY.

| FREIGHT AND CHARGES | PREPAID | COLLECT | RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released. |
|---|---|---|---|
| | | AS ARRANGED | |
| | | | |
| TOTAL | | | |
| Ex. Rate | SHIPPED ON BOARD THE<br>SHIPPED ON BOARD | | AGX LINES LIMITED |
| THREE (3) ORIGINAL BS/L<br>HAVE BEEN SIGNED<br>DATE:<br>AT: | TIANJIN<br>VESSEL:<br>DATE:<br>PER | AUG 28 2009 | 4<br>By _____<br>SIGNED ON BEHALF OF CARRIER |

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:   ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
      10110 MOLECULAR DRIVE
      SUITE 217ROCKVILLE, MD 20850

Date:         Aug.28.2009
Invoice No.:  90650/JL/TTKSY
Order No.:    1-6302-B-04-D
CPO No.:      1867

From: XINGANG,CHINA      To: FT. MYERS, FL

Shipped:      BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:848  ST NO.:892 | | | |
| DOT NO.:0J | | | |
| CODE NO: | | | |
| ###   205/60R16  92H S600   BCT | 110 PCS | USD 24.84 | USD   2,732.40 |
| ###   185/70R13  86T S600   BCT | 480 | 16.01 | 7,684.80 |
| ###   185/60R14  82H S600   BCT | 220 | 17.04 | 3,748.80 |
| ###   195/60R15  88H S600   BCT | 120 | 21.89 | 2,626.80 |
| ###   195/60R14  86H S600   BCT | 320 | 18.59 | 5,948.80 |
| ###   195/65R15  91H S600   BCT | 20 | 21.01 | 420.20 |
| XMT820 LT31X10.50R15-6  BLK JC5 XMT | 50 | 52.68 | 2,634.00 |
| | 1320 PCS | | 25,795.80 |

INTEREST CHARGE   USD   $2,000.00

TOTAL AMOUNT   USD $27,795.80
FOB   XINGANG,CHINA

NET WEIGHT:     12,291.00    KGS
GROSS WEIGHT: 12,291.00    KGS
MEASURMENT:    60.00          CBM

CONTAINER NO.: TCKU9777013
BL NO.:          TSE090819
BL DATE:         Aug.28.2009

You are kindly requested to arrange wire transfer per following bank details.
BENEFICIARY : KS RESOURCES LIMITED
BANK ACCOUNT :0003-003486-01-6-022
BANK NAME : DBS BANK LTD
BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER
ONE,SINGAPORE 068809
SWIFT CODE : DBSSSGSG

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
     10110 MOLECULAR DRIVE
     SUITE 217ROCKVILLE, MD 20850

Date:    Aug.28.2009
Invoice No.: 90650/JL/TTKSY
Order No.:  1-6302-B-04-D
CPO No.:  1867

From:    XINGANG,CHINA    To: FT. MYERS, FL    Shipped:  BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:848  ST NO.:892 | | | |
| DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 1320 PCS | 12,291.00 | 12,291.00 | 60.000 |
| **TOTAL :**  **1320 PCS** | **12,291.00** | **12,291.00** | **60.000** |

NET WEIGHT:   12,291.00   KGS
GROSS WEIGHT: 12,291.00   KGS
MEASURMENT:  60.000     CBM

CONTAINER NO.: TCKU9777013
BL NO.:      TSE090819
BL DATE:     Aug.28.2009

| SHIPPER / EXPORTER | | | BOOKING NO. | | B/L NO. |
|---|---|---|---|---|---|

**SHIPPER / EXPORTER**

KS RESOURCES LIMITED

ROOM 3602, 36/F., TOWER TWO, LIPPO CENTRE,

89 QUEENSWAY, HONG KONG

TEL: 00852-2127-7146 FAX: 00852-2127-7148

**CONSIGNEE**

TO THE ORDER OF

**B/L NO.** TSE090820

*16*

# AGX LINES LIMITED

# BILL OF LADING

**NOTIFY PARTY**

ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC

10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850

TEL: 240.328.6383

FAX: 240.328.6407

FOR DELIVERY PLEASE APPLY TO:

AMBER WORLDWIDE LOGISTICS

1358 N.W. 78TH AVE MIAMI, FL 33126

TEL 305 716 1119    FAX 305 716 0929

| OCEAN VESSEL | VOYAGE |
|---|---|
| ADRIAN MAERSK | V. 0910 |
| **PLACE OF RECEIPT** | **PORT OF LOADING** |
| | XINGANG,CHINA |
| **PORT OF DISCHARGE** | **PLACE OF DELIVERY** |
| FT. MYERS, FL. | FT. MYERS, FL. |

| CONTAINER NO./ SEAL NO. MARKS AND NUMBERS | NO. OF PKGS. OR CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
|---|---|---|---|---|
| N/M | 1490PCS | TIRE AND/OR FLAPS | 11837.00KGS | 60CBM |
| | | COUNTRY OF ORIGIN: CHINA | | |
| | | ORDER NO.: 1-6521-B-06-D | | |
| | | CPO NO.: 1893 – 1 | | |
| | | CC: 848 | | |
| | | ST: 892 | | |
| | | 215/65R15 100H S600 | 20 | |
| | | 175/70R13 82T S600 | 750 | |
| | | 185/70R13 86T S600 | 86 | |
| | | 175/65R14 82H S600 | 60 | |
| | | 235/60R16 100H S600 | 30 | |
| | | 185/60R14 82H S600 | 120 | |
| | | 185/65R14 86H S600 | 100 | |
| MSKU8447449/CN7062164/40'HQ/CY/CY | | 195/65R15 88H S600 | 54 | |
| | | 195/60R14 86H S600 | 60 | |
| | | 185/70R14  88T S600 | 20 | |
| | | 185/65R15 88H S600 | 20 | |
| | | 215/35ZR18 84W XL S800 | 12 | |
| | | 305/40VR22 114V WINMAX | 12 | |
| | | 205/40ZR17 XL  S900 | 146 | |
| | | TOTAL | 1490 | |

| FREIGHT AND CHARGES | PREPAID | COLLECT | |
|---|---|---|---|
| | | THERE IS NO WOOD PACKING MATERIAL IN THIS SHIPMENT | |
| | | FREIGHT COLLECT | |
| | | SHIPPER'S LOAD, COUNT & SEAL | |
| | TOTAL: ONE THOUSAND THREE HUNDRED AND TWENTY DOLLARS | | |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorised, or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released.

AS ARRANGED

| TOTAL | |
|---|---|
| **Ex. Rate** | |

| THREE (3) ORIGINAL BS/L HAVE BEEN SIGNED | SHIPPED ON BOARD THE |
|---|---|
| DATE:  TIANJIN | SHIPPED ON BOARD AUG.31.2009 |
| AT: | VESSEL: |
| | DATE: |
| | PER |

AGX LINES LIMITED

*Cora*

By _____

SIGNED ON BEHALF OF CARRIER

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:  ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE
    SUITE 217ROCKVILLE, MD 20850

Date:        Aug.28.2009
Invoice No.:  90649/JL/TTKSY
Order No.:   1-6521-B-06-D
CPO No.:   1893 - 1

From: XINGANG,CHINA    To: FT. MYERS, FL      Shipped:    BY SEA

| Description of goods | | Quantity | Unit price | | Amount |
|---|---|---|---|---|---|
| TIRE AND/OR FLAPS | | | | | |
| CHINESE NEW TIRES | | | | | |
| COUNTRY OF ORIGIN: CHINA | | | | | |
| CC NO.:848  ST NO.:892 | | | | | |
| DOT NO.:0J | | | | | |
| | | | | | |
| CODE NO: | | | | | |
| ### 215/65R15  100H S600 | BCT | 20 PCS | USD  24.44 | USD | 488.80 |
| ### 175/70R13  82T S600 | BCT | 750 | 14.43 | | 10,822.50 |
| ### 185/70R13  86T S600 | BCT | 86 | 16.01 | | 1,376.86 |
| ### 175/65R14  82H S600 | BCT | 60 | 15.96 | | 957.60 |
| ### 235/60R16  100H S600 | BCT | 30 | 29.78 | | 893.40 |
| ### 185/60R14  82H S600 | BCT | 120 | 17.04 | | 2,044.80 |
| ### 185/65R14  86H S600 | BCT | 100 | 17.55 | | 1,755.00 |
| ### 195/60R15  88H S600 | BCT | 54 | 21.89 | | 1,182.06 |
| ### 195/60R14  86H S600 | BCT | 60 | 18.59 | | 1,115.40 |
| ### 185/70R14  88T S600 | BCT | 20 | 16.09 | | 321.80 |
| ### 185/65R15  88H S600 | BCT | 20 | 19.28 | | 385.60 |
| ### 215/35 R 18  84 W S800 | BCT | 12 | 32.38 | | 388.56 |
| ### 305/40VR22  114V WINMAX | BCT | 12 | 60.65 | | 727.80 |
| ### 205/40ZR17  84W S900 | AUTOGUARD | 146 | 21.86 | | 3,191.56 |
| | | 1490 PCS | | | 25,651.74 |

INTEREST CHARGE  USD  $2,000.00
TOTAL AMOUNT  USD $27,651.74
FOB  XINGANG,CHINA

NET WEIGHT:    118,370.00   KGS
GROSS WEIGHT: 118,370.00   KGS
MEASURMENT:   60.00        CBM

CONTAINER NO.: MSKU8447449
BL NO.:     TSE090820
BL DATE:    Aug.28.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE
    SUITE 217ROCKVILLE, MD 20850

Date:    Aug.28.2009
Invoice No.: 90649/JL/TTKSY
Order No.: 1-6521-B-06-D
CPO No.:  1893 - 1

From:    XINGANG,CHINA    To: FT. MYERS, FL    Shipped:  BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:848  ST NO.:892 | | | |
| DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 1490 PCS | 118,370.00 | 118,370.00 | 60.000 |
| **TOTAL :**  **1490 PCS** | **118,370.00** | **118,370.00** | **60.000** |

NET WEIGHT:    118,370.00    KGS
GROSS WEIGHT: 118,370.00    KGS
MEASURMENT:    60.000    CBM

CONTAINER NO.:  MSKU8447449
BL NO.:    TSE090820
BL DATE:    Aug.28.2009

| SHIPPER / EXPORTER | | BOOKING NO. | B/L NO. |
| --- | --- | --- | --- |
| K & S INTERNATIONAL SINGAPORE PTE LTD. 70 MARINE PARADE ROAD #02-27 COTE D'AZUR SINGAPORE 449302 | | | TSE090914 |

| CONSIGNEE |
| --- |
| TO THE ORDER OF |

# AGX LINES LIMITED

| NOTIFY PARTY |
| --- |
| ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC 10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850 TEL:240.328.6383 FAX:240.328.6407 |

# *BILL OF LADING*

| OCEAN VESSEL | VOYAGE | FOR DELIVERY PLEASE APPLY TO: |
| --- | --- | --- |
| CSCL AMERICA | V. GE329W | AMBER WORLDWIDE LOGISTICS |
| PLACE OF RECEIPT | PORT OF LOADING | 1358 N.W. 78TH AVE MIAMI, FL 33126 |
| | XINGANG,CHINA | TEL 305 716 1119   FAX 305 716 0929 |
| PORT OF DISCHARGE | PLACE OF DELIVERY | |
| LOS ANGELES,CA | BATESVILLE,MS | |

| CONTAINER NO / SEAL NO. MARKS AND NUMBERS | NO. OF PKGS. OR CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
| --- | --- | --- | --- | --- |
| N/M | 460PCS | TIRE AND/OR FLAPS COUNTRY OF ORIGIN: CHINA ORDER NO.: 1-6808-B-08-DK CPO NO.: DK32109 CC: 101 ST: 101 LT285/75R16 8Ply BLK JC52     460  TOTAL                        460 | 11454.00KGS | .60CBM |
| CCLU6162551/J354370/40'HQ/CY/DOOR | | THERE IS NO WOOD PACKING MATERIAL IN THIS SHIPMENT FREIGHT PREPAID SHIPPER'S LOAD COUNT & SEAL | | |

ORIGINAL

TOTAL: FOUR HUNDRED SIXTY PCS ONLY

| FREIGHT AND CHARGES | PREPAID | COLLECT | RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released. |
| --- | --- | --- | --- |
| | | AS ARRANGED | |
| TOTAL | | | |
| Ex. Rate | SHIPPED ON BOARD THE SHIPPED ON BOARD | | AGX LINES LIMITED |
| THREE (3) ORIGINAL BL(s) HAVE BEEN SIGNED DATE: AT: | HAVE BEEN VESSEL: DATE: PER: SEP.10.2009 | | Cora  4 |

SIGNED ON BEHALF OF CARRIER

By

# K AND S INTERNATIONAL SINGAPORE PTE LTD.

70 MARINE PARADE ROAD #02-27 COTE D'AZUR
SINGAPORE 449302

## COMMERCIAL INVOICE

| | | | |
|---|---|---|---|
| To: | ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC | Date: | Sep.10.2009 |
| | 10110 MOLECULAR DRIVE SUITE 217 | Invoice No.: | 90667/JL/TTKSY |
| | ROCKVILLE, MD 20850.USA. | Order No.: | 1-6808-B-08-DK |
| | | CPO No.: | DK82109 |
| From: XINGANG,CHINA | To: BATESVILLE, MS | Shipped: | BY SEA |

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:101 ST NO.:101 | | | |
| DOT NO.:0J | | | |
| | | | |
| CODE NO: | | | |
| XMT8218 LT285/75R16-8 BLK JC52   XMT | 460 PCS | USD   80.45 | USD   37,007.00 |
| | 460 PCS | | 37,007.00 |
| | | FREIGHT | $3,375.00 |
| | | TOTAL AMOUNT | USD $40,382.00 |
| | | CFR | BATESVILLE, MS |

| | | |
|---|---|---|
| NET WEIGHT: | 11,454.00 | KGS |
| GROSS WEIGHT: | 11,454.00 | KGS |
| MEASURMENT: | 60.00 | CBM |

| | |
|---|---|
| CONTAINER NO.: | CCLU6162551 |
| BL NO.: | TSE090914 |
| BL DATE: | Sep.10.2009 |

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : K&S INTERNATIONAL (SINGAPORE)PTE.,LTD**
**BANK ACCOUNT :0003-001635-01-0-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# K AND S INTERNATIONAL SINGAPORE PTE LTD.

REGISTRATION NO.200203770E.
201 TANJONG RHU ROAD  +08-11 PAKSHORE
SINGAPORE 436917

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE SUITE 217
    ROCKVILLE, MD 20850.USA.

Date:      Sep.10.2009
Invoice No.: 90667/JL/TTKSY
Order No.:  1-6808-B-08-DK
CPO No.:   DK82109

From:    XINGANG,CHINA    To: BATESVILLE, MS    Shipped:  BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS CHINESE NEW TIRES COUNTRY OF ORIGIN: CHINA CC NO.:101 ST NO.:101 DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 460 PCS | 11,454.00 | 11,454.00 | 60.000 |
| TOTAL : 460 PCS | 11,454.00 | 11,454.00 | 60.000 |

NET WEIGHT:    11,454.00    KGS
GROSS WEIGHT: 11,454.00    KGS
MEASURMENT:    60.000      CBM

CONTAINER NO.: CCLU6162551
BL NO.:        TSE090914
BL DATE:      Sep.10.2009

| SHIPPER/EXPORTER | | | BOOKING NO. | | B/L NO. | |
| K & S INTERNATIONAL SINGAPORE PTE LTD. | | | | | | TSE090910 |
| 70 MARINE PARADE ROAD #02-27 COTE D'AZUR SINGAPORE 449302 | | | | | | |

CONSIGNEE
TO THE ORDER OF

# AGX LINES LIMITED

NOTIFY PARTY
ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC

10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850

TEL.:240.328.6383

FAX:240.328.6407

# BILL OF LADING

| OCEAN VESSEL | | VOYAGE | FOR DELIVERY PLEASE APPLY TO: |
| CSCL AMBERICA | | V. GE329 W | AMBER WORLDWIDE LOGISTICS |
| PLACE OF RECEIPT | | PORT OF LOADING | 1358 N.W. 78TH AVE MIAMI, FL 33126 |
| | | XINGANG,CHINA | TEL 305 716 1119   FAX 305 716 0929 |
| PORT OF DISCHARGE | | PLACE OF DELIVERY | |
| LOS ANGELES,CA | | BATESVILLE,MS | |

| CONTAINER NO./ SEAL NO. MARKS AND NUMBERS | NO. OF PKGS. OR CONTAINERS | KIND OF PACKAGES: DESCRIPTION OF GOODS | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
|---|---|---|---|---|
| N/M | 460PCS | TIRE AND/OR FLAPS | 11454.00KGS | 60CBM |
| | | COUNTRY OF ORIGIN: CHINA | | |
| | | ORDER NO.: 1-6809-B-08-DK | | |
| | | CPO NO.: DK82109 | | |
| | | CC: 101 | | |
| | | ST: 101 | | |
| | | LT285/75R16 8Ply BLK JC52        460 | | |
| | | | | |
| | | TOTAL                        460 | | |
| CCLU7056750/1354363/40'HQ/CY/DOOR | | THERE IS NO WOOD PACKING MATERIAL IN THIS SHIPMENT | | |
| | | FREIGHT PREPAID | | |
| | | SHIPPER'S LOAD COUNT & SEAL | | |

ORIGINAL

TOTAL: FOUR HUNDRED SIXTY PCS ONLY.

| FREIGHT AND CHARGES | PREPAID | COLLECT |
|---|---|---|
| | | AS ARRANGED |
| | | |
| | | |
| TOTAL | | |
| Ex. Rate | SHIPPED ON BOARD THE | |
| THREE (3) ORIGINAL B/L HAVE BEEN SIGNED | SEP.10.2009 | |
| DATE: | VESSEL: | |
| AT: | DATE: | |
| | PER: | |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released.

AGX LINES LIMITED

Cora

By

# K AND S INTERNATIONAL SINGAPORE PTE LTD.

70 MARINE PARADE ROAD #02-27 COTE D'AZUR
SINGAPORE 449302

## COMMERCIAL INVOICE

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
10110 MOLECULAR DRIVE SUITE 217
ROCKVILLE, MD 20850.USA.

Date:        Sep.10.
Invoice No.:  90668/J
Order No.:    1-6809-
CPO No.:      DK82109

From: XINGANG,CHINA        To: BATESVILLE, MS        Shipped:    BY SEA

| Description of goods | Quantity | Unit price | A |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:101 ST NO.:101 | | | |
| DOT NO.:0J | | | |
| | | | |
| CODE NO: | | | |
| XMT8218  LT285/75R16-8 BLK JC52   XMT | 460 PCS | USD   80.45  USD | |
| | 460 PCS | | |
| | | | |
| | | FREIGHT | |
| | | TOTAL AMOUNT    USD | |
| | | CFR   BATE | |

NET WEIGHT:    11,454.00    KGS
GROSS WEIGHT:  11,454.00    KGS
MEASURMENT:    60.00        CBM

CONTAINER NO.:  CCLU7056750
BL NO.:         TSE090910
BL DATE:        Sep.10.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : K&S INTERNATIONAL (SINGAPORE)PTE.,LTD**
**BANK ACCOUNT :0003-001635-01-0-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

2009
IL/TTKSY
B-08-DK
ə

mount

37,007.00
37,007.00

$3,375.00

$40,382.00
SVILLE, MS

# K AND S INTERNATIONAL SINGAPORE PTE LTD.

REGISTRATION NO.200203770E.
201 TANJONG RHU ROAD  +08-11 PAKSHORE
SINGAPORE 436917

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE SUITE 217
    ROCKVILLE, MD 20850.USA.

Date:    Sep.10.2009
Invoice No.: 90668/JL/TTKSY
Order No.: 1-6809-B-08-DK
CPO No.:  DK82109

From:    XINGANG,CHINA    To: BATESVILLE, MS    Shipped:  BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:101 ST NO.:101 | | | |
| DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 460 PCS | 11,454.00 | 11,454.00 | 60.000 |
| **TOTAL :**  **460 PCS** | **11,454.00** | **11,454.00** | **60.000** |

NET WEIGHT:    11,454.00    KGS
GROSS WEIGHT: 11,454.00    KGS
MEASURMENT:    60.000    CBM

CONTAINER NO.:  CCLU7056750
BL NO.:    TSE090910
BL DATE:    Sep.10.2009

| SHIPPER / EXPORTER | | BOOKING NO. | | B/L NO. |
|---|---|---|---|---|
| K & S INTERNATIONAL SINGAPORE PTE LTD. | | | | TSE090911 |

70 MARINE PARADE ROAD #02-27 COTE D'AZUR SINGAPORE 449302

**CONSIGNEE**

TO THE ORDER OF

**AGX** LINES LIMITED

**NOTIFY PARTY**

ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC

10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850

TEL:240.328.6383

FAX:240.328.6407

# BILL OF LADING

| OCEAN VESSEL | VOYAGE | FOR DELIVERY PLEASE APPLY TO: |
|---|---|---|
| CSCL AMERICA | V. 083329 W | **AMBER WORLDWIDE LOGISTICS** |
| PLACE OF RECEIPT | PORT OF LOADING | 1358 N.W. 78TH AVE MIAMI, FL 33126 |
| | XINGANG,CHINA | TEL 305 716 1119   FAX 305 716 0929 |
| PORT OF DISCHARGE | PLACE OF DELIVERY | |
| LOS ANGELES,CA | BATESVILLE,MS | |

| CONTAINER NO./ SEAL NO. MARKS AND NUMBERS | NO. OF PKGS. OR CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
|---|---|---|---|---|
| N/M | 600PCS | TIRE AND/OR FLAPS | 11819.00KGS | 60CBM |
| | | COUNTRY OF ORIGIN: CHINA | | |
| | | ORDER NO.: 1-6500-B-06-DK | | |
| | | CPO NO.: DK0402 | | |
| | | CC: 101 | | |
| | | ST: 101 | | |
| | | LT235/85R16 10 BLK     600 | | |
| | | TOTAL              600 | | |
| | | THERE IS NO WOOD PACKING MATERIAL IN THIS | | |
| CCLU6588444/J354369/40'HQ/CY/DOOR | | SHIPMENT | | |
| | | FREIGHT PREPAID | | |
| | | SHIPPER'S LOAD COUNT & SEAL | | |

TOTAL: SIX HUNDRED PCS ONLY.

| FREIGHT AND CHARGES | PREPAID | COLLECT | |
|---|---|---|---|
| | | AS ARRANGED | RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released. |
| TOTAL | | | |
| Ex. Rate | SHIPPED ON BOARD THE | | |
| | SHIPPED ON BOARD | |  |
| THREE (3) ORIGINAL BS/L HAVE BEEN SIGNED TIANJIN | VESSEL:        SEP.10.2009 | | |
| DATE: | DATE: | | |
| AT: | PER: | | By _____ |
| | | | SIGNED ON BEHALF OF CARRIER |

ORIGINAL

# K AND S INTERNATIONAL SINGAPORE PTE LTD.

70 MARINE PARADE ROAD #02-27 COTE D'AZUR
SINGAPORE 449302

## COMMERCIAL INVOICE

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
10110 MOLECULAR DRIVE SUITE 217
ROCKVILLE, MD 20850.USA.

Date: Sep.10.2009
Invoice No.: 90669/JL/TTKSY
Order No.: 1-6500-B-06-DK
CPO No.: DK0402

From: XINGANG,CHINA    To: BATESVILLE, MS

Shipped: BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS CHINESE NEW TIRES COUNTRY OF ORIGIN: CHINA CC NO.:101 ST NO.:101 DOT NO.:0J | | | |
| CODE NO: | | | |
| XMT8203  LT235/85R16-10  BLK JC51 XMT | 600 PCS | USD    62.42 USD | 37,452.00 |
| | 600 PCS | | 37,452.00 |
| | | FREIGHT | $3,375.00 |
| | | TOTAL AMOUNT   USD | $40,827.00 |
| | | CFR | BATESVILLE, MS |

NET WEIGHT:      11,819.00      KGS
GROSS WEIGHT:   11,819.00      KGS
MEASURMENT:     60.00            CBM

CONTAINER NO.:   CCLU6588444
BL NO.:              TSE090911
BL DATE:           Sep.10.2009

You are kindly requested to arrange wire transfer per following bank details.
BENEFICIARY : K&S INTERNATIONAL (SINGAPORE)PTE.,LTD
BANK ACCOUNT :0003-001635-01-0-022
BANK NAME : DBS BANK LTD
BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER
ONE ,SINGAPORE 068809
SWIFT CODE : DBSSSGSG

# K AND S INTERNATIONAL SINGAPORE PTE LTD.

REGISTRATION NO.200203770E.
201 TANJONG RHU ROAD  +08-11 PAKSHORE
SINGAPORE 436917

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE SUITE 217
    ROCKVILLE, MD 20850.USA.

Date:     Sep.10.2009
Invoice No.: 90669/JL/TTKSY
Order No.: 1-6500-B-06-DK
CPO No.:   DK0402

From:    XINGANG,CHINA    To: BATESVILLE, MS    Shipped:   BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:101 ST NO.:101 | | | |
| DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 600 PCS | 11,819.00 | 11,819.00 | 60.000 |
| **TOTAL :**    **600 PCS** | **11,819.00** | **11,819.00** | **60.000** |

NET WEIGHT:    11,819.00    KGS
GROSS WEIGHT: 11,819.00    KGS
MEASURMENT:    60.000      CBM

CONTAINER NO.:  CCLU6588444
BL NO.:         TSE090911
BL DATE:       Sep.10.2009

| SHIPPER / EXPORTER | | BOOKING NO. | B/L NO. |
|---|---|---|---|
| K & S INTERNATIONAL SINGAPORE PTE LTD. 70 MARINE PARADE ROAD #02-27 COTE D'AZUR SINGAPORE 449302 | | | TSE090913 |

CONSIGNEE
TO THE ORDER OF

# AGX LINES LIMITED

NOTIFY PARTY
ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC
10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850
TEL:240.328.6383
FAX:240.328.6407

# *BILL OF LADING*

| OCEAN VESSEL | VOYAGE | FOR DELIVERY PLEASE APPLY TO: |
|---|---|---|
| CSCL AMERICA | V. GE329W | AMBER WORLDWIDE LOGISTICS |
| PLACE OF RECEIPT | PORT OF LOADING | 1358 N.W. 78TH AVE MIAMI, FL 33126 |
| | XINGANG,CHINA | TEL 305 716 1119   FAX 305 716 0929 |
| PORT OF DISCHARGE | PLACE OF DELIVERY | |
| LOS ANGELES,CA | BATESVILLE,MS | |

| CONTAINER NO./ SEAL NO. MARKS AND NUMBERS | NO. of PKGS. OR CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
|---|---|---|---|---|
| N/M | 435PCS | TIRE AND/OR FLAPS COUNTRY OF ORIGIN: CHINA ORDER NO.: 1-6801-B-08-DK CPO NO.: DK82109 CC: 101 ST: 101 LT285/70R17 8PLY BLK JC52   435 | 11049.00KGS | 60CBM |
| | | TOTAL              435 | | |
| CCLU6522067/J354367/40'HQ/CY/DOOR | | THERE IS NO WOOD PACKING MATERIAL IN THIS SHIPMENT FREIGHT PREPAID SHIPPER'S LOAD COUNT & SEAL | | |

ORIGINAL

TOTAL: FOUR HUNDRED THIRTY FIVE PCS ONLY

| FREIGHT AND CHARGES | PREPAID | COLLECT | |
|---|---|---|---|
| | | AS ARRANGED | RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released. |
| TOTAL | | | |
| Ex. Rate | SHIPPED ON BOARD THE SHIPPED ON BOARD | |  |
| THREE (3) ORIGINAL B/L HAVE BEEN SIGNED  TIANJIN DATE: AT: | VESSEL: DATE: PER | SEP.10.2009 | By _____ SIGNED ON BEHALF OF CARRIER |

# K AND S INTERNATIONAL SINGAPORE PTE LTD.

70 MARINE PARADE ROAD #02-27 COTE D'AZUR
SINGAPORE 449302

## COMMERCIAL INVOICE

To:   ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
      10110 MOLECULAR DRIVE SUITE 217
      ROCKVILLE, MD 20850.USA.

Date:          Sep.10.2009
Invoice No.:   90670/JL/TTKSY
Order No.:     1-6801-B-08-DK
CPO No.:       DK82109

From: XINGANG,CHINA      To: BATESVILLE, MS

Shipped:    BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:101 ST NO.:101 | | | |
| DOT NO.:0J | | | |
| | | | |
| CODE NO: | | | |
| XMT821: LT285/70R17-8  BLK JC52  XMT | 435 PCS | USD    83.08 | USD    36,139.80 |
| | 435 PCS | | 36,139.80 |

FREIGHT          $3,375.00

TOTAL AMOUNT   USD  $39,514.80
CFR   BATESVILLE, MS

NET WEIGHT:    11,049.00    KGS
GROSS WEIGHT: 11,049.00    KGS
MEASURMENT:   60.00         CBM

CONTAINER NO.: CCLU6522067
BL NO.:       TSE090913
BL DATE:      Sep.10.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : K&S INTERNATIONAL (SINGAPORE)PTE.,LTD**
**BANK ACCOUNT :0003-001635-01-0-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# K AND S INTERNATIONAL SINGAPORE PTE LTD.

REGISTRATION NO.200203770E.
201 TANJONG RHU ROAD  +08-11 PAKSHORE
SINGAPORE 436917

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE SUITE 217
    ROCKVILLE, MD 20850.USA.

Date:     Sep.10.2009
Invoice No.: 90670/JL/TTKSY
Order No.:  1-6801-B-08-DK
CPO No.:   DK82109

From:    XINGANG,CHINA    To: BATESVILLE, MS    Shipped:  BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:101 ST NO.:101<br>DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 435 PCS | 11,049.00 | 11,049.00 | 60.000 |
| **TOTAL :**   **435 PCS** | **11,049.00** | **11,049.00** | **60.000** |

NET WEIGHT:    11,049.00    KGS
GROSS WEIGHT: 11,049.00    KGS
MEASURMENT:    60.000      CBM

CONTAINER NO.:  CCLU6522067
BL NO.:        TSE090913
BL DATE:      Sep.10.2009

| SHIPPER / EXPORTER | | BOOKING NO. | B/L NO. |
|---|---|---|---|
| K & S INTERNATIONAL SINGAPORE PTE LTD. | | | TSIE090912 |
| 70 MARINE PARADE ROAD #02-27 COTE D'AZUR SINGAPORE 449302 | | | |

**AGX** LINES LIMITED

| CONSIGNEE |
|---|
| TO THE ORDER OF |

# BILL OF LADING

| NOTIFY PARTY |
|---|
| ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC |
| 10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850 |
| TEL:240.328.6383 |
| FAX:240.328.6407 |

FOR DELIVERY PLEASE APPLY TO:

AMBER WORLDWIDE LOGISTICS

1358 N.W. 78TH AVE MIAMI, FL 33126

TEL 305 716 1119   FAX 305 716 0929

| OCEAN VESSEL | VOYAGE | |
|---|---|---|
| CSCL AMERICA | V. GH329W | |
| PLACE OF RECEIPT | PORT OF LOADING | |
| | XINGANG,CHINA | |
| PORT OF DISCHARGE | PLACE OF DELIVERY | |
| LOS ANGELES,CA | BATESVILLE,MS | |

| CONTAINER NO./ SEAL NO. MARKS AND NUMBERS | NO. OF PKGS. OR CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
|---|---|---|---|---|
| N/M | 435PCS | TIRE AND/OR FLAPS | 11049.00KGS | 60CBM |
| | | COUNTRY OF ORIGIN: CHINA | | |
| | | ORDER NO.: 1-6800-B-08-DK | | |
| | | CPO NO.: DK82109 | | |
| | | CC: 101 | | |
| | | ST: 101 | | |
| | | LT285/70R17 8PLY BLK JC52        435 | | |
| | | TOTAL                                    435 | | |
| CCLU7262405/J394479/40'HQ/CY/DOOR | | THERE IS NO WOOD PACKING MATERIAL IN THIS SHIPMENT | | |
| | | FREIGHT PREPAID | | |
| | | SHIPPER'S LOAD COUNT & SEAL | | |

ORIGINAL

TOTAL: FOUR HUNDRED THIRTY FIVE PCS ONLY

| FREIGHT AND CHARGES | PREPAID | COLLECT |
|---|---|---|
| | | |
| | AS ARRANGED | |
| | | |
| TOTAL | | |
| Ex. Rate | | |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released.

| | SHIPPED ON BOARD THE | |
|---|---|---|
| THREE (3) ORIGINAL BSs HAVE BEEN SIGNED | SHIPPED ON BOARD | AGX LINES LIMITED |
| DATE: | TIANJIN | Cora |
| AT: | SEP.10.2009 | |
| | VESSEL: | By _____ |
| | DATE: | SIGNED ON BEHALF OF CARRIER |
| | PER | |

# K AND S INTERNATIONAL SINGAPORE PTE LTD.

70 MARINE PARADE ROAD #02-27 COTE D'AZUR
SINGAPORE 449302

## COMMERCIAL INVOICE

| | | | |
|---|---|---|---|
| To: | ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC | Date: | Sep.10.2009 |
| | 10110 MOLECULAR DRIVE SUITE 217 | Invoice No.: | 90671/JL/TTKSY |
| | ROCKVILLE, MD 20850.USA. | Order No.: | 1-6800-B-08-DK |
| | | CPO No.: | DK82109 |

From: XINGANG,CHINA      To: BATESVILLE, MS          Shipped:   BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:101 ST NO.:101 | | | |
| DOT NO.:0J | | | |
| | | | |
| CODE NO: | | | |
| XMT821 LT285/70R17-8  BLK JC52  XMT | 435 PCS | USD    83.08 | USD    36,139.80 |
| | 435 PCS | | 36,139.80 |
| | | | |
| | | FREIGHT | $3,375.00 |
| | | | |
| | | TOTAL AMOUNT | USD  $39,514.80 |
| | | CFR | BATESVILLE, MS |

NET WEIGHT:    11,049.00    KGS
GROSS WEIGHT: 11,049.00    KGS
MEASURMENT:   60.00          CBM

CONTAINER NO.: CCLU7262405
BL NO.:     TSE090912
BL DATE:    Sep.10.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : K&S INTERNATIONAL (SINGAPORE)PTE.,LTD**
**BANK ACCOUNT :0003-001635-01-0-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# K AND S INTERNATIONAL SINGAPORE PTE LTD.

REGISTRATION NO.200203770E.
201 TANJONG RHU ROAD  +08-11 PAKSHORE
SINGAPORE 436917

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE SUITE 217
    ROCKVILLE, MD 20850.USA.

Date:    Sep.10.2009
Invoice No.: 90671/JL/TTKSY
Order No.:  1-6800-B-08-DK
CPO No.:   DK82109

From:    XINGANG,CHINA    To: BATESVILLE, MS    Shipped:   BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:101 ST NO.:101<br>DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 435 PCS | 11,049.00 | 11,049.00 | 60.000 |
| **TOTAL :**  **435 PCS** | **11,049.00** | **11,049.00** | **60.000** |

NET WEIGHT:    11,049.00    KGS
GROSS WEIGHT: 11,049.00    KGS
MEASURMENT:    60.000    CBM

CONTAINER NO.:  CCLU7262405
BL NO.:    TSE090912
BL DATE:    Sep.10.2009

| SHIPPER / EXPORTER | | BOOKING NO. | B/L NO. |
| --- | --- | --- | --- |
| KS RESOURCES LIMITED<br>ROOM 3602, 36/F., TOWER TWO, LIPPO CENTRE,<br>89 QUEENSWAY, HONG KONG<br>TEL: 00852-2127-7146 FAX: 00852-2127-7148 | | | TSIE090908 |

TO THE ORDER OF

# AGX LINES LIMITED

ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC
10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850
TEL: 240.328.6383
FAX: 240.328.6407

# *BILL OF LADING*

| OCEAN VESSEL<br>SOVEREIGN MAERSK | VOYAGE<br>V. 0915 | FOR DELIVERY PLEASE APPLY TO: |
| --- | --- | --- |
| PLACE OF RECEIPT | PORT OF LOADING<br>XINGANG CHINA | AMBER WORLDWIDE LOGISTICS<br>1358 N.W. 78TH AVE MIAMI, FL 33126 |
| PORT OF DISCHARGE<br>ASUNCION, PARAGUAY | PLACE OF DELIVERY<br>ASUNCION, PARAGUAY | TEL 305 716 1119   FAX 305 716 0929 |

| CONTAINER NO. / SEAL NO.<br>MARKS AND NUMBERS | NO. OF PKGS. OR<br>CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | GROSS WEIGHT<br>(KGS) | MEASUREMENT<br>(CBM) |
| --- | --- | --- | --- | --- |
| N/M | 922PCS | TIRE AND/OR FLAPS<br>COUNTRY OF ORIGIN: CHINA<br>ORDER NO.: 1-6290-B-04-D<br>CPO NO.: 1860 - 2<br>CC: 848<br>ST: 892 | 10710.00KGS | 60CBM |
| | | 225/60R16                     200 | | |
| | | 195/55R15                     200 | | |
| | | 195/65R15                     150 | | |
| | | 185/65R15                     150 | | |
| IESU4198650/CN7071336/40'HQ/CY/CY | | LT31X10.50R15 6P JB42    222 | | |
| | | TOTAL                         922 | | |

THERE IS NO WOOD PACKING MATERIAL IN THIS
SHIPMENT

FREIGHT COLLECT
SHIPPER'S LOAD COUNT & SEAL

TOTAL: NINE HUNDRED TWENTY TWO PCS ONLY.

| FREIGHT AND CHARGES | PREPAID | COLLECT | |
| --- | --- | --- | --- |
| | | AS ARRANGED | RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released. |
| TOTAL | | | |
| Ex. Rate | SHIPPED ON BOARD THE<br>SHIPPED ON BOARD | | |



THREE (3) ORIGINAL  TIANJIN
HAVE BEEN SIGNED
DATE:
AT:

VESSEL:
DATE:
PER

SEP.10.2009

AGX LINES LIMITED

By _____
SIGNED ON BEHALF OF THE CARRIER

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
10110 MOLECULAR DRIVE
SUITE 217ROCKVILLE, MD 20850

Date:         Sep.10.2009
Invoice No.:  90686/JL/TTKSY
Order No.:    1-6290-B-04-D
CPO No.:      1860 - 2

From: XINGANG,CHINA        To: FT. MYERS, FL

Shipped:      BY SEA

| Description of goods | | Quantity | Unit price | | Amount | |
|---|---|---|---|---|---|---|
| TIRE AND/OR FLAPS | | | | | | |
| CHINESE NEW TIRES | | | | | | |
| COUNTRY OF ORIGIN: CHINA | | | | | | |
| CC NO.:848 ST NO.:892 | | | | | | |
| DOT NO.:0J | | | | | | |
| CODE NO: | | | | | | |
| ### | 225/60R16  98H S600 | BCT | 200 PCS | USD | 30.54 | USD | 6,108.00 |
| ### | 195/55R15  85V S600 | BCT | 200 | | 23.84 | | 4,768.00 |
| ### | 195/65R15  91H S600 | BCT | 150 | | 22.27 | | 3,340.50 |
| ### | 185/65R15  88H S600 | BCT | 150 | | 20.44 | | 3,066.00 |
| ### | 31X10.5R15LT-6  JB42 | BCT | 222 | | 48.88 | | 10,851.36 |
| | | | 922 PCS | | | | 28,133.86 |

INTEREST CHARGE    USD   $2,000.00

TOTAL AMOUNT    USD  $30,133.86
FOB    XINGANG,CHINA

NET WEIGHT:     10,710.00    KGS
GROSS WEIGHT:  10,710.00    KGS
MEASURMENT:    60.00        CBM

CONTAINER NO.: GESU4198650
BL NO.:        TSE090908
BL DATE:       Sep.10.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE
    SUITE 217ROCKVILLE, MD 20850

Date:    Sep.10.2009
Invoice No.: 90686/JL/TTKSY
Order No.:  1-6290-B-04-D
CPO No.:  1860 - 2

From:    XINGANG,CHINA    To: FT. MYERS, FL    Shipped:    BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:848 ST NO.:892<br>DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 922 PCS | 10,710.00 | 10,710.00 | 60.000 |
| **TOTAL :**  **922 PCS** | **10,710.00** | **10,710.00** | **60.000** |

NET WEIGHT:    10,710.00    KGS
GROSS WEIGHT: 10,710.00    KGS
MEASURMENT:    60.000    CBM

CONTAINER NO.:  GESU4198650
BL NO.:        TSE090908
BL DATE:        Sep.10.2009

| SHIPPER / EXPORTER | | | BOOKING NO. | | B/L NO. | |
|---|---|---|---|---|---|---|
| KS RESOURCES LIMITED | | | | | | TSE090917 |
| ROOM 3602, 36/F., TOWER TWO, LIPPO CENTRE, | | | | | | |
| 89 QUEENSWAY, HONG KONG | | | | | | |
| TEL: 00852-2127-7146 FAX: 00852-2127-7148 | | | | | | |

CONSIGNEE
TO THE ORDER OF

*18*

# **AGX**LINES LIMITED

NOTIFY PARTY
ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC
10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850
TEL: 240.328.6383
FAX: 240.328.6407

# *BILL OF LADING*

| OCEAN VESSEL | | VOYAGE | FOR DELIVERY PLEASE APPLY TO: |
|---|---|---|---|
| QI YIN HE | | V.0768E | AMBER WORLDWIDE LOGISTICS |
| PLACE OF RECEIPT | | PORT OF LOADING | 1358 N.W. 78TH AVE MIAMI, FL 33126 |
| | | XINGANG,CHINA | TEL 305 716 1119    FAX 305 716 0929 |
| PORT OF DISCHARGE | | PLACE OF DELIVERY | |
| FT. MYERS G. FL. | | FT. MYERS G. FL. | |

| CONTAINER NO./ SEAL NO. MARKS AND NUMBERS | NO. OF PKGS. OR CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
|---|---|---|---|---|---|
| N/M | 1360PCS | TIRE AND/OR FLAPS | | 12233.00KGS | 60CBM |
| | | COUNTRY OF ORIGIN: CHINA | | | |
| | | ORDER NO.: 1-6150-B-03-D | | | |
| | | CPO NO.: 1841 | | | |
| | | CC: 848 | | | |
| | | ST: 892 | | | |
| | | 185/70R13 | 380 | | |
| | | 195/60R15 88V | 50 | | |
| | | 185/70R14 | 420 | | |
| | | 195/70R14 | 330 | | |
| | | 215/45ZR17 XL S900 | 160 | | |
| | | ST175/80R13 6P JK-42 | 20 | | |
| | | TOTAL | 1360 | | |
| INKU6171424/N162871/40'HQ/CY/CY | | THERE IS NO WOOD PACKING MATERIAL IN THIS SHIPMENT | | | |

FREIGHT COLLECT
SHIPPER'S LOAD COUNT & SEAL

TOTAL: ONE THOUSAND THREE HUNDRED AND SIXTY PCS ONLY.

| FREIGHT AND CHARGES | PREPAID | COLLECT | |
|---|---|---|---|
| | | | RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released. |
| | | AS ARRANGED | |
| TOTAL | | | |
| Ex. Rate | SHIPPED ON BOARD THE | | AGX LINES LIMITED |
| | SHIPPED ON BOARD | | |
| THREE (3) ORIGINAL BS/L HAVE BEEN SIGNED TIANJIN | VESSEL: | SEP.11.2009 | *Cora* |
| DATE: | DATE: | | |
| AT: | PER | | By _____ |
| | | | SIGNED ON BEHALF OF CARRIER |

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:  ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
10110 MOLECULAR DRIVE
SUITE 217ROCKVILLE, MD 20850

Date:  Sep.11.2009
Invoice No.:  90690/JL/TTKSY
Order No.:  1-6150-B-03-D
CPO No.:  1841

From: XINGANG,CHINA  To: FT. MYERS, FL

Shipped:  BY SEA

| Description of goods | | Quantity | Unit price | | Amount | |
|---|---|---|---|---|---|---|
| TIRE AND/OR FLAPS | | | | | | |
| CHINESE NEW TIRES | | | | | | |
| COUNTRY OF ORIGIN: CHINA | | | | | | |
| CC NO.:848 ST NO.:892 | | | | | | |
| DOT NO.:0J | | | | | | |
| CODE NO: | | | | | | |
| ### | 185/70R13   86T S600 | BCT | 380 PCS | USD  16.97 | USD | 6,448.60 |
| ### | 195/60R15  88V S600 | BCT | 50 | 23.20 | | 1,160.00 |
| ### | 185/70R14  88T S600 | BCT | 420 | 17.06 | | 7,165.20 |
| ### | 195/70R14  91T S600 | BCT | 330 | 18.50 | | 6,105.00 |
| ### | 215/45ZR17  91W S900 | AUTOGUARD | 160 | 24.41 | | 3,905.60 |
| ### | ST175/80R13-6  JK42 | BCT | 20 | 17.70 | | 354.00 |
| | | | 1360 PCS | | | 25,138.40 |

INTEREST CHARGE  USD   $2,000.00

TOTAL AMOUNT  USD  $27,138.40
FOB  XINGANG,CHINA

NET WEIGHT:  12,233.00  KGS
GROSS WEIGHT: 12,233.00  KGS
MEASURMENT:  60.00  CBM

CONTAINER NO.: INKU6171424
BL NO.:  TSE090917
BL DATE:  Sep.11.2009

You are kindly requested to arrange wire transfer per following bank details.
BENEFICIARY : KS RESOURCES LIMITED
BANK ACCOUNT :0003-003486-01-6-022
BANK NAME : DBS BANK LTD
BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER
ONE,SINGAPORE 068809
SWIFT CODE : DBSSSGSG

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE
    SUITE 217ROCKVILLE, MD 20850

Date:    Sep.11.2009
Invoice No.: 90690/JL/TTKSY
Order No.: 1-6150-B-03-D
CPO No.:  1841

From:    XINGANG,CHINA    To: FT. MYERS, FL    Shipped:    BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:848 ST NO.:892<br>DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 1360 PCS | 12,233.00 | 12,233.00 | 60.000 |
| **TOTAL :**  **1360 PCS** | **12,233.00** | **12,233.00** | **60.000** |

NET WEIGHT:    12,233.00    KGS
GROSS WEIGHT: 12,233.00    KGS
MEASURMENT:    60.000      CBM

CONTAINER NO.: INKU6171424
BL NO.:        TSE090917
BL DATE:      Sep.11.2009

| SHIPPER / EXPORTER | | | BOOKING NO. | | B/L NO. | |
| --- | --- | --- | --- | --- | --- | --- |

SHIPPER / EXPORTER
KS RESOURCES LIMITED
ROOM 3602, 36/F., TOWER TWO, LIPPO CENTRE,
89 QUEENSWAY, HONG KONG
TEL: 00852-2127-7146 FAX: 00852-2127-7148

BOOKING NO.

B/L NO.
TSE090916

CONSIGNEE
TO THE ORDER OF

# AGX LINES LIMITED

# BILL OF LADING

NOTIFY PARTY
ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC
10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850
TEL:240.328.6383
FAX:240.328.6407

FOR DELIVERY PLEASE APPLY TO:
AMBER WORLDWIDE LOGISTICS
1358 N.W. 78TH AVE MIAMI, FL 33126
TEL 305 716 1119   FAX 305 716 0929

| OCEAN VESSEL | VOYAGE |
| --- | --- |
| JI YUN HE | V.0768E |
| PLACE OF RECEIPT | PORT OF LOADING |
| | XINGANG,CHINA |
| PORT OF DISCHARGE | PLACE OF DELIVERY |
| FT. MYERS G. FL. | FT. MYERS G. FL. |

| CONTAINER NO./ SEAL NO. MARKS AND NUMBERS | NO. OF PKGS. OR CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
| --- | --- | --- | --- | --- |
| N/M | 1360PCS | TIRE AND/OR FLAPS | 12233.00KGS | 60CBM |
| | | COUNTRY OF ORIGIN: CHINA | | |
| | | ORDER NO.: 1-6149-B-03-D | | |
| | | CPO NO.: 1840 | | |
| | | CC: 848 | | |
| | | ST: 892 | | |
| | | 185/70R13          380 | | |
| | | 195/60R15          50 | | |
| | | 185/70R14          420 | | |
| | | 195/70R14          330 | | |
| | | 215/45ZR17 XL S900   160 | | |
| | | ST175/80R13 6P JK-42   20 | | |
| | | TOTAL            1360 | | |
| CNU9358433/N162849/40'HQ/CY/CY | | THERE IS NO WOOD PACKING MATERIAL IN THIS SHIPMENT | | |

ORIGINAL

FREIGHT COLLECT
SHIPPER'S LOAD COUNT & SEAL

TOTAL: ONE THOUSAND THREE HUNDRED AND SIXTY PCS ONLY.

| FREIGHT AND CHARGES | PREPAID | COLLECT | |
| --- | --- | --- | --- |
| | | AS ARRANGED | RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released. |
| TOTAL | | | |
| Ex. Rate | SHIPPED ON BOARD THE SHIPPED ON BOARD | | AGX LINES LIMITED |
| THREE (3) ORIGINAL BS/L HAVE BEEN SIGNED | TIANJIN | | |
| DATE: | VESSEL: | SEP.11.2009 | Cora |
| AT: | DATE: PER | | By              SIGNED ON BEHALF OF CARRIER |

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:  ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
10110 MOLECULAR DRIVE
SUITE 217ROCKVILLE, MD 20850

Date:        Sep.11.2009
Invoice No.:  90689/JL/TTKSY
Order No.:    1-6149-B-03-D
CPO No.:      1840

From: XINGANG,CHINA        To: FT. MYERS, FL

Shipped:     BY SEA

| Description of goods | | Quantity | Unit price | | Amount | |
|---|---|---|---|---|---|---|
| TIRE AND/OR FLAPS | | | | | | |
| CHINESE NEW TIRES | | | | | | |
| COUNTRY OF ORIGIN: CHINA | | | | | | |
| CC NO.:848 ST NO.:892 | | | | | | |
| DOT NO.:0J | | | | | | |
| CODE NO: | | | | | | |
| ### | 185/70R13  86T S600 | BCT | 380 PCS | USD  16.97 | USD | 6,448.60 |
| ### | 195/60R15 88H S600 | BCT | 50 | 23.20 | | 1,160.00 |
| ### | 185/70R14 88T S600 | BCT | 420 | 17.06 | | 7,165.20 |
| ### | 195/70R14 91T S600 | BCT | 330 | 18.50 | | 6,105.00 |
| ### | 215/45ZR17 91W S900 | AUTOGUARD | 160 | 24.41 | | 3,905.60 |
| ### | ST175/80R13-6  JK42 | BCT | 20 | 17.70 | | 354.00 |
| | | | 1360 PCS | | | 25,138.40 |

INTEREST CHARGE  USD  **$2,000.00**

TOTAL AMOUNT  USD **$27,138.40**
FOB  **XINGANG,CHINA**

NET WEIGHT:    12,233.00    KGS
GROSS WEIGHT: 12,233.00    KGS
MEASURMENT:   60.00        CBM

CONTAINER NO.: TCNU9358433
BL NO.:      TSE090916
BL DATE:     Sep.11.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE
    SUITE 217ROCKVILLE, MD 20850

Date:    Sep.11.2009
Invoice No.: 90689/JL/TTKSY
Order No.:  1-6149-B-03-D
CPO No.:  1840

From:    XINGANG,CHINA    To: FT. MYERS, FL    Shipped:    BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:848 ST NO.:892 | | | |
| DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 1360 PCS | 12,233.00 | 12,233.00 | 60.000 |
| **TOTAL :**  **1360 PCS** | **12,233.00** | **12,233.00** | **60.000** |

NET WEIGHT:    12,233.00    KGS
GROSS WEIGHT: 12,233.00    KGS
MEASURMENT:    60.000    CBM

CONTAINER NO.: TCNU9358433
BL NO.:        TSE090916
BL DATE:      Sep.11.2009

| SHIPPER / EXPORTER | | BOOKING NO. | | B/L NO. |
|---|---|---|---|---|
| KS RESOURCES LIMITED | | | | TSE090915 |

**SHIPPER / EXPORTER**
KS RESOURCES LIMITED
ROOM 3602, 36/F., TOWER TWO, LIPPO CENTRE,
89 QUEENSWAY, HONG KONG
TEL: 00852-2127-7146 FAX: 00852-2127-7148

**CONSIGNEE**
TO THE ORDER OF

20

# AGXLINES LIMITED

**NOTIFY PARTY**
ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC
10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850
TEL:240.328.6383
FAX:240.328.6407

# BILL OF LADING

| OCEAN VESSEL | VOYAGE |
|---|---|
| QI YUN HE | V.076SE |
| **PLACE OF RECEIPT** | **PORT OF LOADING** |
| | XINGANG,CHINA |
| **PORT OF DISCHARGE** | **PLACE OF DELIVERY** |
| FT. MYERS G FL. | FT. MYERS G FL. |

FOR DELIVERY PLEASE APPLY TO:
AMBER WORLDWIDE LOGISTICS
1358 N.W. 78TH AVE MIAMI, FL 33126
TEL 305 716 1119   FAX 305 716 0929

| CONTAINER NO. / SEAL NO. MARKS AND NUMBERS | NO. OF PKGS. OR CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
|---|---|---|---|---|
| N/M | 1800PCS | TIRE AND/OR FLAPS | 12240.00KGS | 60CBM |
| | | COUNTRY OF ORIGIN: CHINA | | |
| | | ORDER NO.: 1-6545-B-06-D | | |
| | | CPO NO.: 1912-3 | | |
| | | CC: 848 | | |
| | | ST: 892 | | |
| | | 175/70R13 82T S600     1800 | | |
| | | TOTAL                  1800 | | |

THERE IS NO WOOD PACKING MATERIAL IN THIS SHIPMENT.

FREIGHT COLLECT
SHIPPER'S LOAD COUNT & SEAL

TRLU6679956/N162848/40'HQ/CY/CY

ORIGINAL

**TOTAL: ONE THOUSAND EIGHT HUNDRED PCS ONLY.**

| FREIGHT AND CHARGES | PREPAID | COLLECT | |
|---|---|---|---|
| | | AS ARRANGED | RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released. |
| TOTAL | | | |
| Ex. Rate | **SHIPPED ON BOARD THE**  SHIPPED ON BOARD | | AGX LINES LIMITED |
| THREE (3) ORIGINAL BS/L HAVE BEEN SIGNED  TIANJIN DATE: AT: | VESSEL: DATE: PER | SEP.11.2009 |   Cora  4  By _____  SIGNED ON BEHALF OF CARRIER |

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:   ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
      10110 MOLECULAR DRIVE
      SUITE 217ROCKVILLE, MD 20850

From: XINGANG,CHINA      To: FT. MYERS, FL

Date:        Sep.11.2009
Invoice No.:  90688/JL/TTKSY
Order No.:   1-6545-B-06-D
CPO No.:     1912 -3

Shipped:     BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:848 ST NO.:892 | | | |
| DOT NO.:0J | | | |
| | | | |
| CODE NO: | | | |
| ###   175/70R13  82T S600   BCT | 1800 PCS | USD   15.87 USD | 28,566.00 |
| | 1800 PCS | | 28,566.00 |

INTEREST CHARGE   USD   $2,000.00

TOTAL AMOUNT   USD  $30,566.00
FOB   XINGANG,CHINA

NET WEIGHT:     12,240.00    KGS
GROSS WEIGHT: 12,240.00    KGS
MEASURMENT:   60.00         CBM

CONTAINER NO.: TRLU6679956
BL NO.:          TSE090915
BL DATE:        Sep.11.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE
    SUITE 217ROCKVILLE, MD 20850

Date:     Sep.11.2009
Invoice No.: 90688/JL/TTKSY
Order No.:  1-6545-B-06-D
CPO No.:   1912 -3

From:     XINGANG,CHINA     To: FT. MYERS, FL     Shipped:   BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:848 ST NO.:892 | | | |
| DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 1800 PCS | 12,240.00 | 12,240.00 | 60.000 |
| **TOTAL :**    **1800 PCS** | **12,240.00** | **12,240.00** | **60.000** |

NET WEIGHT:   12,240.00     KGS
GROSS WEIGHT: 12,240.00     KGS
MEASURMENT:   60.000      CBM

CONTAINER NO.:  TRLU6679956
BL NO.:         TSE090915
BL DATE:       Sep.11.2009

| SHIPPER / EXPORTER | | BOOKING NO. | B/L NO. |
| --- | --- | --- | --- |
| KS RESOURCES LIMITED<br>ROOM 3602, 36/F., TOWER TWO, LIPPO CENTRE,<br>89 QUEENSWAY, HONG KONG<br>TEL: 00852-2127-7146 FAX: 00852-2127-7148 | | | TSE090913 |

CONSIGNEE
TO THE ORDER OF

2)

# AGX LINES LIMITED

NOTIFY PARTY
ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC
10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850
TEL:240.328.6383
FAX:240.328.6407

# BILL OF LADING

| OCEAN VESSEL | VOYAGE | FOR DELIVERY PLEASE APPLY TO: |
| --- | --- | --- |
| QI YUN HR | V.0768E | AMBER WORLDWIDE LOGISTICS |
| PLACE OF RECEIPT | PORT OF LOADING | 1358 N.W. 78TH AVE MIAMI, FL 33126 |
| | XINGANG CHINA | TEL 305 716 1119   FAX 305 716 0929 |
| PORT OF DISCHARGE | PLACE OF DELIVERY | |
| FT. MYERS G, FL. | FT. MYERS G, FL. | |

| CONTAINER NO./ SEAL NO.<br>MARKS AND NUMBERS | NO. OF PKGS. OR<br>CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | GROSS WEIGHT<br>(KGS) | MEASUREMENT<br>(CBM) |
| --- | --- | --- | --- | --- |
| N/M | 1330PCS | TIRE AND/OR FLAPS<br>COUNTRY OF ORIGIN: CHINA<br>ORDER NO.: 1-6303-B-04-D<br>CPO NO.: 1868<br>CC: 848<br>ST: 892<br>185/70R13 S600          390<br>185/70R14 S600          450<br>195/55R15 S600          20<br>195/70R14 S600          390<br>LT235/75R15 6P JB42      80<br>TOTAL                  1330<br><br>THERE IS NO WOOD PACKING MATERIAL IN THIS<br>SHIPMENT | 12418.00KGS | 60CBM |

ORIGINAL

INKU2578242/N162873/40'HQ/CY/CY

FREIGHT COLLECT
SHIPPER'S LOAD COUNT & SEAL

TOTAL: ONE THOUSAND THREE HUNDRED AND SIXTY PCS ONLY.

| FREIGHT AND CHARGES | PREPAID | COLLECT | |
| --- | --- | --- | --- |
| | | AS ARRANGED | RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released. |
| TOTAL | | | |
| Ex. Rate | SHIPPED ON BOARD THE<br>SHIPPED ON BOARD | |  |
| THREE (3) ORIGINAL BS/L<br>HAVE BEEN SIGNED<br>DATE:<br>AT: | TIANJIN<br>VESSEL:<br>DATE:<br>PER | SEP.11.2009 | By _____<br>SIGNED ON BEHALF OF CARRIER<br>4 |

AGX LINES LIMITED

Cora

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:  ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC    Date:  Sep.11.2009
     10110 MOLECULAR DRIVE                         Invoice No.:  90687/JL/TTKSY
     SUITE 217ROCKVILLE, MD 20850                  Order No.:  1-6303-B-04-D
                                                   CPO No.:  1868

From: XINGANG,CHINA    To: FT. MYERS, FL            Shipped:  BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:848 ST NO.:892 | | | |
| DOT NO.:0J | | | |
| CODE NO: | | | |
| ###   185/70R13  86T S600   BCT | 390 PCS | USD   16.97 | USD   6,618.30 |
| ###   185/70R14  88T S600   BCT | 450 | 17.06 | 7,677.00 |
| ###   195/55R15  85V S600   BCT | 20 | 23.84 | 476.80 |
| ###   195/70R14  91T S600   BCT | 390 | 18.50 | 7,215.00 |
| ###   LT235/75R15-6  JB42   BCT | 80 | 39.52 | 3,161.60 |
| | 1330 PCS | | 25,148.70 |

INTEREST CHARGE    USD    $2,000.00

TOTAL AMOUNT    USD    $27,148.70
FOB    XINGANG,CHINA

NET WEIGHT:    12,418.00    KGS
GROSS WEIGHT: 12,418.00    KGS
MEASURMENT:   60.00        CBM

CONTAINER NO.: INKU2578242
BL NO.:        TSE090918
BL DATE:       Sep.11.2009

You are kindly requested to arrange wire transfer per following bank details.
BENEFICIARY : KS RESOURCES LIMITED
BANK ACCOUNT :0003-003486-01-6-022
BANK NAME : DBS BANK LTD
BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER
ONE,SINGAPORE 068809
SWIFT CODE : DBSSSGSG

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE
    SUITE 217ROCKVILLE, MD 20850

Date:     Sep.11.2009
Invoice No.: 90687/JL/TTKSY
Order No.: 1-6303-B-04-D
CPO No.:  1868

From:    XINGANG,CHINA    To: FT. MYERS, FL    Shipped:  BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:848 ST NO.:892<br>DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 1330 PCS | 12,418.00 | 12,418.00 | 60.000 |
| **TOTAL :**   **1330 PCS** | **12,418.00** | **12,418.00** | **60.000** |

NET WEIGHT:   12,418.00    KGS
GROSS WEIGHT: 12,418.00    KGS
MEASURMENT:  60.000     CBM

CONTAINER NO.: INKU2578242
BL NO.:       TSE090918
BL DATE:     Sep.11.2009

| SHIPPER / EXPORTER | | BOOKING NO. | B/L NO. TSE091017 |
|---|---|---|---|
| & S INTERNATIONAL SINGAPORE PTE LTD.<br>0 MARINE PARADE ROAD #02-27 COTE D'AZUR SINGAPORE 449302 | | | |

6

# **AGX** LINES LIMITED

| CONSIGNEE |
|---|
| TO THE ORDER OF |

# *BILL OF LADING*

| NOTIFY PARTY |
|---|
| RTECK GLOBAL SUPPLY & DISTRIBUTION, LLC<br>10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850<br>TEL:240.328.6383<br>FAX:240.328.6407 |

FOR DELIVERY PLEASE APPLY TO:
AMBER WORLDWIDE LOGISTICS
1358 N.W. 78TH AVE MIAMI, FL 33126
TEL. 305 716 1119   FAX 305 716 0929

| OCEAN VESSEL CMA CGM DON PASCUALE | VOYAGE V. BH157E |
|---|---|
| PLACE OF RECEIPT | PORT OF LOADING XINGANG,CHINA |
| PORT OF DISCHARGE LOS ANGELES,CA | PLACE OF DELIVERY TULSA,OK |

| CONTAINER NO./ SEAL NO.<br>MARKS AND NUMBERS | NO. OF PKGS. OR<br>CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | GROSS WEIGHT<br>(KGS) | MEASUREMENT<br>(CBM) |
|---|---|---|---|---|
| N/M | 1196PCS | TIRE AND/OR FLAPS<br>COUNTRY OF ORIGIN: CHINA<br>ORDER NO.: 1-6485-B-06-DK<br>CPO NO.: HOK6209<br>CC: 101<br>ST: 829<br>ST205/75R14-6PR JK42      534<br>ST175/80R13-6PR JK42      434<br>ST225/75R15/10 BCT        228<br>TOTAL                     1196 | 12624.80KGS | 60CBM |
| TGHU8888913/7383359/40'HQ/CY/DOOR | | THERE IS NO WOOD PACKING MATERIAL IN THIS SHIPMENT<br>FREIGHT COLLECT<br>SHIPPER'S LOAD COUNT & SEAL | | |

ORIGINAL

TOTAL: ONE THOUSAND ONE HUNDRED AND NINETY SIX PCS ONLY.

| FREIGHT AND CHARGES | PREPAID | COLLECT |
|---|---|---|
| | | AS ARRANGED |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released.

| Ex. Rate | SHIPPED ON BOARD THE<br>SHIPPED ON BOARD | AGX LINES LIMITED |
|---|---|---|
| THREE (3) ORIGINAL B/L TIANJIN<br>HAVE BEEN SIGNED<br>DATE:<br>AT: | VESSEL: OCT.08.2009<br>DATE:<br>PER | By _____<br>SIGNED ON BEHALF OF CARRIER |

# K AND S INTERNATIONAL SINGAPORE PTE LTD.

70 MARINE PARADE ROAD #02-27 COTE D'AZUR
SINGAPORE 449302

## COMMERCIAL INVOICE

To:   ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC        Date:        Oct.8.2009
      10110 MOLECULAR DRIVE SUITE 217                 Invoice No.:  90722/JL/TTKSY
      ROCKVILLE, MD 20850.USA.                        Order No.:   1-6485-B-06-DK
                                                      CPO No.:     Hok6209

From: XINGANG,CHINA        To: TULSA, OK              Shipped:     BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:101 ST NO.:829 | | | |
| DOT NO.:0J | | | |
| | | | |
| CODE NO: | | | |
| ###   ST205/75R14-6  JK42   BCT | 534 PCS | USD  24.91 | USD  13,301.94 |
| ###   ST175/80R13-6  JK42   BCT | 434 | 17.70 | 7,681.80 |
| ###   ST225/75R15-10  JK42   BCT | 228 | 35.75 | 8,151.00 |
| | 1196 PCS | | 29,134.74 |

                                    TOTAL AMOUNT   USD  $29,134.74
                                             FOB   XINGANG,CHINA

NET WEIGHT:    12,624.80    KGS
GROSS WEIGHT:  12,624.80    KGS
MEASURMENT:    60.00        CBM

CONTAINER NO.:  TGHU8888913
BL NO.:         TSE091017
BL DATE:        Oct.8.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : K&S INTERNATIONAL (SINGAPORE)PTE.,LTD**
**BANK ACCOUNT :0003-001635-01-0-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# K AND S INTERNATIONAL SINGAPORE PTE LTD.

REGISTRATION NO.200203770E.
201 TANJONG RHU ROAD  +08-11 PAKSHORE
SINGAPORE 436917

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE SUITE 217
    ROCKVILLE, MD 20850.USA.

Date:     Oct.8.2009
Invoice No.: 90722/JL/TTKSY
Order No.:  1-6485-B-06-DK
CPO No.:  Hok6209

From:     XINGANG,CHINA    To: TULSA, OK     Shipped:  BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:101 ST NO.:829<br>DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 1196 PCS | 12,624.80 | 12,624.80 | 60.000 |
| TOTAL :  1196 PCS | 12,624.80 | 12,624.80 | 60.000 |

NET WEIGHT:    12,624.80    KGS
GROSS WEIGHT:  12,624.80    KGS
MEASURMENT:    60.000       CBM

CONTAINER NO.:  TGHU8888913
BL NO.:         TSE091017
BL DATE:       Oct.8.2009

SHIPPER / EXPORTER

KS RESOURCES LIMITED

ROOM 3602, 36/F., TOWER TWO, LIPPO CENTRE,

39 QUEENSWAY, HONG KONG

TEL: 00852-2127-7146 FAX: 00852-2127-7148

CONSIGNEE

TO THE ORDER OF

NOTIFY PARTY

ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC

10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850

TEL:240.328.6383
FAX:240.328.6407

| BOOKING NO. | B/L NO. |
|---|---|
| | TSE091125 |

# AGX LINES LIMITED

# BILL OF LADING

FOR DELIVERY PLEASE APPLY TO:

AMBER WORLDWIDE LOGISTICS

1358 N.W. 78TH AVE MIAMI, FL 33126

TEL 305 716 1119    FAX 305 716 0929

| OCEAN VESSEL | VOYAGE |
|---|---|
| DONGTAI PEARL | V. 0548E |
| PLACE OF RECEIPT | PORT OF LOADING |
| | XINGANG CHINA |
| PORT OF DISCHARGE | PLACE OF DELIVERY |
| FT. MYERS V, FL. | FT. MYERS V. FL. |

| CONTAINER NO./ SEAL NO. MARKS AND NUMBERS | NO. OF PKGS. OR CONTAINER | KIND OF PACKAGES; DESCRIPTION OF GOODS | | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
|---|---|---|---|---|---|
| N/M | 1470PCS | TIRE AND/OR FLAPS | | 11930.00%KGS | 60CBM |
| | | COUNTRY OF ORIGIN: CHINA | | | |
| | | ORDER NO.: 1-7093-B-11-D | | | |
| | | CPO NO.: 2007 | | | |
| | | CC: 848 | | | |
| | | ST: 892 | | | |
| | | 175/70R13 | 600 | | |
| | | 175/65R14 | 120 | | |
| | | 195/60R15 | 250 | | |
| | | 185/70R14 | 150 | | |
| DRYU9001340/N179308/40"HQ/CY/CY | | 185/65R15 | 60 | | |
| | | 205/70R14 | 50 | | |
| | | 195/55R15 | 120 | | |
| | | 195/60R14 | 120 | | |
| | | TOTAL | 1470 | | |

THERE IS NO WOOD PACKING MATERIAL IN THIS
SHIPMENT        FREIGHT COLLECT

SHIPPER'S LOAD COUNT & SEAL

TOTAL: ONE THOUSAND FOUR HUNDRED AND SEVENTY PCS ONLY

| FREIGHT AND CHARGES | PREPAID | COLLECT |
|---|---|---|
| | | AS ARRANGED |
| | | |
| TOTAL | | |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released.

| Ex. Rate | SHIPPED ON BOARD THE | |
|---|---|---|
| THREE (3) ORIGINAL B/L TIANJIN HAVE BEEN SIGNED | SHIPPED ON BOARD | |
| DATE: | VESSEL: | |
| AT: | DATE: NOV.25.2009 | |
| | PER | |

AGX LINES LIMITED

Cora

4

By _____

SIGNED ON BEHALF OF CARRIER

# KS RESOURCES LIMITED

ROOM 3602, 36/F, TOWER TWO LIPPO CENTRE 89, QUEENSWAY HONG KONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
10110 MOLECULAR DRIVE SUITE 217
ROCKVILLE, MD 20850.USA.

Date: Nov.24.2009
Invoice No.: 90789/JL/TTKSY
Order No.: 1-7093-B-11-D
CPO No.: 2007

From: XINGANG,CHINA    To: FT. MYERS, FL

Shipped: BY SEA

| Description of goods | | Quantity | Unit price | | Amount | |
|---|---|---|---|---|---|---|
| TIRE AND/OR FLAPS | | | | | | |
| CHINESE NEW TIRES | | | | | | |
| COUNTRY OF ORIGIN: CHINA | | | | | | |
| CC NO.:848 ST NO.:892 | | | | | | |
| DOT NO.:0J | | | | | | |
| | | | | | | |
| CODE NO: | | | | | | |
| ### | 175/70R13 82T JA55 | BCT | 600 PCS | USD | 15.87 | USD | 9,522.00 |
| | 175/65R14 82H SA602 | BCT | 120 | | 16.92 | 2,030.40 |
| ### | 195/60R15 88H S600 | BCT | 250 | | 23.20 | 5,800.00 |
| ### | 185/70R14 88T S600 | BCT | 150 | | 17.06 | 2,559.00 |
| ### | 185/65R15 88H S600 | BCT | 60 | | 20.44 | 1,226.40 |
| ### | 205/70R14 95T S600 | BCT | 50 | | 20.19 | 1,009.50 |
| ### | 195/55R15 85V S600 | BCT | 120 | | 23.84 | 2,860.80 |
| ### | 195/60R14 86H S600 | BCT | 120 | | 19.71 | 2,365.20 |
| | TOTAL | | 1470 PCS | | | 27,373.30 |

FOB XINGANG,CHINA

NET WEIGHT: 11,930.00    KGS
GROSS WEIGHT: 11,930.00    KGS
MEASURMENT: 60.00    CBM

CONTAINER NO.: DRYU9001340
BL NO.: TSE091125
BL DATE: Nov.24.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

ROOM 3602, 36/F, TOWER TWO LIPPO CENTRE 89, QUEENSWAY HONG KONG
TEL: 852-21277146 FAX: 852-21277148

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE SUITE 217
    ROCKVILLE, MD 20850.USA.

Date:    Nov.24.2009
Invoice No.: 90789/JL/TTKSY
Order No.: 1-7093-B-11-D
CPO No.:  2007

From:    XINGANG,CHINA    To: FT. MYERS, FL    Shipped:  BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:848 ST NO.:892 | | | |
| DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 1470 PCS | 11,930.00 | 11,930.00 | 60.000 |
| **TOTAL :**   **1470 PCS** | **11,930.00** | **11,930.00** | **60.000** |

NET WEIGHT:    11,930.00    KGS
GROSS WEIGHT:  11,930.00    KGS
MEASURMENT:    60.000    CBM

CONTAINER NO.:  DRYU9001340
BL NO.:        TSE091125
BL DATE:       Nov.24.2009

| SHIPPER / EXPORTER | | BOOKING NO. | B/L NO. |
| --- | --- | --- | --- |
| K3 RESOURCES LIMITED<br>ROOM 3602, 36/F., TOWER TWO, LIPPO CENTER,<br>89 QUEENSWAY, HONG KONG<br>TEL: 00852-2127-7146 FAX: 00852-2127-7148 | | | TSE091124 |

CONSIGNEE
TO THE ORDER OF

# AGXLINES LIMITED

NOTIFY PARTY
ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC
10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850
TEL:240.328.6383
FAX:240.328.6407

# BILL OF LADING

| OCEAN VESSEL | VOYAGE | FOR DELIVERY PLEASE APPLY TO: |
| --- | --- | --- |
| DONGTAI PEARL | V. 0548E | AMBER WORLDWIDE LOGISTICS |
| PLACE OF RECEIPT | PORT OF LOADING | 1358 N.W. 78TH AVE MIAMI, FL 33126 |
| | XINGANG CHINA | TEL 305 716 1119   FAX 305 716 0929 |
| PORT OF DISCHARGE | PLACE OF DELIVERY | |
| FT. MYERS V, FL. | FT. MYERS V, FL. | |

| CONTAINER NO./ SEAL NO.<br>MARKS AND NUMBERS | NO. OF PKGS. OR<br>CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | | GROSS WEIGHT<br>(KGS) | MEASUREMENT<br>(CBM) |
| --- | --- | --- | --- | --- | --- |
| N/M | 1160PCS | TIRE AND/OR FLAPS<br>COUNTRY OF ORIGIN: CHINA<br>ORDER NO.: 1-4762-B-08-D<br>CPO NO.: 1949 -4<br>CC: 848<br>ST: 892 | | 11115.00KGS | 60CBM |
| | | 195/60R15 | 490 | | |
| | | 205/55R16 | 300 | | |
| | | 205/70R14 | 250 | | |
| GLDU0786033/N167086/40'HQ/CY/CY | | 205/40ZR17 3800 | 120 | | |
| | | TOTAL | 1160 | | |

ORIGINAL

THERE IS NO WOOD PACKING MATERIAL IN THIS
SHIPMENT        FREIGHT COLLECT
SHIPPER'S LOAD COUNT & SEAL

## TOTAL: ONE THOUSAND ONE HUNDRED AND SIXTY PCS ONLY

| FREIGHT AND CHARGES | PREPAID | COLLECT | |
| --- | --- | --- | --- |
| | | AS ARRANGED | RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released. |
| TOTAL | | | |
| Ex. Rate | SHIPPED ON BOARD THE | | |

THREE (3) ORIGINALS
HAVE BEEN SIGNED
DATE:
AT:

TIANJIN

VESSEL:
DATE:
PER

SHIPPED ON BOARD

NOV.25.2009



AGX LINES LIMITED

Cora

By _____

SIGNED ON BEHALF OF CARRIER

# KS RESOURCES LIMITED

ROOM 3602, 36/F, TOWER TWO LIPPO CENTRE 89, QUEENSWAY HONG KONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:  ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
      10110 MOLECULAR DRIVE SUITE 217
      ROCKVILLE, MD 20850.USA.

Date:         Nov.19.2009
Invoice No.:  90790/JL/TTKSY
Order No.:    1-6762-B-08-D
CPO No.:      1949 -4

From: XINGANG,CHINA        To: FT. MYERS, FL        Shipped:  BY SEA

| Description of goods | | Quantity | Unit price | Amount |
|---|---|---|---|---|
| TIRE AND/OR FLAPS | | | | |
| CHINESE NEW TIRES | | | | |
| COUNTRY OF ORIGIN: CHINA | | | | |
| CC NO.:848 ST NO.:892 | | | | |
| DOT NO.:0J | | | | |
| CODE NO: | | | | |
| ### | 195/60R15 88V S600   BCT | 490 PCS | USD   23.20 | USD   11,368.00 |
| ### | 205/55R16 91W S600   BCT | 300 | 28.14 | 8,442.00 |
| ### | 205/70R14 95T S600   BCT | 250 | 20.19 | 5,047.50 |
| ### | 205/40ZR17 84W S800   BCT | 120 | 23.98 | 2,877.60 |
| | TOTAL | 1160 PCS | | 27,735.10 |

**FOB XINGANG,CHINA**

NET WEIGHT:    11,115.00    KGS
GROSS WEIGHT: 11,115.00    KGS
MEASURMENT:   60.00          CBM

CONTAINER NO.: GLDU0786035
BL NO.:        TSE091124
BL DATE:       Nov.19.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

ROOM 3602, 36/F, TOWER TWO LIPPO CENTRE 89, QUEENSWAY HONG KONG
TEL: 852-21277146 FAX: 852-21277148

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE SUITE 217
    ROCKVILLE, MD 20850.USA.

Date:    Nov.19.2009
Invoice No.: 90790/JL/TTKSY
Order No.: 1-6762-B-08-D
CPO No.: 1949 -4

From:    XINGANG,CHINA    To: FT. MYERS, FL    Shipped:  BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS CHINESE NEW TIRES COUNTRY OF ORIGIN: CHINA CC NO.:848 ST NO.:892 DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 1160 PCS | 11,115.00 | 11,115.00 | 60.000 |
| **TOTAL :**   **1160 PCS** | **11,115.00** | **11,115.00** | **60.000** |

NET WEIGHT:    11,115.00    KGS
GROSS WEIGHT: 11,115.00    KGS
MEASURMENT:  60.000    CBM

CONTAINER NO.:  GLDU0786035
BL NO.:    TSE091124
BL DATE:    Nov.19.2009

| SHIPPER / EXPORTER | | BOOKING NO. | | B/L NO. | TSB991123 |
|---|---|---|---|---|---|
| KS RESOURCES LIMITED | | | | | |

KS RESOURCES LIMITED
ROOM 3602, 36/F., TOWER TWO, LIPPO CENTRE,
89 QUEENSWAY, HONG KONG
TEL: 00852-2127-7146 FAX: 00852-2127-7148

CONSIGNEE
TO THE ORDER OF

3X

# **AGX**LINES LIMITED

NOTIFY PARTY
ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC
10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850
TEL:240.328.6383
FAX:240.328.6407

# *BILL OF LADING*

| OCEAN VESSEL DONGTAI PEARL | VOYAGE V. 0548E | FOR DELIVERY PLEASE APPLY TO: AMBER WORLDWIDE LOGISTICS |
|---|---|---|
| PLACE OF RECEIPT | PORT OF LOADING XINGANG,CHINA | 1358 N.W. 78TH AVE MIAMI, FL 33126 |
| PORT OF DISCHARGE FT. MYERS V, FL. | PLACE OF DELIVERY FT. MYERS V, FL. | TEL 305 716 1119 FAX 305 716 0929 |

| CONTAINER NO./ SEAL NO. MARKS AND NUMBERS | NO. OF PKGS. OR CONTAINERS | KIND OF PACKAGES: DESCRIPTION OF GOODS | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
|---|---|---|---|---|
| N/M | 720PCS | TIRE AND/OR FLAPS | 11880.00KGS | 60CBM |
| | | COUNTRY OF ORIGIN: CHINA | | |
| | | ORDER NO.: 1-7089-B-10-DK | | |
| | | CPO NO.: ND102809 | | |
| | | CC: 848 | | |
| | | ST: 892 | | |
| | | 750-16 10PLY TBLS BIAS SHIELD 720 | | |
| | | TOTAL 720 | | |
| INKU2566072/N175333/40'HQ/CY/CY | | | | |
| | | THERE IS NO WOOD PACKING MATERIAL IN THIS SHIPMENT FREIGHT COLLECT SHIPPER'S LOAD COUNT & SEAL | | |

TOTAL: SEVEN HUNDRED AND TWENTY PCS ONLY

| FREIGHT AND CHARGES | PREPAID | COLLECT AS ARRANGED |
|---|---|---|

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released.

TOTAL

Ex. Rate

THREE (3) ORIGINAL **TIANJIN**
HAVE BEEN SIGNED
DATE:
AT:

SHIPPED ON BOARD THE

**SHIPPED ON BOARD**
VESSEL:
DATE: NOV.25.2009
PER

**AGX LINES LIMITED**

Cora.

By _____
SIGNED ON BEHALF OF CARRIER

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:   ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
      10110 MOLECULAR DRIVE SUITE 217
      ROCKVILLE, MD 20850.USA.

Date:          Nov.24.2009
Invoice No.:   90749/JL/TTKSY
Order No.:     1-7089-B-10-DK
CPO No.:       ND102809

From: XINGANG,CHINA        To: FT. Myers, FL

Shipped:   BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:848 ST NO.:892<br>DOT NO.:0J<br><br>CODE NO: | | | |
| ###   750-16 10ply TBLS BIAS SHIELD | 720 | USD   39.15 | USD   28,188.00 |
| | 720 PCS | | 28,188.00 |

**TOTAL AMOUNT   USD $28,188.00**
**FOB   XINGANG,CHINA**

NET WEIGHT:    11,880.00    KGS
GROSS WEIGHT: 11,880.00    KGS
MEASURMENT:   60.00         CBM

CONTAINER NO.: INKU2566072
BL NO.:        TSE091123
BL DATE:       Nov.24.2009

**You are kindly requested to arrange wire transfer per following bank details.**

**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# K AND S INTERNATIONAL SINGAPORE PTE LTD.

REGISTRATION NO.200203770E.
201 TANJONG RHU ROAD  +08-11 PAKSHORE
SINGAPORE 436917

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE SUITE 217
    ROCKVILLE, MD 20850.USA.

Date:    Nov.24.2009
Invoice No.: 90749/JL/TTKSY
Order No.:  1-7089-B-10-DK
CPO No.:   ND102809

From:    XINGANG,CHINA    To: FT. Myers, FL    Shipped:   BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:848 ST NO.:892 | | | |
| DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 720 PCS | 11,880.00 | 11,880.00 | 60.000 |
| TOTAL :  720 PCS | 11,880.00 | 11,880.00 | 60.000 |

NET WEIGHT:    11,880.00    KGS
GROSS WEIGHT: 11,880.00    KGS
MEASURMENT:    60.000    CBM

CONTAINER NO.:  INKU2566072
BL NO.:      TSE091123
BL DATE:    Nov.24.2009

ES RESOURCES LIMITED
ROOM 1602, 16/F., TOWER TWO, LIPPO CENTRE,
89 QUEENSWAY, HONG KONG
TEL: 00852-3127-7146 FAX: 00852-3127-7148
TO THE ORDER OF

**AGX**LINES LIMITED

OK-TREK GLOBAL SUPPLY & DISTRIBUTION, LLC
WESTMORELAND DRIVE SUITE 211, ROCKVILLE, MD 20850
TEL: 240.328.6383
FAX: 240.328.6407

**BILL OF LADING**

CMA CGM HUGO          V 1715
                      XINGANG CHINA          AMBER WORLDWIDE LOGISTICS
                      BATESVILLE MS           1550 N.W. 70TH AVE. MIAMI, FL 33126
MEMPHIS, TN                                   TEL. 305 716 1119   FAX 305 716 6929

N M          460 PCS     TIRE AND/OR FLAPS                    1265.00 KGS    60 CBM
                         COUNTRY OF ORIGIN: CHINA
                         ORDER NO. J-5815-B-68 DK
                         CPO NO: DK-82109
                         CC: 101
                         ST: 101
                         LT285/75R16 8PLY BLK TCS        460

                         TOTAL                           101

MSKU1717217AN 25052846 TO/CY DOOR    THERE IS NO WOOD PACKING MATERIAL IN THIS
                                     SHIPMENT
                                             FREIGHT COLLECT
                                             SHIPPER'S LOAD COUNT & SEAL

                    TOTAL: FOUR HUNDRED AND SIXTY PCS ONLY

                         AS ARRANGED

                                             SHIPPED ON BOARD
            TIANJIN                          NOV 26 2009
                                                          
                                             AS AGENT FOR THE CARRIER

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
     10110 MOLECULAR DRIVE SUITE 217
     ROCKVILLE, MD 20850.USA.

Date:     Nov.26.2009
Invoice No.:  90778/JL/TTKSY
Order No.:   1-6815-B-08-DK
CPO No.:   DK82109

From: XINGANG,CHINA     To: BATESVILLE, MS     Shipped:   BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:101 ST NO.:101 | | | |
| DOT NO.:0J | | | |
| | | | |
| CODE NO: | | | |
| XMT8218  LT285/75R16-8 BLK JC52   XMT | 460 PCS | USD  78.04 USD | 35,898.40 |
| | 460 PCS | | 35,898.40 |

**TOTAL AMOUNT**   USD  **$35,898.40**
**FOB**   **XINGANG,CHINA**

NET WEIGHT:    11,454.00   KGS
GROSS WEIGHT:  11,454.00   KGS
MEASURMENT:   60.00      CBM

CONTAINER NO.:  MSKU1371737
BL NO.:        TSE091126
BL DATE:       Nov.26.2009

You are kindly requested to arrange wire transfer per following bank details.

BENEFICIARY : KS RESOURCES LIMITED
BANK ACCOUNT :0003-003486-01-6-022
BANK NAME : DBS BANK LTD
BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER
ONE ,SINGAPORE 068809
SWIFT CODE : DBSSSGSG

# K AND S INTERNATIONAL SINGAPORE PTE LTD.

REGISTRATION NO.200203770E.
201 TANJONG RHU ROAD +08-11 PAKSHORE
SINGAPORE 436917

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE SUITE 217
    ROCKVILLE, MD 20850.USA.

Date:     Nov.26.2009
Invoice No.: 90778/JL/TTKSY
Order No.:  1-6815-B-08-DK
CPO No.:   DK82109

From:    XINGANG,CHINA    To: BATESVILLE, MS    Shipped:  BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS CHINESE NEW TIRES COUNTRY OF ORIGIN: CHINA CC NO.:101 ST NO.:101 DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 460 PCS | 11,454.00 | 11,454.00 | 60.000 |
| **TOTAL :**  **460 PCS** | **11,454.00** | **11,454.00** | **60.000** |

NET WEIGHT:   11,454.00    KGS
GROSS WEIGHT: 11,454.00    KGS
MEASURMENT:   60.000       CBM

CONTAINER NO.:  MSKU1371737
BL NO.:         TSE091126
BL DATE:       Nov.26.2009

| SHIPPER / EXPORTER | | | BOOKING NO. | | B/L NO. |
| KS RESOURCES LIMITED | | | | | TSE091130 |

KS RESOURCES LIMITED
ROOM 3602, 36/F., TOWER TWO, LIPPO CENTRE,
89 QUEENSWAY, HONG KONG
TEL: 00852-2127-7146 FAX: 00852-2127-7148

**CONSIGNEE**
TO THE ORDER OF

# AGXLINES LIMITED

**NOTIFY PARTY**
ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC
10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850
TEL: 240.328.6383
FAX: 240.328.6407

# *BILL OF LADING*

| OCEAN VESSEL | VOYAGE |
| CMA CGM HUGO | V. 171E |
| PLACE OF RECEIPT | PORT OF LOADING |
| | XINGANG, CHINA |
| PORT OF DISCHARGE | PLACE OF DELIVERY |
| MEMPHIS, TN | BATESVILLE, MS |

FOR DELIVERY PLEASE APPLY TO:
AMBER WORLDWIDE LOGISTICS
1350 N.W. 78TH AVE MIAMI, FL 33126
TEL 305 716 1119   FAX 305 716 0929

| CONTAINER NO./ SEAL NO. MARKS AND NUMBERS | NO. OF PKGS. OR CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
|---|---|---|---|---|
| N/M | 460PCS | TIRE AND/OR FLAPS COUNTRY OF ORIGIN: CHINA ORDER NO.: 1-6816-B-08-DK CPO NO.: DK82109 CC: 101 ST: 101 LT285/75R16 8PLY BLK JC52       460 TOTAL                                460 | 11454.00KGS | 60CBM |
| UXXU4521366/CN2999302/40'HQ/CY/DOOR | | THERE IS NO WOOD PACKING MATERIAL IN THIS SHIPMENT FREIGHT COLLECT SHIPPER'S LOAD COUNT & SEAL | | |

ORIGINAL

TOTAL: FOUR HUNDRED AND SIXTY PCS ONLY

| FREIGHT AND CHARGES | PREPAID | COLLECT |
|---|---|---|
| | | AS ARRANGED |
| | | |
| TOTAL | | |
| Ex. Rate | | |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised  or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released.

THREE (3) ORIGINAL B/L
HAVE BEEN SIGNED      TIANJIN
DATE:
AT:

SHIPPED ON BOARD THE
**SHIPPED ON BOARD**

NOV.26.2009

VESSEL:
DATE:
PER



AGX LINES LIMITED
Cora
AS AGENT FOR THE CARRIER                4

By _____
SIGNED ON BEHALF OF CARRIER

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:   ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
      10110 MOLECULAR DRIVE SUITE 217
      ROCKVILLE, MD 20850.USA.

Date:        Nov.26.2009
Invoice No.:   90779/JL/TTKSY
Order No.:    1-6816-B-08-DK
CPO No.:     DK82109

From: XINGANG,CHINA     To: BATESVILLE, MS

Shipped:     BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:101 ST NO.:101<br>DOT NO.:0J<br><br>CODE NO:<br>XMT8218  LT285/75R16-8 BLK JC52   XMT | 460 PCS | USD   78.04 USD | 35,898.40 |
|  | 460 PCS |  | 35,898.40 |

TOTAL AMOUNT    USD  $35,898.40
FOB    XINGANG,CHINA

NET WEIGHT:      11,454.00      KGS
GROSS WEIGHT:   11,454.00      KGS
MEASURMENT:     60.00          CBM

CONTAINER NO.:   UXXU4521366
BL NO.:          TSE091130
BL DATE:         Nov.26.2009

You are kindly requested to arrange wire transfer per following bank details.

BENEFICIARY : KS RESOURCES LIMITED
BANK ACCOUNT :0003-003486-01-6-022
BANK NAME : DBS BANK LTD
BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER
ONE ,SINGAPORE 068809
SWIFT CODE : DBSSSGSG

# K AND S INTERNATIONAL SINGAPORE PTE LTD.

REGISTRATION NO.200203770E.
201 TANJONG RHU ROAD  +08-11 PAKSHORE
SINGAPORE 436917

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE SUITE 217
    ROCKVILLE, MD 20850.USA.

Date:    Nov.26.2009
Invoice No.: 90779/JL/TTKSY
Order No.:  1-6816-B-08-DK
CPO No.:   DK82109

From:    XINGANG,CHINA    To: BATESVILLE, MS    Shipped:  BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:101 ST NO.:101 | | | |
| DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 460 PCS | 11,454.00 | 11,454.00 | 60.000 |
| TOTAL : 460 PCS | 11,454.00 | 11,454.00 | 60.000 |

NET WEIGHT:   11,454.00    KGS
GROSS WEIGHT: 11,454.00    KGS
MEASURMENT:   60.000      CBM

CONTAINER NO.: UXXU4521366
RL NO.:         TSE091130
BL DATE:       Nov.26.2009

| SHIPPER / EXPORTER | | BOOKING NO. | | B/L NO. TSE091129 |
|---|---|---|---|---|

**SHIPPER / EXPORTER**

KS RESOURCES LIMITED
ROOM 3602, 36/F., TOWER TWO, LIPPO CENTRE,
89 QUEENSWAY, HONG KONG
TEL: 00852-2127-7146 FAX: 00852-2127-7148

**CONSIGNEE**

TO THE ORDER OF

25

# AGXLINES LIMITED

# BILL OF LADING

**NOTIFY PARTY**

ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC
10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850
TEL: 240.328.6383
FAX: 240.328.6407

FOR DELIVERY PLEASE APPLY TO:
AMBER WORLDWIDE LOGISTICS
1358 N.W. 78TH AVE MIAMI, FL 33126
TEL 305 716 1119   FAX 305 716 0929

| OCEAN VESSEL CMA CGM HUGO | VOYAGE V. 171E | |
| PLACE OF RECEIPT | PORT OF LOADING XINGANG, CHINA | |
| PORT OF DISCHARGE MEMPHIS, TN | PLACE OF DELIVERY BATESVILLE, MS | |

| CONTAINER NO./ SEAL NO. MARKS AND NUMBERS | NO. OF PKGS. OR CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
|---|---|---|---|---|
| N/M | 460PCS | TIRE AND/OR FLAPS COUNTRY OF ORIGIN: CHINA ORDER NO.: 1-6811-B-08-DK CPO NO.: DK82109 CC: 101 ST: 101 LT285/75R16 8PLY BLK JC52      460 TOTAL                                   460 THERE IS NO WOOD PACKING MATERIAL IN THIS SHIPMENT FREIGHT COLLECT SHIPPER'S LOAD COUNT & SEAL | 11454.00KGS | 60CBM |
| UETU5035167/CN2980527/40'HQ/CY/DOOR | | | | |

ORIGINAL

TOTAL: FOUR HUNDRED AND SIXTY PCS ONLY

| FREIGHT AND CHARGES | PREPAID | COLLECT |
|---|---|---|
| | | AS ARRANGED |
| TOTAL | | |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released.

**Ex. Rate**

THREE (3) ORIGINAL BS/L
HAVE BEEN SIGNED TIANJIN
DATE:
AT:

SHIPPED ON BOARD THE
**SHIPPED ON BOARD**
VESSEL:   NOV.26.2009
DATE:
PER:

AGX LINES LIMITED
Cora
AS AGENT FOR THE CARRIER

By _____
SIGNED ON BEHALF OF CARRIER

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

| To: | ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC | | Date: | Nov.26.2009 |
|---|---|---|---|---|
| | 10110 MOLECULAR DRIVE SUITE 217 | | Invoice No.: | 90780/JL/TTKSY |
| | ROCKVILLE, MD 20850.USA. | | Order No.: | 1-6811-B-08-DK |
| | | | CPO No.: | DK82109 |

From: XINGANG,CHINA        To: BATESVILLE, MS        Shipped:        BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:101 ST NO.:101 | | | |
| DOT NO.:0J | | | |
| | | | |
| CODE NO: | | | |
| XMT8218  LT285/75R16-8 BLK JC52   XMT | 460 PCS | USD   78.04 USD | 35,898.40 |
| | 460 PCS | | 35,898.40 |

TOTAL AMOUNT    USD  $35,898.40
FOB    XINGANG,CHINA

| NET WEIGHT: | 11,454.00 | KGS |
|---|---|---|
| GROSS WEIGHT: | 11,454.00 | KGS |
| MEASURMENT: | 60.00 | CBM |

| CONTAINER NO.: | UETU5035167 |
|---|---|
| BL NO.: | TSE091129 |
| BL DATE: | Nov.26.2009 |

**You are kindly requested to arrange wire transfer per following bank details.**

**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER**
**ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# K AND S INTERNATIONAL SINGAPORE PTE LTD.

REGISTRATION NO.200203770E.
201 TANJONG RHU ROAD  +08-11 PAKSHORE
SINGAPORE 436917

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE SUITE 217
    ROCKVILLE, MD 20850.USA.

Date:    Nov.26.2009
Invoice No.: 90780/JL/TTKSY
Order No.:  1-6811-B-08-DK
CPO No.:   DK82109

From:    XINGANG,CHINA    To: BATESVILLE, MS    Shipped:    BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:101 ST NO.:101<br>DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 460 PCS | 11,454.00 | 11,454.00 | 60.000 |
| **TOTAL :**    **460 PCS** | **11,454.00** | **11,454.00** | **60.000** |

NET WEIGHT:    11,454.00    KGS
GROSS WEIGHT: 11,454.00    KGS
MEASURMENT:    60.000    CBM

CONTAINER NO.:  UETU5035167
BL NO.:    TSE091129
BL DATE:    Nov.26.2009

| SHIPPER / EXPORTER | | | BOOKING NO. | | B/L NO. | |
|---|---|---|---|---|---|---|
| KS RESOURCES LIMITED | | | | | TSB091127 | |

KS RESOURCES LIMITED
ROOM 3602, 36/F., TOWER TWO, LIPPO CENTRE,
89 QUEENSWAY, HONG KONG
TEL: 00852-2127-7146 FAX: 00852-2127-7148

**CONSIGNEE**
TO THE ORDER OF

26

# AGX LINES LIMITED

**NOTIFY PARTY**
ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC
10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850
TEL:240.328.6383
FAX:240.328.6407

# BILL OF LADING

| OCEAN VESSEL | VOYAGE | FOR DELIVERY PLEASE APPLY TO: |
|---|---|---|
| CMA CGM HUGO | V. 171E | AMBER WORLDWIDE LOGISTICS |
| PLACE OF RECEIPT | PORT OF LOADING | 1358 N.W. 78TH AVE MIAMI, FL 33126 |
| | XINGANG,CHINA | TEL 305 716 1119   FAX 305 716 0929 |
| PORT OF DISCHARGE | PLACE OF DELIVERY | |
| MEMPHIS,TN | BATESVILLE,MS | |

| CONTAINER NO./ SEAL NO. MARKS AND NUMBERS | NO. OF PKGS. OR CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
|---|---|---|---|---|
| N/M | 620PCS | TIRE AND/OR FLAPS | 11594.00KGS | 60CBM |
| | | COUNTRY OF ORIGIN: CHINA | | |
| | | ORDER NO.: 1-6473-B-06-DK | | |
| | | CPO NO.: DK0615 | | |
| | | CC: 101 | | |
| | | ST: 101 | | |
| | | LT245/75R16 10 BLK      620 | | |
| | | TOTAL               620 | | |
| MSKU0740173/CN2990342/40'HQ/CY/DOOR | | THERE IS NO WOOD PACKING MATERIAL IN THIS SHIPMENT | | |
| | | FREIGHT COLLECT | | |
| | | SHIPPER'S LOAD COUNT & SEAL | | |

ORIGINAL

**TOTAL: SIX HUNDRED AND TWENTY PCS ONLY**

| FREIGHT AND CHARGES | PREPAID | COLLECT |
|---|---|---|
| | | AS ARRANGED |
| | | |
| | | |
| TOTAL | | |
| Ex Rate | SHIPPED ON BOARD THE | |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released.

THREE (3) ORIGINAL B/L TIANJIN
HAVE BEEN SIGNED
DATE:
AT:

**SHIPPED ON BOARD**

VESSEL:        NOV.26.2009
DATE:
PER:

AGX LINES LIMITED

Cora

AS AGENT FOR THE CARRIER

4

By _____

SIGNED ON BEHALF OF CARRIER

# KS RESOURCES LIMITED

RM3602,36/F., TOWER TWO,LIPPO CENTER 89 QUEENSWAY,HONGKONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

| | | | |
|---|---|---|---|
| To: | ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC | Date: | Nov.26.2009 |
| | 10110 MOLECULAR DRIVE SUITE 217 | Invoice No.: | 90781/JL/TTKSY |
| | ROCKVILLE, MD 20850.USA. | Order No.: | 1-6473-B-06-DK |
| | | CPO No.: | DK0615 |

From: XINGANG,CHINA    To: BATESVILLE, MS         Shipped:    BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:101 ST NO.:101<br>DOT NO.:0J<br><br>CODE NO:<br>XMT8204  LT245/75R16-10  BLK JC51 XMT | 620 PCS | USD   59.39 USD | 36,821.80 |
| | 620 PCS | | 36,821.80 |

|  |  |  |
|---|---|---|
| **TOTAL AMOUNT** | **USD** | **$36,821.80** |
| **FOB** | | **XINGANG,CHINA** |

| | | |
|---|---|---|
| NET WEIGHT: | 11,594.00 | KGS |
| GROSS WEIGHT: | 11,594.00 | KGS |
| MEASURMENT: | 60.00 | CBM |

| | |
|---|---|
| CONTAINER NO.: | MSKU0740173 |
| BL NO.: | TSE091127 |
| BL DATE: | Nov.26.2009 |

You are kindly requested to arrange wire transfer per following bank details.

BENEFICIARY : KS RESOURCES LIMITED
BANK ACCOUNT :0003-003486-01-6-022
BANK NAME : DBS BANK LTD
BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER
ONE ,SINGAPORE 068809
SWIFT CODE : DBSSSGSG

# K AND S INTERNATIONAL SINGAPORE PTE LTD.

REGISTRATION NO.200203770E.
201 TANJONG RHU ROAD  +08-11 PAKSHORE
SINGAPORE 436917

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE SUITE 217
    ROCKVILLE, MD 20850.USA.

Date:    Nov.26.2009
Invoice No.: 90781/JL/TTKSY
Order No.:  1-6473-B-06-DK
CPO No.:  DK0615

From:    XINGANG,CHINA    To: BATESVILLE, MS    Shipped:  BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:101 ST NO.:101 | | | |
| DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 620 PCS | 11,594.00 | 11,594.00 | 60.000 |
| **TOTAL :**    **620 PCS** | **11,594.00** | **11,594.00** | **60.000** |

NET WEIGHT:   11,594.00    KGS
GROSS WEIGHT: 11,594.00    KGS
MEASURMENT:   60.000    CBM

CONTAINER NO.:  MSKU0740173
BL NO.:      TSE091127
BL DATE:     Nov.26.2009

| SHIPPER / EXPORTER | | BOOKING NO. | | B/L NO. |
|---|---|---|---|---|
| K3 RESOURCES LIMITED | | | | TSE091116 |

ROOM 3602, 36F., TOWER TWO, LIPPO CENTRE,

89 QUEENSWAY, HONG KONG

TEL: 00852-2127-7146 FAX: 00852-2127-7148

CONSIGNEE

TO THE ORDER OF

# AGX LINES LIMITED

NOTIFY PARTY

ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC

10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850

TEL:240.328.6383

FAX:240.328.6407

# *BILL OF LADING*

| OCEAN VESSEL | VOYAGE | FOR DELIVERY PLEASE APPLY TO: |
|---|---|---|
| NYK ORION | V. 10W43 | AMBER WORLDWIDE LOGISTICS |
| PLACE OF RECEIPT | PORT OF LOADING | 1358 N.W. 78TH AVE MIAMI, FL 33126 |
| | XINGANG,CHINA | TEL 305 716 1119   FAX 305 716 0929 |
| PORT OF DISCHARGE | PLACE OF DELIVERY | |
| FT. MYERS –G ,FL | FT. MYERS –G ,FL | |

| CONTAINER NO./ SEAL NO. MARKS AND NUMBERS | NO. OF PKGS. OR CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
|---|---|---|---|---|
| N/M | 1140 PCS | TIRE AND/OR FLAPS | 11514.00 KGS | 60CBM |
| | | COUNTRY OF ORIGIN: CHINA | | |
| | | ORDER NO.: 1-6964-B-08-D | | |
| | | CPO NO.: 1965-1 | | |
| | | CC: 848 | | |
| | | ST: 892 | | |
| | | 205/70R14      1140 | | |
| | | TOTAL      1140 | | |
| | | THERE IS NO WOOD PACKING MATERIAL IN THIS SHIPMENT | | |
| | | FREIGHT COLLECT | | |
| | | SHIPPER'S LOAD COUNT & SEAL | | |
| HLXU6358570/AHE2111190/40'HQ/CY/CY | | | | |

TOTAL: ONE THOUSAND ONE HUNDRED AND FORTY PCS ONLY.

| FREIGHT AND CHARGES | PREPAID | COLLECT | |
|---|---|---|---|
| | | | RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading to be presented to the Carrier or his agent at destination before the cargo shall be released. |
| | | AS ARRANGED | |
| TOTAL | | | |
| Ex. Rate | SHIPPED ON BOARD THE | | AGX LINES LIMITED |
| | SHIPPED ON BOARD | | Cora |
| THREE (3) ORIGINAL BS/L HAVE BEEN SIGNED | TIANJIN | | |
| DATE: | VESSEL: | NOV.30.2009 | AS AGENT FOR THE CARRIER |
| AT: | DATE: | | By |
| | PER | | SIGNED ON BEHALF OF CARRIER |

# KS RESOURCES LIMITED

ROOM 3602, 36/F, TOWER TWO LIPPO CENTRE 89, QUEENSWAY HONG KONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:   ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
      10110 MOLECULAR DRIVE SUITE 217
      ROCKVILLE, MD 20850.USA.

Date:     Nov.30.2009
Invoice No.:  90791/JL/TTKSY
Order No.:   1-6864-B-08-D
CPO No.:    DK12209

From: XINGANG,CHINA    To: San Antonio, TX    Shipped:   BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:101 ST NO.:212 | | | |
| DOT NO.:0J | | | |
| | | | |
| CODE NO: | | | |
| ### 205/70R14 95T S600 BCT | 1140 PCS | USD 20.19 | USD 23,016.60 |
| TOTAL | 1140 PCS | | 23,016.60 |

**FOB XINGANG,CHINA**

NET WEIGHT:   11,514.00   KGS
GROSS WEIGHT: 11,514.00   KGS
MEASURMENT:  60.00     CBM

CONTAINER NO.: HLXU6358570
BL NO.:      TSE091116
BL DATE:    Nov.30.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

ROOM 3602, 36/F, TOWER TWO LIPPO CENTRE 89, QUEENSWAY HONG KONG
TEL: 852-21277146 FAX: 852-21277148

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE SUITE 217
    ROCKVILLE, MD 20850.USA.

Date:    Nov.30.2009
Invoice No.: 90791/JL/TTKSY
Order No.:  1-6864-B-08-D
CPO No.:  DK12209

From:    XINGANG,CHINA    To: San Antonio, TX    Shipped:  BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:101 ST NO.:212<br>DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 1140 PCS | 11,514.00 | 11,514.00 | 60.000 |
| **TOTAL :**  **1140 PCS** | **11,514.00** | **11,514.00** | **60.000** |

NET WEIGHT:  11,514.00    KGS
GROSS WEIGHT: 11,514.00    KGS
MEASURMENT:  60.000    CBM

CONTAINER NO.:  HLXU6358570
BL NO.:    TSE091116
BL DATE:    Nov.30.2009

| SHIPPER / EXPORTER | | | BOOKING NO. | B/L NO. |
|---|---|---|---|---|
| KS RESOURCES LIMITED ROOM 3602, 36/F., TOWER TWO, LIPPO CENTRE, 89 QUEENSWAY, HONG KONG TEL: 00852-2127-7146 FAX: 00852-2127-7148 | | | | TSE091120 |

CONSIGNEE:
TO THE ORDER OF

**AGX LINES LIMITED**

NOTIFY PARTY
ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC
10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850
TEL:240.328.6383
FAX:240.328.6407

**BILL OF LADING**

| OCEAN VESSEL | VOYAGE | FOR DELIVERY PLEASE APPLY TO: |
|---|---|---|
| NYK ORION | V. 10W43 | AMBER WORLDWIDE LOGISTICS |
| PLACE OF RECEIPT | PORT OF LOADING | 1358 N.W. 78TH AVE MIAMI, FL 33126 |
| | XINGANG,CHINA | TEL 305 716 1119   FAX 305 716 0929 |
| PORT OF DISCHARGE | PLACE OF DELIVERY | |
| FT. MYERS –G ,FL | FT. MYERS –G ,FL | |

| CONTAINER NO./ SEAL NO. MARKS AND NUMBERS | NO. OF PKGS. OR CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
|---|---|---|---|---|
| N/M | 1140 PCS | TIRE AND/OR FLAPS COUNTRY OF ORIGIN: CHINA ORDER NO.: 1-6365-B-08-D CPO NO.: 1965-2 CC: 848 ST: 892 205/70R14          1140 TOTAL               1140 | 11514.00 KGS | 60CBM |
| | | THERE IS NO WOOD PACKING MATERIAL IN THIS SHIPMENT | | |
| | | FREIGHT COLLECT | | |
| | | SHIPPER'S LOAD COUNT & SEAL | | |
| HLXU4519465/211225/40'HQ/CY/CY | | | | |

ORIGINAL

TOTAL: ONE THOUSAND ONE HUNDRED AND FORTY PCS ONLY.

| FREIGHT AND CHARGES | PREPAID | COLLECT | |
|---|---|---|---|
| | | AS ARRANGED | RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released. |
| TOTAL | | | |
| Ex. Rata | SHIPPED ON BOARD THE SHIPPED ON BOARD | | **AGX LINES LIMITED** |
| THREE (3) ORIGINAL BS/L HAVE BEEN SIGNED TIANJIN DATE: AT: | NOV.30.2009 VESSEL: DATE: PER | | Cora AS AGENT FOR THE CARRIER By SIGNED ON BEHALF OF CARRIER |

# KS RESOURCES LIMITED

ROOM 3602, 36/F, TOWER TWO LIPPO CENTRE 89, QUEENSWAY HONG KONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:   ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
       10110 MOLECULAR DRIVE SUITE 217
       ROCKVILLE, MD 20850.USA.

Date:      Nov.30.2009
Invoice No.:  90792/JL/TTKSY
Order No.:  1-6865-B-08-D
CPO No.:  1965-2

From: XINGANG,CHINA    To: FT. MYERS, FL

Shipped:   BY SEA

| Description of goods | | Quantity | Unit price | Amount |
|---|---|---|---|---|
| TIRE AND/OR FLAPS | | | | |
| CHINESE NEW TIRES | | | | |
| COUNTRY OF ORIGIN: CHINA | | | | |
| CC NO.:848 ST NO.:892 | | | | |
| DOT NO.:0J | | | | |
| CODE NO: | | | | |
| ###  205/70R14 95T S600 | BCT | 1140 PCS | USD  20.19 | USD  23,016.60 |
| TOTAL | | 1140 PCS | | 23,016.60 |

**FOB XINGANG,CHINA**

NET WEIGHT:   11,514.00   KGS
GROSS WEIGHT: 11,514.00   KGS
MEASURMENT:  60.00      CBM

CONTAINER NO.: HLXU4519465
BL NO.:      TSE091120
BL DATE:    Nov.30.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

ROOM 3602, 36/F, TOWER TWO LIPPO CENTRE 89, QUEENSWAY HONG KONG
TEL: 852-21277146 FAX: 852-21277148

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE SUITE 217
    ROCKVILLE, MD 20850.USA.

Date:    Nov.30.2009
Invoice No.: 90792/JL/TTKSY
Order No.: 1-6865-B-08-D
CPO No.: 1965-2

From:    XINGANG,CHINA    To: FT. MYERS, FL    Shipped:  BY SEA

| Description of goods | | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|---|
| TIRE AND/OR FLAPS CHINESE NEW TIRES COUNTRY OF ORIGIN: CHINA CC NO.:848 ST NO.:892 DOT NO.:0J | | | | |
| | | KGS | KGS | CBM |
| | 1140 PCS | 11,514.00 | 11,514.00 | 60.000 |
| TOTAL : | 1140 PCS | 11,514.00 | 11,514.00 | 60.000 |

NET WEIGHT:    11,514.00    KGS
GROSS WEIGHT: 11,514.00    KGS
MEASURMENT:    60.000    CBM

CONTAINER NO.:  HLXU4519465
BL NO.:    TSE091120
BL DATE:    Nov.30.2009

| SHIPPER / EXPORTER | | BOOKING NO. | | B/L NO. |
|---|---|---|---|---|
| KS RESOURCES LIMITED<br>ROOM 3602, 36F., TOWER TWO, LIPPO CENTRE,<br>89 QUEENSWAY, HONG KONG<br>TEL: 00852-2127-7146 FAX: 00852-2127-7148 | | | | TSE091121 |

**CONSIGNEE**
TO THE ORDER OF

**NOTIFY PARTY**
ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC
10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850
TEL:240.328.6383
FAX:240.328.6407

# AGX LINES LIMITED

# BILL OF LADING

| OCEAN VESSEL | VOYAGE |
|---|---|
| NYK ORION | V. 10W43 |
| PLACE OF RECEIPT | PORT OF LOADING |
| | XINGANG,CHINA |
| PORT OF DISCHARGE | PLACE OF DELIVERY |
| FT. MYERS –G ,FL | FT. MYERS –G ,FL |

FOR DELIVERY PLEASE APPLY TO:
AMBER WORLDWIDE LOGISTICS
1358 N.W. 78TH AVE MIAMI, FL 33126
TEL 305 716 1119   FAX 305 716 0929

| CONTAINER NO./ SEAL NO.<br>MARKS AND NUMBERS | NO. OF PKGS. OR<br>CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | GROSS WEIGHT<br>(KGS) | MEASUREMENT<br>(CBM) |
|---|---|---|---|---|
| N/M | 1140 PCS | TIRE AND/OR FLAPS<br>COUNTRY OF ORIGIN: CHINA<br>ORDER NO.: 1-6752-B-07-D<br>CPO NO.: 1936 - 3<br>CC: 343<br>ST: 692<br>205/70R14                      1140<br>TOTAL                          1140 | 11514.00 KGS | 60CBM |

THERE IS NO WOOD PACKING MATERIAL IN THIS SHIPMENT

FREIGHT COLLECT
SHIPPER'S LOAD COUNT & SEAL

TMMU5021008/2111186/40'HQ/CY/CY

ORIGINAL

TOTAL: ONE THOUSAND ONE HUNDRED AND FORTY PCS ONLY.

| FREIGHT AND CHARGES | PREPAID | COLLECT |
|---|---|---|
| | | AS ARRANGED |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released.

| TOTAL | | |
|---|---|---|
| Ex. Rate | SHIPPED ON BOARD THE<br>SHIPPED ON BOARD | |
| THREE (3) ORIGINAL B/L<br>HAVE BEEN SIGNED<br>TIANJIN<br>DATE:<br>AT: | VESSEL:<br>DATE:<br>PER | NOV.30.2009 |

AGX LINES LIMITED

Cora

AS AGENT FOR THE CARRIER
By _____ 4
SIGNED ON BEHALF OF CARRIER

# KS RESOURCES LIMITED

ROOM 3602, 36/F, TOWER TWO LIPPO CENTRE 89, QUEENSWAY HONG KONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:  ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC       Date:        Nov.30.2009
     10110 MOLECULAR DRIVE SUITE 217                 Invoice No.: 90793/JL/TTKSY
     ROCKVILLE, MD 20850.USA.                        Order No.:   1-6752-B-07-D
                                                     CPO No.:     1936 - 3

From: XINGANG,CHINA        To: FT. MYERS, FL         Shipped:     BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:848 ST NO.:892<br>DOT NO.:0J | | | |
| CODE NO: | | | |
| ### 205/70R14 95T S600   BCT | 1140 PCS | USD 20.19 | USD 23,016.60 |
| TOTAL | 1140 PCS | | 23,016.60 |

                                                        **FOB XINGANG,CHINA**

NET WEIGHT:    11,514.00    KGS
GROSS WEIGHT: 11,514.00    KGS
MEASURMENT:   60.00        CBM

CONTAINER NO.: TMMU5021008
BL NO.:        TSE091121
BL DATE:       Nov.30.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

ROOM 3602, 36/F, TOWER TWO LIPPO CENTRE 89, QUEENSWAY HONG KONG
TEL: 852-21277146 FAX: 852-21277148

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE SUITE 217
    ROCKVILLE, MD 20850.USA.

Date:    Nov.30.2009
Invoice No.: 90793/JL/TTKSY
Order No.:  1-6752-B-07-D
CPO No.:  1936 - 3

From:    XINGANG,CHINA    To: FT. MYERS, FL    Shipped:  BY SEA

| Description of goods | | G.W.<br>(KGS) | N.W.<br>(KGS) | MEAS.<br>(CBM) |
|---|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:848 ST NO.:892<br>DOT NO.:0J | | | | |
| | | KGS | KGS | CBM |
| | 1140 PCS | 11,514.00 | 11,514.00 | 60.000 |
| TOTAL : | 1140 PCS | 11,514.00 | 11,514.00 | 60.000 |

NET WEIGHT:    11,514.00    KGS
GROSS WEIGHT:  11,514.00    KGS
MEASURMENT:    60.000    CBM

CONTAINER NO.:  TMMU5021008
BL NO.:        TSE091121
BL DATE:      Nov.30.2009

| SHIPPER / EXPORTER | | BOOKING NO. | | B/L NO. |
|---|---|---|---|---|
| KS RESOURCES LIMITED | | | | TSE091117 |

ROOM 3602, 36/F., TOWER TWO, LIPPO CENTRE,
89 QUEENSWAY, HONG KONG
TEL: 00852-2127-7146 FAX: 00852-2127-7148

CONSIGNEE
TO THE ORDER OF

32

# AGX LINES LIMITED

NOTIFY PARTY
ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC
10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850
TEL: 240.328.6383
FAX: 240.328.6407

# BILL OF LADING

| OCEAN VESSEL | VOYAGE | FOR DELIVERY PLEASE APPLY TO: |
|---|---|---|
| NYK ORION | V. 10W43 | AMBER WORLDWIDE LOGISTICS |
| PLACE OF RECEIPT | PORT OF LOADING | 1336 N.W. 78TH AVB MIAMI, FL 33126 |
| | XINGANG CHINA | TEL 305 716 1119    FAX 305 716 0929 |
| PORT OF DISCHARGE | PLACE OF DELIVERY | |
| FT. MYERS –G ,FL | FT. MYERS –G ,FL | |

| CONTAINER NO./ SEAL NO. MARKS AND NUMBERS | NO. OF PKGS. OR CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
|---|---|---|---|---|
| N/M | 1450 PCS | TIRE AND/OR FLAPS | 11990.00 KGS | 60CBM |
| | | COUNTRY OF ORIGIN: CHINA | | |
| | | ORDER NO.: 1-6753-B-07-D | | |
| | | CPO NO.: 1936–4 | | |
| | | CC: 848 | | |
| | | ST: 892 | | |
| | | 175/70R13                500 | | |
| | | 175/65R14 SA602          200 | | |
| | | 185/70R14                300 | | |
| | | 195/60R14                300 | | |
| | | 215/45ZR17 S800          150 | | |
| | | TOTAL                   1450 | | |

HLXU6089980/2111134/40'HQ/CY/CY

THERE IS NO WOOD PACKING MATERIAL IN THIS SHIPMENT

FREIGHT COLLECT
SHIPPER'S LOAD COUNT & SEAL

ORIGINAL

TOTAL: ONE THOUSAND FOUR HUNDRED AND FIFTY PCS ONLY.

| FREIGHT AND CHARGES | PREPAID | COLLECT | |
|---|---|---|---|
| | | | RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released. |
| | | AS ARRANGED | |
| TOTAL | | | |

| Ex. Rate | SHIPPED ON BOARD THE | AGX LINES LIMITED |
|---|---|---|
| | SHIPPED ON BOARD | |
| THREE (3) ORIGINAL B/L | TIANJIN | |
| HAVE BEEN SIGNED | VESSEL: | NOV.30.2009 |
| DATE: | DATE: | AS AGENT FOR THE CARRIER |
| AT: | PER | By |

Cora

# KS RESOURCES LIMITED

ROOM 3602, 36/F, TOWER TWO LIPPO CENTRE 89, QUEENSWAY HONG KONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:   ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
      10110 MOLECULAR DRIVE SUITE 217
      ROCKVILLE, MD 20850.USA.

Date:          Nov.30.2009
Invoice No.:   90794/JL/TTKSY
Order No.:     1-6753-B-07-D
CPO No.:       1936 - 4

From: XINGANG,CHINA      To: FT. MYERS, FL

Shipped:       BY SEA

| Description of goods | | Quantity | Unit price | | Amount |
|---|---|---|---|---|---|
| TIRE AND/OR FLAPS | | | | | |
| CHINESE NEW TIRES | | | | | |
| COUNTRY OF ORIGIN: CHINA | | | | | |
| CC NO.:848 ST NO.:892 | | | | | |
| DOT NO.:0J | | | | | |
| CODE NO: | | | | | |
| ### 175/70R13 82T S600 | BCT | 500 PCS | USD 15.87 | USD | 7,935.00 |
| ### 175/65R14 82H S600 | BCT | 200 | 16.92 | | 3,384.00 |
| ### 185/70R14 88T S600 | BCT | 300 | 17.06 | | 5,118.00 |
| ### 195/60R14 86H S600 | BCT | 300 | 19.71 | | 5,913.00 |
| ### 215/45ZR17 91W S800 | BCT | 150 | 25.32 | | 3,798.00 |
| TOTAL | | 1450 PCS | | | 26,148.00 |

**FOB XINGANG,CHINA**

NET WEIGHT:     11,990.00    KGS
GROSS WEIGHT: 11,990.00    KGS
MEASURMENT:   60.00          CBM

CONTAINER NO.: HLXU6089980
BL NO.:        TSE091117
BL DATE:       Nov.30.2009

You are kindly requested to arrange wire transfer per following bank details.
BENEFICIARY : KS RESOURCES LIMITED
BANK ACCOUNT :0003-003486-01-6-022
BANK NAME : DBS BANK LTD
BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER ONE ,SINGAPORE 068809
SWIFT CODE : DBSSSGSG

# KS RESOURCES LIMITED

ROOM 3602, 36/F, TOWER TWO LIPPO CENTRE 89, QUEENSWAY HONG KONG
TEL: 852-21277146 FAX: 852-21277148

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE SUITE 217
    ROCKVILLE, MD 20850.USA.

Date:    Nov.30.2009
Invoice No.: 90794/JL/TTKSY
Order No.: 1-6753-B-07-D
CPO No.:  1936 - 4

From:    XINGANG,CHINA    To: FT. MYERS, FL    Shipped:  BY SEA

| Description of goods | | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|---|
| TIRE AND/OR FLAPS | | | | |
| CHINESE NEW TIRES | | | | |
| COUNTRY OF ORIGIN: CHINA | | | | |
| CC NO.:848 ST NO.:892 | | | | |
| DOT NO.:0J | | KGS | KGS | CBM |
| | 1450 PCS | 11,990.00 | 11,990.00 | 60.000 |
| **TOTAL :** | **1450 PCS** | **11,990.00** | **11,990.00** | **60.000** |

NET WEIGHT:    11,990.00    KGS
GROSS WEIGHT: 11,990.00    KGS
MEASURMENT:    60.000    CBM

CONTAINER NO.:  HLXU6089980
BL NO.:         TSE091117
BL DATE:        Nov.30.2009

| SHIPPER / EXPORTER | | | BOOKING NO. | B/L NO. |
| --- | --- | --- | --- | --- |
| KS RESOURCES LIMITED | | | | TSB091113 |
| ROOM 3602, 36/F., TOWER TWO, LIPPO CENTRE, | | | | |
| 89 QUEENSWAY, HONG KONG | | | | |
| TEL: 00852-2127-7146 FAX: 00852-2127-7148 | | | | |

33

CONSIGNEE
TO THE ORDER OF

# **AGX**LINES LIMITED

NOTIFY PARTY
ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC
10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850
TEL: 240.328.6383
FAX: 240.328.6407

# *BILL OF LADING*

| OCEAN VESSEL | VOYAGE | FOR DELIVERY PLEASE APPLY TO: |
| --- | --- | --- |
| NYK ORION | V. 103V4S | AMBER WORLDWIDE LOGISTICS |
| PLACE OF RECEIPT | PORT OF LOADING | 1358 N.W. 78TH AVE MIAMI, FL 33126 |
| | XINGANG,CHINA | TEL 305 716 1119   FAX 305 716 0929 |
| PORT OF DISCHARGE | PLACE OF DELIVERY | |
| FT. MYERS - G. FL. | FT. MYERS - G. FL. | |

| CONTAINER NO./ SEAL NO. MARKS AND NUMBERS | NO. OF PKGS. OR CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
| --- | --- | --- | --- | --- | --- |
| N/M | 1230 PCS | TIRE AND/OR FLAPS | | 11614.00 KGS | 60CBM |
| | | COUNTRY OF ORIGIN: CHINA | | | |
| | | ORDER NO.: 1-6755-B-07-D | | | |
| | | CPO NO.: 1937 | | | |
| | | CC: 848 | | | |
| | | ST: 892 | | | |
| | | 175/70R13 | 230 | | |
| | | 205/70R14 | 900 | | |
| | | 195/60R14 | 100 | | |
| | | TOTAL | 1230 | | |
| | | | | | |
| | | THERE IS NO WOOD PACKING MATERIAL IN THIS SHIPMENT | | | |
| TCNU9399920/AHL2111189/40'HQ/CY/CY | | FREIGHT COLLECT SHIPPER'S LOAD COUNT & SEAL | | | |

ORIGINAL

## TOTAL: ONE THOUSAND TWO HUNDRED AND THIRTY PCS ONLY.

| FREIGHT AND CHARGES | PREPAID | COLLECT | RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released. |
| --- | --- | --- | --- |
| | | AS ARRANGED | |

| TOTAL | | | |
| --- | --- | --- | --- |
| Ex. Rate | SHIPPED ON BOARD THE | | |
| | SHIPPED ON BOARD | | |
| THREE (3) ORIGINAL BS/L HAVE BEEN SIGNED | TIANJIN | | |
| DATE: | VESSEL: | NOV.30,2009 | |
| AT: | DATE: | | |
| | PER: | | |



AGX LINES LIMITED

AS AGENT FOR THE CARRIER

By

# KS RESOURCES LIMITED

ROOM 3602, 36/F, TOWER TWO LIPPO CENTRE 89, QUEENSWAY HONG KONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:  ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE SUITE 217
    ROCKVILLE, MD 20850.USA.

Date:    Nov.30.2009
Invoice No.:    90795/JL/TTKSY
Order No.:    1-6755-B-07-D
CPO No.:    1937

From: XINGANG,CHINA    To: FT. MYERS, FL

Shipped:    BY SEA

| Description of goods | Quantity | Unit price | Amount |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:848 ST NO.:892 | | | |
| DOT NO.:0J | | | |
| CODE NO: | | | |
| ### 175/70R13 82T S600 BCT | 230 PCS | USD 15.87 | USD 3,650.10 |
| ### 205/70R14 95T S600 BCT | 900 | 20.19 | 18,171.00 |
| ### 195/60R14 86H S600 BCT | 100 | 19.71 | 1,971.00 |
| TOTAL | 1230 PCS | | 23,792.10 |

FOB XINGANG,CHINA

NET WEIGHT:    11,614.00    KGS
GROSS WEIGHT: 11,614.00    KGS
MEASURMENT:    60.00    CBM

CONTAINER NO.: TCNU9399920
BL NO.:    TSE091118
BL DATE:    Nov.30.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

ROOM 3602, 36/F, TOWER TWO LIPPO CENTRE 89, QUEENSWAY HONG KONG
TEL: 852-21277146 FAX: 852-21277148

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
    10110 MOLECULAR DRIVE SUITE 217
    ROCKVILLE, MD 20850.USA.

Date:    Nov.30.2009
Invoice No.: 90795/JL/TTKSY
Order No.:  1-6755-B-07-D
CPO No.:  1937

From:    XINGANG,CHINA    To: FT. MYERS, FL    Shipped:  BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS | | | |
| CHINESE NEW TIRES | | | |
| COUNTRY OF ORIGIN: CHINA | | | |
| CC NO.:848 ST NO.:892 | | | |
| DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 1230 PCS | 11,614.00 | 11,614.00 | 60.000 |
| **TOTAL :**  **1230 PCS** | **11,614.00** | **11,614.00** | **60.000** |

NET WEIGHT:  11,614.00    KGS
GROSS WEIGHT: 11,614.00    KGS
MEASURMENT:  60.000      CBM

CONTAINER NO.: TCNU9399920
BL NO.:      TSE091118
BL DATE:    Nov.30.2009

| SHIPPER / EXPORTER | | | BOOKING NO. | | B/L NO. |
|---|---|---|---|---|---|
| KS RESOURCES LIMITED | | | | | TSE091119 |

KS RESOURCES LIMITED
ROOM 3602, 36/F., TOWER TWO, LIPPO CENTRE,
89 QUEENSWAY, HONG KONG
TEL: 00852-2127-7146 FAX: 00852-2127-7148

CONSIGNEE
TO THE ORDER OF

35

# AGX LINES LIMITED

NOTIFY PARTY
ORTECK GLOBAL SUPPLY & DISTRIBUTION, LLC
10110 MOLECULAR DRIVE SUITE 217 ROCKVILLE, MD 20850
TEL: 240.328.6383
FAX:240.328.6407

# BILL OF LADING

| OCEAN-VESSEL | VOYAGE | FOR DELIVERY PLEASE APPLY TO: |
|---|---|---|
| NYK ORION | V. 10W48 | AMBER WORLDWIDE LOGISTICS |
| PLACE OF RECEIPT | PORT OF LOADING | 1358 N.W. 78TH AVE MIAMI, FL 33126 |
| | XINGANG,CHINA | TEL 305 716 1119   FAX 305 716 0929 |
| PORT OF DISCHARGE | PLACE OF DELIVERY | |
| FT. MYERS –G ,FL | FT. MYERS –G ,FL | |

| CONTAINER NO./ SEAL NO. MARKS AND NUMBERS | NO. OF PKGS. OR CONTAINERS | KIND OF PACKAGES; DESCRIPTION OF GOODS | | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
|---|---|---|---|---|---|
| N/M | 1460 PCS | TIRE AND/OR FLAPS | | 11912.00 KGS | 60CBM |
| | | COUNTRY OF ORIGIN: CHINA | | | |
| | | ORDER NO.: I-6757-B-07-D | | | |
| | | CPO NO.: 1940 | | | |
| | | CC: 848 | | | |
| | | ST: 892 | | | |
| | | 175/70R13 | 800 | | |
| | | 175/65R14 | 60 | | |
| | | 205/70R14 | 500 | | |
| | | 195/60R14 | 100 | | |
| | | TOTAL | 1460 | | |
| TEXU5304879211113/40'HQ/CY/CY | | THERE IS NO WOOD PACKING MATERIAL IN THIS SHIPMENT | | | |
| | | FREIGHT COLLECT | | | |
| | | SHIPPER'S LOAD COUNT & SEAL | | | |

ORIGINAL

TOTAL: ONE THOUSAND FOUR HUNDRED AND SIXTY PCS ONLY

| FREIGHT AND CHARGES | PREPAID | COLLECT |
|---|---|---|
| | | AS ARRANGED |
| | | |
| TOTAL | | |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of goods are unknown to the Carrier. One of the original bills of lading shall be presented to the Carrier or his agent at destination before the cargo shall be released.

| Ex. Rate | SHIPPED ON BOARD THE SHIPPED ON BOARD | |
|---|---|---|
| THREE (3) ORIGINAL BS/L HAVE BEEN SIGNED | TIANJIN VESSEL: | NOV.30.2009 |
| DATE: | DATE: | |
| AT: | PER | |

# AGX LINES LIMITED



AS AGENT FOR THE CARRIER

By

# KS RESOURCES LIMITED

ROOM 3602, 36/F, TOWER TWO LIPPO CENTRE 89, QUEENSWAY HONG KONG
TEL: 852-21277146 FAX: 852-21277148

## COMMERCIAL INVOICE

To:  ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
10110 MOLECULAR DRIVE SUITE 217
ROCKVILLE, MD 20850.USA.

From: XINGANG,CHINA     To: FT. MYERS, FL

Date:          Nov.30.2009
Invoice No.:   90796/JL/TTKSY
Order No.:     1-6757-B-07-D
CPO No.:       1940

Shipped:       BY SEA

| Description of goods | | Quantity | Unit price | Amount |
|---|---|---|---|---|
| TIRE AND/OR FLAPS | | | | |
| CHINESE NEW TIRES | | | | |
| COUNTRY OF ORIGIN: CHINA | | | | |
| CC NO.:848 ST NO.:892 | | | | |
| DOT NO.:0J | | | | |
| CODE NO: | | | | |
| ### 175/70R13 82T S600 | BCT | 800 PCS | USD  15.87  USD | 12,696.00 |
| ### 175/65R14 82H S600 | BCT | 60 | 16.92 | 1,015.20 |
| ### 205/70R14 95T S600 | BCT | 500 | 20.19 | 10,095.00 |
| ### 195/60R14 86H S600 | BCT | 100 | 19.71 | 1,971.00 |
| TOTAL | | 1460 PCS | | 25,777.20 |

**FOB XINGANG,CHINA**

NET WEIGHT:    11,912.00    KGS
GROSS WEIGHT: 11,912.00    KGS
MEASURMENT:   60.00        CBM

CONTAINER NO.: TCNU9399920
BL NO.:        TSE091119
BL DATE:       Nov.30.2009

**You are kindly requested to arrange wire transfer per following bank details.**
**BENEFICIARY : KS RESOURCES LIMITED**
**BANK ACCOUNT :0003-003486-01-6-022**
**BANK NAME : DBS BANK LTD**
**BANK ADDRESS: 6 SHENTON WAY #22-03 DBS BUILDING TOWER ONE ,SINGAPORE 068809**
**SWIFT CODE : DBSSSGSG**

# KS RESOURCES LIMITED

ROOM 3602, 36/F, TOWER TWO LIPPO CENTRE 89, QUEENSWAY HONG KONG
TEL: 852-21277146 FAX: 852-21277148

## PACKING / WEIGHT LIST

To: ORTECK GLOBAL SUPPLY & DISTRIBUTION , LLC
   10110 MOLECULAR DRIVE SUITE 217
   ROCKVILLE, MD 20850.USA.

Date:        Nov.30.2009
Invoice No.: 90796/JL/TTKSY
Order No.:   1-6757-B-07-D
CPO No.:     1940

From:    XINGANG,CHINA     To: FT. MYERS, FL          Shipped:    BY SEA

| Description of goods | G.W. (KGS) | N.W. (KGS) | MEAS. (CBM) |
|---|---|---|---|
| TIRE AND/OR FLAPS<br>CHINESE NEW TIRES<br>COUNTRY OF ORIGIN: CHINA<br>CC NO.:848 ST NO.:892<br>DOT NO.:0J | | | |
| | KGS | KGS | CBM |
| 1460 PCS | 11,912.00 | 11,912.00 | 60.000 |
| **TOTAL :**   **1460 PCS** | **11,912.00** | **11,912.00** | **60.000** |

NET WEIGHT:     11,912.00     KGS
GROSS WEIGHT:   11,912.00     KGS
MEASURMENT:     60.000        CBM

CONTAINER NO.:  TCNU9399920
BL NO.:         TSE091119
BL DATE:        Nov.30.2009